Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 2001
July 5, 2005

Clerk, United States District Court
for the Southern District of Ohio
260 Joseph P. Kinneary   United States Courthouse
85 Marconi Boulevard
Columbus, OH  43215

IN RE: FEDERAL NATIONAL MORTGAGE ASSOCIATION
SECURITIES, DERIVATIVE & "ERISA" LITIGATION
MISC. NO. 05-234

Dear Clerk:

Enclosed is a certifed copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 5/17/05. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action number.

| Title of Case | Your Number | Our Number |
|---|---|---|
| **Ohio Public Employees Retirement System, et al. V. Fannie Mae, et al.** | C.A. No. 2:04-1106 | C.A. No. 1:05-1198 RJL |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By /s/ Katherine S. Snuffer
Katherine S. Snuffer
Trainer/Quality Control Specialist (202) 354-3183

cc:   MDL Panel
      Nancy Mayer-Whittington, Clerk
      Judge Richard J. Leon
      Wayne Burwell, Courtroom Clerk
      Jackie Francis, Docket Clerk