UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1688** |
| **In Re Fannie Mae Securities Litigation** | **Consolidated Civil Action No.: 1:04-cv-01639 (RJL)** |

**MOTION FOR CONTINUANCE**
**OF STATUS CONFERENCE**

Lead Plaintiffs hereby seek a continuance of the status conference currently set for February 23, 2006 at 11:00 a.m. because both lead and co-lead counsel for Lead Plaintiffs are not available on this date. Lead Plaintiffs requested consent to an adjournment from Defendants and received no objections. However, the parties have been unable over the past four days through numerous e-mails to come to a consensus on alternative dates for the conference to present to the Court.

The parties have made good progress over the last couple of days to move this case forward. The parties held a Fed.R.Civ.P.26(f) conference on February 15, 2006, and will timely file a Rule 26(f) Report with the Court. In addition, the Court, at the joint request of the parties, entered a Stipulated Case Management Order on April 19, 1005, setting forth a discovery plan and schedule in this case. In accordance with that plan, and in consultation with defense counsel, Lead Plaintiffs recently served document requests on all Defendants to start the document production in this case.

The parties have been notified by counsel for the plaintiffs in the derivative action pending against Fannie Mae (*In re: Fannie Mae Derivative Litigation,* Consolidated Civil

Action No.: 1:04 – cv-01639(RJL)) that they would like to participate in this status conference to discuss coordination of discovery among the cases. The parties in the derivative action, *In re: Fannie Mae Derivative Litigation,* filed yesterday a separate motion to continue their February 22, 2006 status conference to March 3, 17 or 31, to coincide with the status conference that is the subject of this Motion.

In the interest of efficiency and cost savings, Lead Plaintiffs respectfully request that the Court continue the status conference. Lead Plaintiffs are available on the March 3, March 17 and March 31, 2006 dates proposed by the derivative parties, but understand from their communications with defense counsel that at least one defense counsel is not available on at least March 17 and March 31. Accordingly, Lead Plaintiffs respectfully request that the Court reschedule the status conference on any date that is convenient for the Court other than a date during the week of February 20, 2006.

Pursuant to Local Rule 7(c), a proposed order granting this Motion is attached as Exhibit 1.

Dated: February 17, 2006               Respectfully submitted,

                                        ATTORNEY GENERAL OF OHIO
                                        JIM PETRO

                                        WAITE, SCHNEIDER, BAYLESS
                                        & CHESLEY CO., L.P.A.
                                        /s/Stanley M. Chesley
                                        Stanley M. Chesley
                                        James R. Cummins
                                        James R. Cummins (D.C. Bar #OH0010)
                                        Melanie S. Corwin
                                        1513 Fourth & Vine Tower
                                        One West Fourth Street
                                        Cincinnati, Ohio 45202
                                        Telephone: (513) 621-0267
                                        Facsimile: (513) 621-0262
                                        E-mail: jcummins@wsbclaw.com
                                        *Special Counsel for the Attorney General of Ohio*
                                        *and Lead Counsel for Lead Plaintiffs*

                                          BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
                                          /s/ Jeffrey C. Block
                                          Jeffrey C. Block
                                          Kathleen M. Donovan-Maher
                                          Julie A. Richmond
                                          One Liberty Square
                                          Boston, MA 02109
                                          Telephone: (617) 542-8300
                                          Facsimile: (617) 542-1194
                                          E-mail: jblock@bermanesq.com
                                          *Co-Lead Counsel for Lead Plaintiffs*

OF COUNSEL:

BARRETT & WEBER L.P.A.
Michael R. Barrett (0018159)
Suite 500, 105 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 721-2120
Facsimile: (513) 721-2139
E-mail: mrbarrett@barrettweber.com
*Special Counsel for the Attorney General Of Ohio*

STATMAN, HARRIS, SIEGEL
  & EYRICH, LLC
Alan J. Statman (0012045)
Jeffrey P. Harris (0023006)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202-2912
Telephone: (513) 621-2666
Facsimile: (513) 587-4477
E-mail: ajstatman@shselegal.com
E-mail: jharris@shselegal.com

**CERTIFICATE OF SERVICE**

      I certify that on February 17, 2006, service was accomplished on the following counsel via regular U.S. mail.

John Beisner, Esq.
Jeffrey W. Kilduff, Esq.
O'Melveny & Meyers, LLP
1625 Eye Street, N.W.
Washington, DC  20006
and
Seth Aronson, Esq.
O'Melveny & Meyers, LLP
400 South Hope Street, 15th Floor
Los Angeles, CA  90071-2899
*Counsel for Defendant Fannie Mae*

David S. Krakoff, Esq.
Mark W. Ryan, Esq.
Eldad Z. Malamuth, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC  20006-1101
*Counsel for Defendant Leanne G. Spencer*

Kevin M. Downey, Esq.
Joseph M. Terry, Esq.
Michelle D. Schwartz, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC  20005-5901
*Counsel for Defendant Franklin D. Raines*

Steven M. Salky, Esq.
Eric R. Delinsky, Esq.
Ellen D. Marcus, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W. – 10th Floor
Washington, DC  20036
*Counsel for Defendant J. Timothy Howard*

      /s/ James R. Cummins
      James R. Cummins (D.C. Bar #OH0010)

29032