UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litgation** | ) ) ) ) ) | **MDL No. 1688** |
| **In Re Fannie Mae Securities Litigation** | ) ) ) ) ) | **Consolidated Civil Action No.: 1:04-cv-01639 (RJL)** |

The Court, after considering the Motion for Continuance of Status Conference of Lead Plaintiffs, hereby **ORDERS** that the status conference for the above-captioned case be continued from February 23, 2006 to _____, 2006 at \_\_\_ \_\_.m.

IT IS SO ORDERED on this \_\_\_\_ day of February 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE