# UNITED STATES DISTRICT COURT
# DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association** ) <br> **Securities, Derivative, and "ERISA" Litigation** ) | **MDL No. 1668** |
| **In Re Fannie Mae Securities Litigation** ) | **Consolidated Civil Action.** <br> **No. 1:04-cv-1639 (RLJ)** |

## CERTIFICATE OF SERVICE

I certify that on March 1, 2006, I electronically filed Lead Plaintiffs' Response To The Evergreen And Franklin Plaintiffs' Objections To Consolidation with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on the CM/ECF.

In addition, I certify that on this same date I served the following counsel of record in Civil Action numbers 1:06-cv-00082 (D.D.C.) and 1:06-cv-00139 (D.D.C.) with notice of the aforementioned filing via electronic mail:

Stuart Grant
GRANT & EISENHOFER, P.A.
1201 North Market Street
Wilmington, DE 19801
(302) 622-7000
302-622-7100 (fax)
sgrant@gelaw.com

Michael J. Walsh, Jr.
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
(202) 383-5300
(202) 383-5414 (fax)
mwalsh@omm.com

Andrew Santo Tulumello
GIBSON, DUNN & CRUTCHER, L.L.P.
1050 Connecticut Avenue, NW
Washington, DC 20036-5303
(202) 955-8657
(202) 530-9678 (fax)
atulumello@gibsondunn.com

                                                  **/s/ Joshua S. Devore**
                                                  **Joshua S. Devore, Esq.**