**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1688 |

| | |
|---|---|
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

**MOTION FOR THE ADMISSION *PRO HAC VICE* OF ALEX G. ROMAIN**

Pursuant to Local Civil Rule 83.2(d), Michelle D. Schwartz, counsel for Franklin D. Raines and a member of the bar of this Court, respectfully moves for the appearance *pro hac vice* of Alex G. Romain in the above-captioned matter.

Mr. Romain is an associate at the law firm of Williams & Connolly LLP. He is a member in good standing of the bars of Massachusetts and the District of Columbia. Mr. Romain has not been admitted *pro hac vice* to this Court within the past two years, and has not been disciplined by any bar.

A declaration attesting to these facts is attached as Exhibit A to this motion.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion for Mr. Romain to appear *pro hac vice* in all matters in this case.

        Respectfully submitted,

        /s/ Michelle D. Schwartz
        Michelle D. Schwartz (D.C. Bar No. 491662)
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C.  20005
        Tel: (202) 434-5000
        Fax: (202) 434-5029

        Counsel for Defendant Franklin D. Raines

Dated:  March 16, 2006

**CERTIFICATE OF SERVICE**

       I certify that on March 16, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                    /s/ Michelle D. Schwartz
                    Michelle D. Schwartz

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1688 |

| | |
|---|---|
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

## **ORDER**

Upon consideration of the Motion for the Admission of Alex G. Romain *pro hac vice*, it is, on this _____ day of _____, 2006, hereby

ORDERED that the Motion for Admission *pro hac vice* is granted, and it is hereby

FURTHER ORDERED that Alex G. Romain may appear before the Court on all matters concerning the above captioned case.

_____
JUDGE RICHARD J. LEON