UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1688 |

| | |
|---|---|
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

## EXHIBIT A

## DECLARATION OF ALEX G. ROMAIN

I, ALEX G. ROMAIN, declare and state as follows:

1. My full name is Alex Giscard Romain.

2. My office address is Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington D.C. 20005, and my office phone number is 202-434-5164.

3. I have been admitted to the bars of the State of Massachusetts and the District of Columbia.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I practice law from an office located in the District of Columbia, and I am a member of the District of Columbia bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2006.

_____
Alex G. Romain
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5164