## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639<br><br>Judge Richard J. Leon |

The Court, after considering the accompanying Motion for Leave to file a Supplemental Reply Brief Regarding Objections to Consolidation and all prior pleadings and proceedings herein hereby **ORDERS** Fannie Mae's motion for leave to file a supplemental reply brief regarding objections to consolidation is **GRANTED**.

IT IS SO **ORDERED** on this _____ day of ____, 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE