UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In Re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639<br><br>Judge Richard J. Leon |
| **In re: Fannie Mae Derivative Litigation** | Consolidated Civil Action No. 1:04-cv-01783<br><br>Judge Richard J. Leon |
| **In re Fannie Mae ERISA Litigation** | Consolidated Civil Action No. 1:04-cv-01784<br><br>Judge Richard J. Leon |

**CONSENT MOTION TO APPROVE STIPULATED PRETRIAL PROTECTIVE ORDER**

Defendant Fannie Mae, on behalf of and with the consent of the undersigned parties to the above-captioned actions, hereby move this Court for an Order approving the attached Stipulated Pretrial Protective Order.

| | |
|---|---|
| Dated: April 20, 2006<br><br>WAITE, SCHNEIDER, BAYLESS<br>  & CHESLEY CO., L.P.A.<br>/s/ Stanley M. Chesley<br>Stanley M. Chesley<br>/s/ James R. Cummins<br>James R. Cummins<br>Melanie S. Corwin<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, Ohio  45202<br>***Lead Counsel for Lead Plaintiffs Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio***<br><br>BERMAN DEVALERIO PEASE<br>TABACCO BURT & PUCILLO<br>/s/ Jeffrey C. Block<br>Jeffrey C. Block<br>Kathleen M. Donovan-Maher<br>Julie A. Richmond<br>One Liberty Square<br>Boston, MA 02109<br>***Co-Lead Counsel for Lead Plaintiffs Ohio Public Employees Retirement System***<br><br>/s/ Randall J. Baron<br>Darrin J. Robbins<br>Randall J. Baron<br>A. Rick Atwood<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>1000 Pine Street, Suite 2600<br>San Diego, California  94111<br>***Counsel for Co-Lead Plaintiff Wayne County Public Employees Retirement System***<br><br>/s/ Douglas S. Johnston, Jr.<br>Douglas S. Johnston, Jr.<br>Barrett, Johnston & Parsley<br>217 Second Avenue North<br>Nashville, Tennessee  37201<br>***Counsel for Co-Lead Plaintiff Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust*** | /s/ Jeffrey W. Kilduff<br>John Beisner (D.C. Bar No. 320747)<br>Jeffrey W. Kilduff (D.C. Bar No. 426632)<br>Kimberly A. Newman (D.C. Bar No. 430326)<br>Robert M. Stern (D.C. Bar No. 478742)<br>Michael J. Walsh, Jr. (D.C. Bar No. 483296)<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, DC  20006<br>T:  202/383-5300<br>F:  202/383-5414<br><br>Seth Aronson<br>O'Melveny & Myers LLP<br>400 South Hope Street, 15th Floor<br>Los Angeles, CA  90071-2899<br>T:  213/430-6000<br>F:  213/430-6407<br>***Counsel for Defendants Fannie Mae, Kenneth Duberstein and H. Patrick Swygert***<br><br><br>/s/ Samuel K. Rosen<br>Robert I. Harwood<br>Samuel K. Rosen<br>Wechsler Harwood LLP<br>488 Madison Avenue<br>New York, NY 10022<br>-and-<br>John Ibister<br>Toyja Kelly<br>Tydings & Rosenberg<br>100 East Pratt Street<br>Baltimore, MD  21202<br>-and-<br>Charles J. Piven<br>Law Offices of Charles J. Piven, P.A.<br>401 East Pratt Street, Suite 2525<br>Baltimore, MD  21202<br>***Counsel to Plaintiffs David Gwyer, Terry Gagliolo, and Gloria Sheppard*** |

