UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

**FILED**

APR 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mae Securities Litigation | ) ) ) ) ) | Consolidated Civil Action No.: 1:04-cv-01639 (RJL) |

### STIPULATED CASE MANAGEMENT ORDER NO. 2

It is hereby stipulated and agreed among the parties, and **IT IS HEREBY ORDERED** by the Court, that this case management order supersedes the Revised Stipulated Case Management Order No. 1 entered on April 19, 2005 ("CMO #1), and that the following deadlines are hereby set in this case:

**Complaint and Response**

1. Lead Plaintiffs shall file an Amended Consolidated Complaint on or before April 17, 2006.

2. Defendant Fannie Mae shall answer or otherwise respond to the Amended Consolidated Complaint on or before June 16, 2006, and the individual defendants shall answer or otherwise respond to the Amended Consolidated Complaint on or before June 30, 2006.

**Discovery**

3. Per CMO # 1, document production by the parties shall have commenced on a rolling basis beginning March 13, 2006, and document production by all parties shall be completed by August 10, 2006. This deadline is without prejudice to the right of any party to produce at a later point in time documents that subsequently may come to the attention of any party as needing to be produced.



4. (a) Factual discovery shall be completed by April 30, 2007.

(b) For the first 60 days after the filing of Lead Plaintiffs' motion for class certification, depositions will be limited to matters relating to class certification, unless otherwise agreed by the parties, or upon application to this Court and a showing of good cause.

**Class Certification**

5. The parties agree that Local Rule Civ. Procedure 23.1(b) governing motions for class certification is waived.

6. Lead Plaintiffs will file a motion for class certification on or before May 17, 2006.

7. All document discovery related to class certification shall be completed by June 16, 2006, and depositions related to class certification shall be completed by July 17, 2006.

8. Defendant Fannie Mae's opposition, if any, to Lead Plaintiffs' Motion for Class Certification shall be filed on or before August 16, 2006, and the individual defendants' opposition, if any, shall be filed on or before August 30, 2006.

9. Lead Plaintiffs' Reply brief shall be filed on of before September 25, 2006.

**Expert Reports and Discovery**

10. Lead Plaintiffs' expert reports shall be served on or before May 21, 2007, and depositions of Lead Plaintiffs' experts shall be completed on or before July 5, 2007.

11. Defendants' expert reports shall be served on Lead Plaintiffs' counsel on or before August 6, 2007, and depositions of Defendants' experts shall be completed on or before September 5, 2007.

12. Lead Plaintiffs may serve expert rebuttal reports on or before September 28, 2007. Defendants shall not be entitled to take further depositions of Lead Plaintiffs' experts concerning

2

any rebuttal reports unless a rebuttal report covers issues not raised in the expert's original report or Defendants' experts' reports.

**Dispositive Motions**

13.   Any dispositive motions shall be filed on or before November 19, 2007.

14.   Opposition papers in response to any dispositive motions shall be filed on or before January 4, 2008.

15.   Any reply briefs in support of dispositive motions shall be filed on or before February 4, 2008.

16.   Each party reserves the right to seek an adjournment or modification of any of the dates or other provisions set forth herein.

Dated:   April 20, 2006

*[signature]*
Judge Richard J. Leon
United States District Judge

3

Agreed:
On Behalf of All Defendants:

O'MELVENY & MYERS LLP
/s/ Jeffrey W. Kilduff
John Beisner (DC Bar #320747)
Jeffrey W. Kilduff (DC Bar #426632)
1625 Eye Street N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
and
Seth Aronson, Esq.
O'Melveny & Meyers, LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071-2899
*Counsel for Defendant Fannie Mae*

WILLIAMS & CONNOLLY
/s/ Joseph M. Terry
Kevin M. Downey, Esq.
Joseph M. Terry, Esq.
Michelle D. Schwartz, Esq.
725 Twelfth Street, N.W.
Washington, DC 20005-5901
*Counsel for Defendant Franklin D. Raines*

ZUCKERMAN SPAEDER LLP
/s/ Eric R. Delinsky
Steven M. Salky, Esq.
Eric R. Delinsky, Esq.
Ellen D. Marcus, Esq.
1800 M Street, N.W. – 10th Floor
Washington, DC 20036
*Counsel for Defendant J. Timothy Howard*

MAYER, BROWN, ROWE & MAW LLP
/s/ Eldad Z. Malamuth, Esq.
David S. Krakoff, Esq.
Mark W. Ryan, Esq.
Eldad Z. Malamuth, Esq.
1909 K Street, N.W.
Washington, DC 20006-1101
*Counsel for Defendant Leanne G. Spencer*

On Behalf of Lead Plaintiffs:

ATTORNEY GENERAL OF OHIO
JIM PETRO
WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.
/s/Stanley M. Chesley
Stanley M. Chesley
/s/James R. Cummins
James R. Cummins (D.C. Bar #OH0010)
Melanie S. Corwin
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
E-mail: jcummins@wsbclaw.com
*Special Counsel for the Attorney General of Ohio and Lead Counsel for Lead Plaintiffs*

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO
/s/ Jeffrey C. Block
Jeffrey C. Block
Kathleen M. Donovan-Maher
Julie A. Richmond
Joseph A. Merschman
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-mail: jblock@bermanesq.com
*Co-Lead Counsel for Lead Plaintiffs*

COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
Steven J. Toll (DC Bar #225623)
Daniel S. Sommers (DC Bar #416549)
Matthew K. Handley (DC Bar #489946)
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: stoll@cmht.com
*Local Counsel for Lead Plaintiffs*

OF COUNSEL:

BARRETT & WEBER L.P.A.
Michael R. Barrett (0018159)
Suite 500, 105 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 721-2120
Facsimile: (513) 721-2139
E-mail: mrbarrett@barrettweber.com
*Special Counsel for the Attorney General Of Ohio*

STATMAN, HARRIS, SIEGEL
  & EYRICH, LLC
Alan J. Statman (0012045)
Jeffrey P. Harris (0023006)
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202-2912
Telephone: (513) 621-2666
Facsimile: (513) 587-4477
E-mail: ajstatman@shselegal.com
E-mail: jharris@shselegal.com

29036