UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639 |
| | Judge Richard J. Leon |
| **Evergreen Equity Trust**, *et al.*, v. **Federal National Mortgage Association**, *et al.* | |
| and | Case No. 1:06CV00082 |
| **Franklin Managed Trust**, *et al.*, v. **Federal National Mortgage Association**, *et al.* | Case No. 1:06CV00139 |

## [PROPOSED] ORDER

The Court, after considering the Consent Motion to the Extension of Time and all prior pleadings and proceedings herein hereby **GRANTS** the Consent Motion and **ORDERS** that defendants' time to file motions to dismiss the Evergreen and Franklin Complaints is extended to May 15, 2006, plaintiffs' time to file responses to defendants' motions to dismiss is extended to June 30, 2006, and defendants' time to file replies is extended to July 28, 2006.

IT IS SO **ORDERED** on this _____ day of ____, 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

1