UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) ) ) ) | MDL No. 1688 |
| In re Fannie Mae Securities Litigation | ) ) ) ) ) | Consolidated Civil Action. No. 1:04-cv-1639 (RLJ) |

## CERTIFICATE OF SERVICE

    I, Elizabeth D'Entremont, hereby certify that Lead Plaintiffs' Memorandum In Opposition To Non-Party KPMG, LLP's Motion To Quash Lead Plaintiffs' Subpoena To Paul Weiss filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated below as non-registered participants:

Seth Alben Aronson
O'MELVENY & MYERS, LLP
400 South Hope Street
15th Floor
Los Angeles, CA 90071-2899

Stuart L. Berman
Darren J. Check
Richard S. Schiffrin
SCHIFFRIN & BARROWAY, LLP
Three Bala Palza East
Suite 400
Bala Cynwyd, PA 19004

Hal M. Hirsch
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166

Gerald L. Rutledge
Alfred G. Yates, Jr.
Barbara L. Yates
ALFRED G. YATES JR., PC
429 Forbes Avenue, Ste. 519

Allegheny Building
Pittsburgh, PA 15219

Alan J. Statman
STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street
7th Floor
New York, NY 10036

**Copies will be sent to the below participant via Electronic Mail and Federal Express**

Andrew S. Tulumello (D.C. Bar No. 468351)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500


Dated: May 5, 2006                             /s/ Elizabeth D'Entremont
                                               Elizabeth D'Entremont