UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | ) ) MDL NO. 1668 ) ) ) |

| | |
|---|---|
| In re Fannie Mae Securities Litigation | ) ) Consolidated Civil Action No. 1:04-CV-01639 ) Judge Richard J. Leon ) |
| Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | ) Case No. 1:06-CV-00082 (RJL) ) ) |
| and | ) ) |
| Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | ) Case No. 1:06-CV-00139 (RJL) ) |

The Court, after considering the Memorandum of Law in Support of Defendant Franklin D. Raines's Motion To Dismiss Evergreen and Franklin Plaintiffs' Complaints, and Fannie Mae's Memorandum in Support of Motion To Dismiss Evergreen and Franklin Complaints, hereby **ORDERS** that Mr. Raines's motion to dismiss the Complaint is **GRANTED;** and further **ORDERS** that the following claims are dismissed as to Mr. Raines with prejudice with full and preclusive effect:

- Counts I of the Evergreen and Franklin Complaints, alleging violations of Section 10(b) of the Exchange Act and Rule 10b-5, to the extent that they are based on purchases after September 22, 2004, or on any of the following accounting allegations: classification of securities, accounting for asset impairments on guaranty fees, accounting for dollar rolls, accounting for insurance, accounting for qualified special purpose entities, or recognition of interest expense and income;

- Counts III of the Evergreen and Franklin Complaints, alleging violations of Section 18 of the Exchange Act, in their entirety;

- Counts IV of the Evergreen and Franklin Complaints, alleging violations of Section 20(a) of the Exchange Act, to the extent that they are based on Section 18, purchases after September 22, 2004, or on any of the following accounting allegations: classification of securities, accounting for asset impairments on guaranty fees, accounting for dollar rolls, accounting for insurance, accounting for qualified special purpose entities, or recognition of interest expense and income;

- Counts V of the Evergreen and Franklin Complaints, alleging violations of Section 11 of the Securities Act, in their entirety;

- Counts VI of the Evergreen and Franklin Complaints, alleging control person liability pursuant to Section 15 of the Securities Act, in their entirety;

- Count VII of the Evergreen Complaint, alleging violation of Section 20A of the Exchange Act, with respect to all trades except for Evergreen's January 21, 2003 purchase of 6,500 shares;

- Count VII of the Franklin Complaint, alleging violation of Section 20A of the Exchange Act, in its entirety;

- Counts VIII of the Evergreen and Franklin Complaints, alleging common law fraud, in their entirety;

- Counts IX of the Evergreen and Franklin Complaints, alleging negligent misrepresentation, in their entirety;

- Count XI of the Evergreen Complaint, alleging violation of Massachusetts General Law Chapter 93A, in its entirety; and

- Count XI of the Franklin Complaint, alleging violation the California Corporations Code §§ 25400(d) and 25500, in its entirety.

IT IS SO **ORDERED** on this _____ day of _____, 200\_\_.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I certify that on May 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                        /s/ Michelle D. Schwartz_____
                                        Michelle D. Schwartz