UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


In re: FANNIE MAE SECURITIES    :    Docket No. CV03-1639 (RJL)
LITIGATION                      :    November 9, 2005
                                :
. . . . . . . . . . . . . . . . :    1:30 p.m.


TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiff:              STANLEY M. CHESLEY, ESQ.
                                JAMES R. CUMMINS, ESQ.
                                MELANIE S. CORWIN, ESQ.
                                Waite, Schneider, Bayless &
                                  Chesley Co., L.P.A.
                                One West Fourth Street
                                1513 Fourth & Vine Tower
                                Cincinnati, Ohio 45202

                                DANIEL S. SOMMERS, ESQ.
                                Cohen, Milstein, Hausfeld & Toll
                                1100 New York Avenue, N.W.
                                Suite 500 West
                                Washington, D.C.  20005


                                JEFFREY C. BLOCK, ESQ.
                                KATHLEEN M. DONOVAN-MAHER, ESQ.
                                Berman, Devalerio, Pease, Tabacco,
                                  Burt & Pucillo
                                One Liberty Square
                                Boston, Massachusetts  02109


(Appearances continued on the next page.)

92043cf3-668e-4af9-a7d5-689c6badc2bd

Page 49

1    the fact that he had four stock trades.  So I would be content

2    to leave the matter there.

3          But I think, your Honor, that by incorporation into the

4    complaint, you can see what the nature of this inference is.  If

5    I show you one exhibit that we submitted with our papers -- and

6    that, your Honor, is Exhibit F.  This is a portion of Exhibit F

7    which we submitted with our papers in order to give you an idea

8    about what was really going on with Mr. Raines' stock sales

9    during this period.

10          This is form 4 -- this is form 4 that is filed with the

11   Securities and Exchange Commission when there is a sale of stock

12   by an executive.  And this indicates, consistent with the

13   allegations of the complaint, that on January 23, 2004,

14   Mr. Raines, quote, sold, close quote, 24,874 shares of

15   Fannie Mae stock.  Now, the Plaintiffs say that sale is enough

16   to convince you that Mr. Raines was selling stock because he

17   knew the value of Fannie Mae stock was going to drop and he knew

18   there was a fraud going on.  But -- this is the document they

19   prepared the complaint from, by the way.  Let's look at what the

20   document says.

21          The document says that, in fact, on the very same day,

22   Mr. Raines, as part of his compensation, was awarded 139,155

23   shares of stock.  And is this, quote, sale, close quote, sale of

24   stock really a sale of stock?  No, your Honor.  You can tell

25   that because there was a code that tells you what's going on in

1  connection with these awards of stock.  And that code is code F.

2  And I will show you what code F means.  This is all part of

3  Exhibit F, by the way, to our papers.

4        Code F tells you that a sale that appears as the sale

5  does on this document is, in fact, a payment of exercise or tax

6  liability by delivering or withholding securities incident to

7  the receipt, exercise or vesting of a security issued in

8  accordance with rule 16(b)(3).  What does that mean?  As the

9  Court knows, it's the law in America when you get income, you

10  have to pay taxes.  Mr. Raines was awarded a substantial amount

11  of stock.  As part of that award in order to pay the taxes he

12  was obligated to pay, a portion of the stock was sold and paid

13  to the IRS.

14        That's what this sale is.  Now, if you can conclude

15  from that, your Honor, that Mr. Raines was participating in a

16  fraud, then you will agree with the Plaintiffs.  But that is the

17  type of circumstance that the Court, in Judge Green's opinion,

18  wanted to Plaintiffs to allege so that it could evaluate whether

19  or not there really was something suspicious.

20        I have done this with regard to one of the sales, but I

21  will warrant to the Court that you can do this with all four of

22  the sales identified in paragraph 168.

23        So that's category 1, stock trades.  I submit that

24  there is nothing in that that would give rise to an inference

25  that Mr. Raines was dumping stock in order to -- evidencing that

92043cf3-668e-4af9-a7d5-689c6badc2bd