UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation; | Consolidated Civil Action No. 1:04-cv-01639<br>Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. Federal National Mortgage Association, *et al.*;<br>and | Case No. 1:06CV00082 (RJL) |
| Franklin Managed Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 (RJL) |

## **ORDER**

Upon consideration of Defendant J. Timothy Howard's Motion to Dismiss the Evergreen and Franklin Complaints, the memoranda submitted in support of and in opposition to the motion, and argument of counsel, it is this _____ day of _____ 2006, hereby

ORDERED that the Motion is GRANTED.

 

_____
The Honorable Richard J. Leon
United States District Judge