# Exhibit 2

Case 1:05-cv-01198-RJL    Document 21-4    Filed 05/15/2006    Page 1 of 4

| FORM 4 | | |
|---|---|---|
| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549<br><br>STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940 | OMB APPROVAL<br>OMB Number: 3235-0287<br>Expires: January 31, 2008<br>Estimated average burden hours per response 0.5 |

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person*<br>HOWARD J TIMOTHY | 2. Issuer Name **and** Ticker or Trading Symbol<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION FANNIE MAE [FNM] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable)<br>X Director       10% Owner<br>X Officer (give title below)   Other (specify below)<br>Vice Chairman & CFO |
|---|---|---|
| (Last)   (First)   (Middle)<br>3900 WISCONSIN AVENUE, NW | 3. Date of Earliest Transaction (Month/Day/Year)<br>03/17/2004 | |
| (Street)<br>WASHINGTON   DC   20016 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/17/2004 | | M | | 3,500 | A | $18.625 | 27,800 | D | |
| Common Stock | 03/17/2004 | | S | | 500 | D | $75.73 | 27,300 | D | |
| Common Stock | 03/17/2004 | | S | | 3,000 | D | $75.75 | 24,300 | D | |
| Common Stock | 03/18/2004 | | M | | 3,500 | A | $18.625 | 27,800 | D | |
| Common Stock | 03/18/2004 | | S | | 200 | D | $74.63 | 27,600 | D | |
| Common Stock | 03/18/2004 | | S | | 100 | D | $74.62 | 27,500 | D | |
| Common Stock | 03/18/2004 | | S | | 100 | D | $74.68 | 27,400 | D | |
| Common Stock | 03/18/2004 | | S | | 100 | D | $74.67 | 27,300 | D | |
| Common Stock | 03/18/2004 | | S | | 100 | D | $74.65 | 27,200 | D | |
| Common Stock | 03/18/2004 | | S | | 100 | D | $74.7 | 27,100 | D | |
| Common Stock | 03/18/2004 | | S | | 100 | D | $74.75 | 27,000 | D | |
| Common Stock | 03/18/2004 | | S | | 100 | D | $74.55 | 26,900 | D | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Common Stock | 03/18/2004 | S | 100 | D | $ 74.57 | 26,800 | D |
| Common Stock | 03/18/2004 | S | 300 | D | $ 74.59 | 26,500 | D |
| Common Stock | 03/18/2004 | S | 200 | D | $ 74.54 | 26,300 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.2 | 26,200 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.26 | 26,100 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.25 | 26,000 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.21 | 25,900 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.22 | 25,800 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.32 | 25,700 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.34 | 25,600 | D |
| Common Stock | 03/18/2004 | S | 200 | D | $ 75.35 | 25,400 | D |
| Common Stock | 03/18/2004 | S | 200 | D | $ 75.3 | 25,200 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 74.88 | 25,100 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.05 | 25,000 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75 | 24,900 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.19 | 24,800 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.13 | 24,700 | D |
| Common Stock | 03/18/2004 | S | 100 | D | $ 75.14 | 24,600 | D |

## Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (right to buy) | $18.625 | 03/17/2004 | | M | | | 3,500 | 11/15/1995 | 11/15/2004 | Common Stock | 3,500 | $0 | 89,300 | D | |
| Employee Stock Option (right to buy) | $18.625 | 03/18/2004 | | M | | | 3,500 | 11/15/1995 | 11/15/2004 | Common Stock | 3,500 | $0 | 85,800 | D | |

**Explanation of Responses:**

**Remarks:**
All of the foregoing transactions were effected by Reporting Person's broker pursuant to a written 10b5-1 trading plan established on February 27, 2004.

This Form 4 dated 3/19/04 is 1 of 2 Form 4s dated 3/19/04, and should be read in conjunction with the other Form 4. The total number of transactions being reported on 3/19/04 exceeded the 30 transaction

| | |
|---|---|
| /s/ Scott Lesmes, Attorney-in-Fact for J. Timothy Howard | 03/19/2004 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Created by 10KWizard    www.10KWizard.com