UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639<br>Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.*<br>and | Case No. 1:06CV00082 |
| Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 |

PLEASE TAKE NOTICE that, upon the Evergreen and Franklin Complaints, the accompanying Declaration of Robert M. Stern, executed on May 15, 2006, and exhibits thereto, Fannie Mae and the Director Defendants' Joint Request for Judicial Notice in Support of Motions to Dismiss the Evergreen and Franklin Complaints, and all prior pleadings and proceedings herein, Defendants Stephen B. Ashley, Kenneth M. Duberstein, Thomas P. Gerrity, Jamie S. Gorelick, William R. Harvey, Manuel J. Justiz, Ann Korologos, Frederick V. Malek, Donald B. Marron, Daniel H. Mudd, Anne M. Mulcahy, Joe K. Pickett, Leslie Rahl, Taylor C. Segue III, and H. Patrick Swygert hereby move this Court for an order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Evergreen and Franklin Complaints for the reasons set forth in the accompanying Director Defendants' Memorandum of Law in Support of Motion to Dismiss Evergreen and Franklin Complaints, Defendant Jamie Gorelick's Supplemental Memorandum of Law in Support of Motion to Dismiss Evergreen and Franklin Complaints, Defendant Daniel H. Mudd's Supplemental Motion to Dismiss and Memorandum of Law Thereto, and Fannie Mae's Memorandum of Law in Support of Motion to Dismiss Evergreen and Franklin Complaints.

-2-

Dated:  May 15, 2006                                              Respectfully submitted,

| | |
|---|---|
| _/s/ Jeffrey W. Kilduff_ | _/s/ Earl J. Silbert_ |
| John Beisner (D.C. Bar No. 320747) | Earl J. Silbert (D.C. Bar No. 053132) |
| Jeffrey W. Kilduff (D.C. Bar No. 426632) | Erica Salmon Byrne (D.C. Bar No. 480477) |
| Kimberly A. Newman (D.C. Bar. No. 430326) | DLA Piper Rudnick Gray Cary US LLP |
| Robert M. Stern (D.C. Bar No. 478742) | 1200 19th Street, NW |
| Michael J. Walsh, Jr. (D.C. Bar No. 483296) | Washington, DC  20036 |
| O'Melveny & Myers LLP | T:  202/861-3900 |
| 1625 Eye Street, N.W. | F:  202/223-2085 |
| Washington, DC  20006 | -and- |
| T:  202/383-5300 | John J. Clarke, Jr. |
| F:  202/383-5414 | DLA Piper Rudnick Gray Cary US LLP |
| -and- | 1251 Avenue of the Americas |
| Seth Aronson | New York, NY  10020-1104 |
| O'Melveny & Myers LLP | T:  212/835-6000 |
| 400 South Hope Street, 15th Floor | F:  212/884-8520 |
| Los Angeles, CA  90071-2899 | |
| T:  213/430-6000 | *Counsel for Defendants Stephen B. Ashley,* |
| F:  213/430-6407 | *Ann Korologos, and Donald B. Marron* |

*Counsel for Defendants Kenneth Duberstein, William R. Harvey, Taylor C. Segue III, H. Patrick Swygert, and Manuel Justiz*

