# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639 |
| **Evergreen Equity Trust,** *et al.***, v. Federal National Mortgage Association,** *et al.* | Judge Richard J. Leon |
| and | Case No. 1:06CV00082 |
| **Franklin Managed Trust,** *et al.***, v. Federal National Mortgage Association,** *et al.* | Case No. 1:06CV00139 |

### CONSENT MOTION TO THE EXTENSION OF TIME FOR BRIEFING ON FANNIE MAE'S AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS IN THE *EVERGREEN* AND *FRANKLIN* ACTIONS

The plaintiffs in *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.* and *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, with the consent and agreement of defendants Fannie Mae, Ashley, Duberstein, Gerrity, Gorelick, Harvey, Howard, Justiz, Korologos, Malek, Marron, Mudd, Mulcahy, Pickett, Segue, Spencer, Swygert, Raines, and Rahl, hereby respectfully request that the Court extend the deadline for these defendants to file motions to dismiss until August 17, 2006, plaintiffs to file responses to these defendants' motions to dismiss to October 6, 2006, and these defendants to file replies to October 26, 2006.

Dated:  July 31, 2006                                       Respectfully submitted,

        /s/  Stuart M. Grant
Stuart M. Grant (D.C. Bar No. 450895)
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 N. Market Street, Suite 2100
Wilmington, DE  19801
T:  302/622-7000
F:  302/622-7100

Counsel for Plaintiffs in *Evergreen* and *Franklin* Actions

**CERTIFICATE OF SERVICE**

      I certify that on July 31, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF.

                                                            /s/ Megan D. McIntyre.
                                                      Megan D. McIntyre