UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639 |
| **Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | Judge Richard J. Leon |
| and | Case No. 1:06CV00082 |
| **Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | Case No. 1:06CV00139 |

## [PROPOSED] ORDER

The Court, after considering the Consent Motion to the Extension of Time for Briefing on Fannie Mae's and the Individual Defendants' Motions to Dismiss in the *Evergreen* and *Franklin* Actions and all prior pleadings and proceedings herein hereby **GRANTS** the Consent Motion and **ORDERS** that the time for defendants Fannie Mae, Ashley, Duberstein, Gerrity, Gorelick, Harvey, Howard, Justiz, Korologos, Malek, Marron, Mudd, Mulcahy, Pickett, Segue, Spencer, Swygert, Raines, and Rahl to file motions to dismiss the *Evergreen* and *Franklin* complaints is extended to August 17, 2006, plaintiffs' time to file responses to these defendants' motions to dismiss is extended to October 6, 2006, and these defendants' time to file replies is extended to October 26, 2006.

IT IS SO **ORDERED** on this _____ day of _____, 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE