UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation | ) <br> ) <br> ) Civil Action No. 1:04-cv-01639 (RJL) <br> ) Consolidated Action <br> ) <br> ) |

## NOTICE OF MOTION
## FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that on such date as the Court shall determine, the undersigned attorney for non-party Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") shall move, via the attached motion, before this Court, for an order permitting the *pro hac vice* admission to the Bar of this Court of Alex Young K. Oh, a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and Eryn Mead Starun, an associate in the same law firm, in connection with this matter.

PLEASE TAKE FURTHER NOTICE that non-party Paul, Weiss has been served with a subpoena duces tecum by plaintiffs in the above referenced matter.

PLEASE TAKE FURTHER NOTICE that in support of this application non-party Paul, Weiss will rely upon the accompanying declarations of Alex Young K. Oh and Eryn Mead Starun submitted herewith. A proposed form of order is also hereby submitted.

PLEASE TAKE FURTHER NOTICE that oral argument on this application for *pro hac vice* admission is hereby waived.

PLEASE TAKE FURTHER NOTICE that no brief is submitted in connection with this motion, which is solely factual in nature.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Robert P. Parker, A Member of the Firm
D.C. Bar No. 404066

Dated: July 28, 2006