UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
|  |  |  |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

**OFHEO'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant Fed. R. Civ. P. 6(b), the Office of Federal Housing Enterprise Oversight ("OFHEO") respectfully requests the Court for an extension of time to August 18, 2006, to respond to Defendant J. Timothy Howard's Motion to Compel Production of Documents by OFHEO. Pursuant to Local Rule 7(m), counsel for OFHEO and Mr. Howard conferred, and Mr. Howard's counsel does not oppose this Motion.

There is good cause to grant this Motion. As a preliminary matter, OFHEO is not a party to the above-referenced MDL/Consolidated Action. Mr. Howard served OFHEO with a Rule 45 subpoena on June 23, 2006, seeking certain documents from OFHEO. In response, OFHEO asked that Mr. Howard comply with OFHEO's *Touhy* regulations when seeking documents or information from the agency. Mr. Howard then filed this Motion to Compel arguing that OFHEO is a person within Rule 45 and should comply with its subpoena. There was a disagreement between the parties on the issue of proper service of the Motion to Compel because the Motion was not served upon the U.S. Attorney's Office; however, that issue is now resolved because the undersigned agreed to accept service of the Motion.

Mr. Howard believes that OFHOE's response to the Motion to Compel was due on

August 7, 2006. OFHEO disagrees with that assessment; however, this issue is also moot as Mr. Howard agreed to give OFHEO until August 18, 2006, to respond to the Motion to Compel.[1]

OFHEO needs additional time to respond to Mr. Howard's Motion to Compel mainly because the undersigned was recently assigned to this case and needs additional time to learn the issues surrounding the Motion to Compel. Moreover, the undersigned had an urgent personal matter that arose this past Thursday and was out of the office yesterday for that matter. Furthermore, the undersigned had other work commitments that prevented the undersigned from devoting time to learning more about the issues surrounding the Motion to Compel. The undersigned intends to become familiar with the facts in this case in the next week. Furthermore, additional time is needed for the undersigned to prepare and circulate any draft response for client and supervisory review before filing it with the Court.

For these reasons, OFHEO respectfully requests that the Court give OFHEO until August 18, 2006, to file a response to Mr. Howard's Motion to Compel.

Dated: August 9, 2006.                                  Respectfully Submitted,


  /s/  Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


  /s/  Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

---

[1] OFHEO believes that the response is due on August 18, 2006, 11 days after the undersigned accepted service of the Motion to Compel. See Local Rule 7(b).

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Office of Federal Housing
Enterprise Oversight.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Federal National Mortgage Assoc.<br>Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Upon consideration of the Office of Federal Housing Enterprise Oversight's Unopposed Motion for an Extension of Time and the entire record herein, it is this_____ day of _____, 2006,

ORDERED that the Office of Federal Housing Enterprise Oversight's Unopposed Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that the Office of Federal Housing Enterprise Oversight has up to and including August 18, 2006, to respond to Mr. J. Timothy Howard's Motion to Compel.

SO ORDERED.

_____
U.S. District Judge