AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER 1:05-cv-01198-RJL |
| FANNIE MAE | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Tammy Gershoni__ as counsel in this
(Attorney's Name)

case for: __J. Timothy Howard__
(Name of party or parties)

__August 16, 2006__
Date

__/s/ Tammy Gershoni__
Signature

__DC Bar No. 473382__
BAR IDENTIFICATION

Tammy Gershoni
Print Name

Zuckerman Spaeder LLP
Address

1800 M Street, NW, Washington DC 20036
City      State      Zip Code

202-778-1800
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2006, I filed the foregoing Notice of Appearance with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Tammy Gershoni
Tammy Gershoni