A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

OHIO PUBLIC EMPLOYEES
RETIREMENT SYSTEM

                 Plaintiff(s)         )      **APPEARANCE**
                                         )
                                       )
             vs.              )      CASE NUMBER   1:05-cv-01198-RJL
FANNIE MAE               )
                                       )
             Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Holly A. Pal        as counsel in this
                                     (Attorney's Name)

case for:   J. Timothy Howard
                   (Name of party or parties)

August 16, 2006
Date

DC Bar No. 490737
BAR IDENTIFICATION

_Holly A. Pal_ (signature)
Signature

Holly A. Pal
Print Name

Zuckerman Spaeder LLP
Address

1800 M Street, NW, Washington DC 20036
City          State         Zip Code

202-778-1800
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2006, I filed the foregoing Notice of

Appearance with the Clerk of Court via the CM/ECF system, which will send notification of

such filing to the counsel of record in this matter who are registered on the CM/ECF system.


/s/ Holly A. Pal
Holly A. Pal