AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re: Fannie Mae Securities Litigation

       Plaintiff(s) )
)
)
vs. ) **APPEARANCE**
)
)
       Defendant(s) ) CASE NUMBER 1:04-cv-01639

To the Clerk of this court and all parties of record:

Please enter the appearance of __Christopher F. Regan__ as counsel in this
                 (Attorney's Name)

case for: __Leanne Spencer__
            (Name of party or parties)

08/17/2006
Date

_/s/ Christopher F. Regan_
Signature

Christopher F. Regan
Print Name

433792
BAR IDENTIFICATION

Mayer Brown Rowe & Maw LLP  1909 K Street, N.W.
Address

Washington, DC  20006
City     State     Zip Code

202-263-3380
Phone Number

**CERTIFICATE OF SERVICE**

  I certify that on August 17, 2006, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                /s/ Christopher F. Regan
                Christopher F. Regan