UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) ) | Consolidated Action: 04-1639 (RJL) |

**OFHEO'S MOTION FOR AN EXTENSION OF TIME**

Pursuant Fed. R. Civ. P. 6(b), the Office of Federal Housing Enterprise Oversight ("OFHEO") respectfully requests for a three business days extension of time from August 18, 2006, to August 23, 2006, to respond to Defendant J. Timothy Howard's Motion to Compel Production of Documents by OFHEO. Pursuant to Local Rule 7(m), counsel for OFHEO and Mr. Howard conferred, and Mr. Howard's counsel opposes this Motion. This is OFHEO's second request for an extension.

There is good cause to grant this Motion. As explained in OFFEO's previous motion for an extension of time, OFHEO is not a party to the above-referenced MDL/Consolidated Action. Mr. Howard served OFHEO with a Rule 45 subpoena on June 23, 2006, seeking certain documents from OFHEO. In response, OFHEO asked that Mr. Howard comply with OFHEO's *Touhy* regulations when seeking documents or information from the agency. Mr. Howard then filed this Motion to Compel arguing that OFHEO is a person within Rule 45 and should comply with its subpoena. On August 9, 2006, OFHEO filed a consent motion for an extension to August 18, 2006, to respond to Mr. Howard's motion to compel. To date, the Court has not

1

ruled on that motion.

OFHEO fully intended to meet August 18, 2006 deadline but now needs an additional three business days to respond to Mr. Howard's Motion to Compel mainly because of the undersigned's other pressing work commitments. Due to other matters that cannot be rescheduled the undersigned has not had opportunity to complete preparing a draft response for client and supervisory review before filing it with the Court. Specifically, the undersigned was out of the office for most of this past week because of witness preparation and deposition. In fact, the deposition lasted longer than anticipated. The undersigned was also required to devote substantial time to meeting with agency counsel in another matter to prepare for a response to an Application for a Preliminary Injunction. Given these other work commitments, the undersigned has been unable to complete OFHEO's response to the Motion to Compel.

For these reasons, OFHEO respectfully requests that the Court give OFHEO until August 23, 2006, to file a response to Mr. Howard's Motion to Compel.

Dated: August 17, 2006.                    Respectfully Submitted,

   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Office of Federal Housing
Enterprise Oversight.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

### ORDER GRANTING MOTION FOR AN EXTENSION OF TIME

Upon consideration of the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time and the entire record herein, it is this_____ day of _____, 2006,

ORDERED that the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that the Office of Federal Housing Enterprise Oversight has up to and including August 23, 2006, to respond to Mr. J. Timothy Howard's Motion to Compel.

SO ORDERED.

_____

U.S. District Judge