UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM )<br>)<br>Plaintiff(s) )<br>)<br>v. )<br>)<br>FANNIE MAE )<br>)<br>Defendant(s) )<br>) | CASE NUMBER 1:05-cv-01198-RJL |

### NOTICE OF WITHDRAWAL

On August 16, 2006, the undersigned Holly A. Pal, Esquire, filed a Notice of Appearance on behalf of J. Timothy Howard that was docketed as an appearance on behalf of Fannie Mae. This Notice was filed and docketed in error, as J. Timothy Howard is not a party to this action and Ms. Pal does not represent Fannie Mae. Ms. Pal respectfully requests that this Court withdraw her appearance as attorney of record in the above-captioned matter.

Respectfully submitted,

*/s/ Holly A. Pal*
Holly A. Pal, Esquire

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of August, 2006, I filed the foregoing Notice of Withdrawal with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

                                                /s/ Holly A. Pal_____
                                                Holly A. Pal