UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In Re Federal National Mortgage Assoc. | ) | MDL No. 1688 |
| Securities, Derivative, and "ERISA" Lit. | ) | |
| | ) | |

| | ) | |
|---|---|---|
| In Re Fannie Mae Securities Lit. | ) | Consolidated Action: 04-1639 (RJL) |
| | ) | |

**OFHEO'S MOTION FOR AN EXTENSION OF TIME**

Pursuant Fed. R. Civ. P. 6(b), the Office of Federal Housing Enterprise Oversight ("OFHEO") respectfully requests an extension of time from August 23, 2006, to September 8, 2006, to respond to Defendant J. Timothy Howard's Motion to Compel Production of Documents by OFHEO. The deadline for OFHEO to respond to Mr. Howard's motion is due today August 23, 2006. Pursuant to Local Rule 7(m), counsel for OFHEO and Mr. Howard conferred, and Mr. Howard's counsel does not oppose an extension up to August 28, 2006.

There is good cause to grant this Motion. OFHEO is not a party to the above-referenced MDL/Consolidated Action. However, OFHEO is now subject to three separate Rule 45 third-party subpoenas for documents and two motions to compel compliance with those three subpoenas. The first motion to compel was filed by Mr. Howard (Dkt. No. 195). The second one was filed by Mr. Franklin Raines (Dkt. No. 219). OFHEO's response to Mr. Raines' motion to compel is due on September 5, 2006.

OFHEO fully intended to respond to Mr. Howard's motion to compel by August 23, 2006; however, in light of Mr. Raines' recently filed motion, it would conserve the parties'

resources (especially for OFHEO) and advance judicial economy for OFHEO to address both motions in one response.  Specifically, both motions to compel raise similar legal issues.  Furthermore, all three subpoenas and both motions to compel seek substantially similar documents from OFHEO.  In response to these two motions to compel, OFHEO intends to raise similar factual and legal defenses.

Accordingly, under these circumstances, the Court should grant OFHEO's motion for an extension of time to September 8, 2006, so that OFHEO could file a single response addressing both Mr. Howard's Motion to Compel (Dkt. 195) and Mr. Raines' Motion to Compel (Dkt. 219).[1]

Dated: August 23, 2006.                         Respectfully Submitted,

   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Office of Federal Housing
Enterprise Oversight.

---

[1] OFHEO's current motion for an extension of time effectively seeks a three-day extension to respond to Mr. Raines' Motion to Compel.  In that vein, pursuant to Local Rule 7(m), counsel for OFHEO and Mr. Raines conferred and Mr. Raines' counsel does not object to the three-day extension.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
|  |  |  |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

ORDER GRANTING OFHEO's MOTION FOR AN EXTENSION OF TIME

Upon consideration of the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time and the entire record herein, it is this_____ day of _____, 2006,

ORDERED that the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that the Office of Federal Housing Enterprise Oversight shall have up to and including September 8, 2006, to file a single response to both Mr. J. Timothy Howard's Motion to Compel (Dkt. No. 195) and Mr. Franklin Raines' Motion to Compel (Dkt. No. 219).

SO ORDERED.

_____

U.S. District Judge