UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1688 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639<br><br>Judge Richard J. Leon |

## ORDER

Upon consideration of OFHEO's Motion for an Extension of Time [Document 221] to respond to Defendant J. Timothy Howard's Motion to Compel Production of Documents By OFHEO, and Mr. Howard's opposition thereto, it is this _____ day of August 2006, hereby

ORDERED that the Motion is DENIED. OFHEO shall file a response to Mr. Howard's motion to compel on or before August 28, 2006.

_____
The Honorable Richard J. Leon
United States District Judge

cc:     Counsel of Record