## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Fannie Mae Securities Litigation** | **Consolidated Civil Action No. 1:04-cv-1639 (RJL)** |
| **Evergreen Equity Trust,** *et al,* **v. Federal National Mortgage Association,** *et al.* <br><br> **and** <br><br> **Franklin Managed Trust,** *et al.* **v. Federal National Mortgage Association,** *et al.* | **Case No. 1:06-cv-00082 (RJL)** <br><br><br> **Case No. 1:06-cv-00139 (RJL)** |

### ORDER GRANTING MOTION BY
### RADIAN GUARANTY INC. TO DISMISS
### THE SECOND AMENDED COMPLAINTS

The Motion by Radian Guaranty Inc. to Dismiss the Second Amended Complaints in *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al*., Case No. 1:06-cv-0082 (RJL) and *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al*., Case No. 1:06-cv-00139 (RJL) (collectively, "Second Amended Complaints") is GRANTED.  It is hereby ORDERED that Second Amended Complaints are DISMISSED with prejudice as against Radian Guaranty Inc.


Dated: _____          _____
                                Richard H. Leon, U.S. District Judge