## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |
| Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.* and | |
| Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00082 (RJL)<br><br>Case No. 1:06CV00139 (RJL) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of September 2006, I placed in a receptacle for receipt of U.S. Mail envelopes with first-class postage affixed and containing true copies of Radian Guaranty Inc.'s Motion to Dismiss Second Amended Complaints and Request for Oral Hearing, Memorandum, and Order, and Notice of Electronic Filing of the foregoing addressed to the following persons not electronically served:

Seth Alben Aronson
O'MELVENY & MYERS, LLP
400 South Hope Street
15th Floor
Los Angeles, CA  90071-2899

DCDATA 35163_2

Stuart L. Berman
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA  19087


Darren J. Check
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA  19087

Hal M. Hirsch
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166

Christine M. MacKintosh
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE  19801

Megan D. McIntyre
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE  19801

Gerald L. Rutledge
ALFRED G. YATES JR., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA  15219-1604

Richard S. Schiffrin
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA  19087

Eryn Mead Starun
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC  20036-5694

DCDATA 35163_2

Alan J. Statman
STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street
7th Floor
New York, NY  10036

Alfred G. Yates , Jr
ALFRED G. YATES, JR., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA  15219-1604

Barbara L. Yates
ALFRED G. YATES, JR., P.C.
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA  15219-1604

Jonathan M. Stern

DCDATA 35163_2