**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*, <br><br>*Plaintiffs*, <br>v. <br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*, <br><br>*Defendants*. | No. 1:06-cv-00139 (RJL) |

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT KPMG LLP TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant KPMG LLP's motion to dismiss the Second Amended Class Action Complaint is GRANTED. It is hereby ORDERED that the Second Amended Class Action Complaint is DISMISSED with prejudice.

_____
Dated:                                                            Richard J. Leon, U.S. District Judge