2

| | |
|---|---|
| /s/ Earl J. Silbert<br>Earl J. Silbert (D.C. Bar No. 053132)<br>Erica Salmon Byrne (D.C. Bar No. 480477)<br>DLA Piper Rudnick Gray Cary US LLP<br>1200 19th Street, NW<br>Washington, DC  20036<br>T:  202/861-3900<br>F:  202/223-2085<br>-and-<br>John J. Clarke, Jr.<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, NY  10020-1104<br>T:  212/835-6000<br>F:  212/884-8520<br>**Counsel to Defendants Stephen B. Ashley, Ann Korologos, and Donald B. Marron** | /s/ Glenn B. Manishin<br>Glenn B. Manishin (D.C. Bar No. 395724)<br>Stephanie A. Joyce (D.C. Bar No. 464778)<br>Kelley Drye & Warren LLP<br>1200 19th Street, NW<br>Suite 500<br>Washington, DC  20036<br>T:  202/955-9600<br>F:  202/955-9792<br>-and-<br>David E. Barry<br>William A. Krohley<br>Christopher C. Palermo<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178-0002<br>T:  212/808-7800<br>F:  212/808-7897<br>**Counsel to Defendant John Wulff** |
| /s/ Fred F. Fielding<br>Fred F. Fielding (D.C. Bar No. 099296)<br>Barbara Van Gelder (D.C. Bar No. 265603)<br>Wiley Rein & Fielding LLP<br>1776 K Street, N.W.<br>Washington, D.C.  20006<br>T:  202/719-7000<br>F:  202/719-7207<br>**Counsel to Defendants Anne Mulcahy and Frederic V. Malek** | /s/ James D. Wareham<br>James D. Wareham (D.C. Bar No. 411799)<br>James Anklam (D.C. Bar No. 414122)<br>Carolyn W. Morris (D.C. Bar No. 463865)<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, NW<br>Washington, DC 20005<br>T:  202/551-1700<br>F:  202/551-1705<br>**Counsel to Defendant Daniel H. Mudd** |
| /s/ James Hamilton<br>James Hamilton (D.C. Bar No. 108928)<br>David I. Ackerman (D.C. Bar No. 482075)<br>Bingham McCutcheon LLP<br>3000 K Street NW, Suite 300<br>Washington, DC  20007<br>T:  202/424-7500<br>F:  202/424-7647<br>**Counsel to Defendant Joe K. Pickett** | |

3

| | |
|---|---|
| \_\_\_\_\_/s/ Christian J. Mixter_____ | \_\_\_\_\_/s/ Rhonda D. Orin_____ |
| Christian J. Mixter (D.C. Bar No. 352238) | Rhonda D. Orin (D.C. Bar No. 439216) |
| Morgan, Lewis & Bockius LLP | Daniel J. Healy (D.C. Bar No. 476233) |
| 1111 Pennsylvania Ave., NW | Anderson Kill & Olick, P.C. |
| Washington, DC  20004 | 2100 M Street, NW |
| T:  202/739-3000 | Suite 650 |
| F:  202/739-3001 | Washington, DC  20037 |
| -and- | T:  202/218-0049 |
| Robert Romano | F:  202/218-0055 |
| Rachelle Barstow | -and- |
| Bonnie Altro | John H. Doyle, III |
| Morgan, Lewis & Bockius | Anderson Kill & Olick, P.C. |
| 101 Park Avenue | 1251 Avenue of the Americas |
| New York, NY  10178-0060 | New York, NY  10020 |
| T:  212/309-6000 | T:  212/278-1000 |
| F:  212/309-6001 | F:  212/272-1733 |
| ***Counsel to Defendant Tom Gerrity*** | ***Counsel to Defendant Leslie Rahl*** |

## CERTIFICATE OF SERVICE

I certify that on April 20, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

Kevin M. Downey, Esq.
Joseph M. Terry, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5091

*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric Delinsky
Zuckerman Spaeder LLP
1201 Connecticut Ave., NW
12th Floor
Washington, DC 20036-2638

*Counsel for Defendant J. Timothy Howard*

David S. Krakoff, Esq.
Mark W. Ryan, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

*Counsel for Defendant Leanne G. Spencer*

Curtis V. Trinko
Jeffrey B. Silverstein
Law Office of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY 10036
-and-
Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
429 Forbes Ave.
Pittsburgh, PA

*Counsel For Plaintiffs Anne E. Flynn and Robert L. Garber, as Custodian for Michael Saul Garber*

Mark A. Topaz
Richard A. Maniskas
Richard S. Schiffrin
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004

*Counsel for Plaintiffs Vincent Vinci*

Stanley M. Chesley
James R. Cummins
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
-and-
Jeffrey C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02169
-and
Steven J. Toll
Daniel S. Sommers
Cohen, Millstein, Hausfeld, & Toll P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC  20005