| | |
|---|---|
| /s/ Christian J. Mixter<br>Christian J. Mixter (D.C. Bar No. 352238)<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Ave., NW<br>Washington, DC  20004<br>T:  202/739-3000<br>F:  202/739-3001<br>-and-<br>Robert Romano<br>Rachelle Barstow<br>Bonnie Altro<br>Morgan, Lewis & Bockius<br>101 Park Avenue<br>New York, NY  10178-0060<br>T:  212/309-6000<br>F:  212/309-6001<br><br>*Counsel for Defendant Tom Gerrity in the Franklin Action* | /s/ Julia E. Guttman<br>Julia E. Guttman (D.C. Bar No. 412912)<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>T:  202/639-7700<br>F:  202/639-7890<br><br>*Counsel for Defendant Jamie S. Gorelick*<br><br>/s/ Fred F. Fielding<br>Fred F. Fielding (D.C. Bar No. 099296)<br>Barbara Van Gelder (D.C. Bar No. 265603)<br>Wiley Rein & Fielding LLP<br>1776 K Street, N.W.<br>Washington, D.C.  20006<br>T:  202/719-7000<br>F:  202/719-7207<br><br>*Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Tom Gerrity in the Evergreen Action* |
| /s/ James D. Wareham<br>James D. Wareham (D.C. Bar No. 411799)<br>James Anklam (D.C. Bar No. 414122)<br>Carolyn W. Morris (D.C. Bar No. 463865)<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, NW<br>Washington, DC 20005<br>T:  202/551-1700<br>F:  202/551-1705<br><br>*Counsel for Defendant Daniel H. Mudd* | /s/ James Hamilton<br>James Hamilton (D.C. Bar No. 108928)<br>David I. Ackerman (D.C. Bar No. 482075)<br>Bingham McCutcheon LLP<br>2020 K Street, NW<br>Washington, DC  20006<br>T:  202/373-6000<br>F:  202/373-6001<br><br>*Counsel for Defendant Joe K. Pickett* |

| | |
|---|---|
| /s/ Rhonda D. Orin<br>Rhonda D. Orin (D.C. Bar No. 439216)<br>Daniel J. Healy (D.C. Bar No. 476233)<br>Anderson Kill & Olick, P.C.<br>2100 M Street, NW<br>Suite 650<br>Washington, DC  20037<br>T:  202/218-0049<br>F:  202/218-0055<br>-and-<br>John H. Doyle, III<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY  10020<br>T:  212/278-1000<br>F:  212/272-1733<br><br>***Counsel for Defendant Leslie Rahl*** | ***Of-Counsel for Defendant Manuel J. Justiz:***<br>Shannon H. Ratliff<br>Texas Bar No. 16573000<br>Michael L. Navarre<br>Texas Bar No. 00792711<br>Ratliff Law Firm, P.L.L.C.<br>600 Congress Avenue, Suite 3100<br>Austin, Texas  78701<br>T:  512/493-9600<br>F:  512/493-9625 |

**CERTIFICATE OF SERVICE**

I certify that on May 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

Kevin M. Downey
Joseph M. Terry
Michelle D. Schwartz
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5091

*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric Delinsky
Ellen Marcus
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036-5802

*Counsel for Defendant J. Timothy Howard*

David S. Krakoff
Mark W. Ryan
Christopher F. Regan
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

*Counsel for Defendant Leanne G. Spencer*

Andrew Tulumello
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Defendant KPMG*

-2-

Curtis V. Trinko
Jeffrey B. Silverstein
Law Office of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY  10036
-and-
Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
429 Forbes Ave.
Pittsburgh, PA

*Counsel For Plaintiffs Anne E. Flynn and Robert L. Garber, as Custodian for Michael Saul Garber*

Mark A. Topaz
Richard A. Maniskas
Richard S. Schiffrin
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004

*Counsel for Plaintiffs Vincent Vinci*

Stanley M. Chesley
James R. Cummins
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
-and-
Jeffrey C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02169
-and
Steven J. Toll
Daniel S. Sommers
Cohen, Millstein, Hausfeld, & Toll P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC  20005

*Counsel for Plaintiff Ohio Public Employees Retirement System*

Stuart M. Grant
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE  19801

*Counsel for Plaintiff Evergreen Trust and Franklin Templeton Trusts*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway, 27th Floor
San Diego, CA  92101
-and-
Robert W. Liles
1054 31st Street, NW
Suite 415
Washington, DC  20007

*Counsel for Plaintiff Sassan Shahrokhinia*

                                                                /s/ Michael J. Walsh, Jr.
                                                                   Michael J. Walsh, Jr.