*Counsel for Plaintiff Ohio Public Employees Retirement System*

Stuart M. Grant
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE  19801

*Counsel for Plaintiff Evergreen Trust and Franklin Templeton Trusts*

2

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway, 27th Floor
San Diego, CA  92101
-and-
Robert W. Liles
1054 31st Street, NW
Suite 415
Washington, DC  20007

*Counsel for Plaintiff Sassan Shahrokhinia*

James D. Wareham
James Anklam
Carolyn Morris
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005

*Counsel for Defendant Daniel H. Mudd*

John J. Clarke, Jr.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY  10020-1104
-and-
Earl Silbert
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, NW
Washington, DC  20036

*Counsel for Defendants Stephen B. Ashley, Ann Korologos, and Donald B. Marron*

James Hamilton
David Ackerman
Bingham McCutcheon
3000 K Street, N.W.
Suite 300
Washington, DC  20007

*Counsel for Defendant Joe K. Pickett*

Rhonda D. Orin
Daniel J. Healy
Anderson Kill & Olick, P.C.
2100 M Street, NW
Suite 650
Washington, DC  20037

*Counsel for Defendant Leslie Rahl*

Robert Romano
Bonnie Altro
Morgan Lewis
101 Park Avenue
New York, NY  10178-0060

*Counsel for Defendant Tom Gerrity*

Fred F. Fielding
Barbara Van Gelder
Mark B. Sweet
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006

*Counsel for Defendant Anne Mulcahy*

Leigh R. Lasky
Lasky & Rifkind, Ltd.
100 Park Avenue
New York, NY  10017

*Counsel for Plaintiff Sidney Horn*

4

Harvey B. Cohen
John Christopher Pasierb
Cohen, Gettings & Caulkins, P.C.
2200 Wilson Boulevard
Suite 800
Arlington, VA  22201

*Counsel for Plaintiffs Sidney Horn; Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust; Hedda Rudoff, The Lillian Winston 1993 Trust*

Gary Edward Mason
The Mason Law Firm
1225 19th Street, NW
Suite 600
Washington, DC  20036

*Counsel for Plaintiff Richard Mandel*

Douglas Johnston, Jr.
Barrett, Johnston, & Parsley
217 Second Avenue North
Nashville, TN  37201
-and-
Steven A. Skalet
Mehri & Skalet, PLLC
1300 19th Street, NW
Washington, DC  20036-1609

*Counsel for Plaintiff Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust*

Nancy M. Juda
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC  20036
-and-
William S. Lerach
Darren J. Robbins
Byron S. Georgiou
Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
1000 Pine Street, Suite 2600
San Diego, CA  94111

*Counsel for Plaintiff Wayne County Employees' Retirement System*

5

Lynda J. Grant
Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, New York 10017

*Counsel for Plaintiff The Lillian Winston 1993 Trust*

Richard D. Greenfield
Greenfield & Goodman LLC
7436 Tour Drive
Easton, Maryland  21601
-and-
David W. Stanley
Cuneo Waldman & Gilbert LLP
317 Massachusetts Avenue, NE
Suite 300
Washington, DC  20002

*Counsel for Plaintiff James Kellmer*

David H. Shapiro
Swick & Shapiro, P.C.
1225 Eye Street
Washington, D.C. 20005
-and-
A. Arnold Gershon
Dwight Yellen
Natalie Marcus
Ballon Stoll Bader & Nadler, P.C.
1450 Broadway – 14th Floor
New York, NY

*Counsel for Plaintiff Jeffrey Bader*

Arthur J. Salzburg
Arthur J. Salzburg & Associates, P.C.
The Air Rights Center North Tower
7315 Wisconsin Avenue Ste. 601N
Bethesda, MD  20814-3202
-and-
Marvin L. Szymkowicz
Diana M. Savit
Savit & Szymkowicz, LLP
The Air Rights Center North Tower
7315 Wisconsin Avenue Ste. 601N
Bethesda, MD  20814-3202
-and-
Peter D. Bull
Joshua M. Lifshitz
18 E. 41st Street
New York, NY  10017

*Counsel to Plaintiff Bernard Stern*


      /s/ Michael J. Walsh, Jr.
Michael J. Walsh, Jr.

7