UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) ) | Consolidated Action: 04-1639 (RJL) |

**OFHEO'S MOTION FOR AN EXTENSION OF TIME**

Pursuant Fed. R. Civ. P. 6(b), the Office of Federal Housing Enterprise Oversight ("OFHEO") respectfully requests an extension of time from October 2, 2006, to October 11, 2006, to filed a Reply in Support of OFHEO's Motion to Quash Defendant J. Timothy Howard's subpoena. Pursuant to Local Rule 7(m), counsel for OFHEO and Mr. Howard conferred, and Mr. Howard's counsel opposes this motion.

There is good cause to grant this Motion. On September 13, 2006, OFHEO filed a single Opposition addressing Messrs. Howard's and Raines' respective Motions to Compel. See Dkt. NO. 232. In that same Opposition, OFHEO also moved to quash their respective Rule 45 subpoenas. Id. On September 20, 2006, Mr. Howard filed his Reply/Opposition in response to OFHEO's filing. See Dkt. No. 236. On September 27, 2006, Mr. Rained filed his Reply/Opposition. See Dkt. No. 239

By operation of Local Rule 7(d) and Fed. R. Civ. P. 6(e), OFHEO has until October 2 and 10 2006, to file its Reply in support of its motion to quash Mr. Howard's and Mr. Raines' subpoenas, respectively. Since the briefs filed by both Messrs. Howard and Raines raised

1

similar arguments, it would conserve the parties's resources and advance judicial economy for OFHEO to file a single reply brief. Specifically, rather than having OFHEO file a reply on October 2, 2006, and another similar reply on October 10, 2006, the Court should grant this extension motion and allow OFHEO to file a single brief on October 10, 2006, addressing the issues raised in Messrs. Howard's and Raines' respective Replies/Oppositions.

For these reasons, the Court should grant OFHEO's motion for an extension of time until October 10, 2006, to file a single reply brief.

Dated: September 29, 2006.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Office of Federal Housing
Enterprise Oversight.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

ORDER GRANTING OFHEO'S MOTION FOR AN EXTENSION OF TIME

Upon consideration of the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time and the entire record herein, it is this_____ day of _____, 2006,

ORDERED that the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that the Office of Federal Housing Enterprise Oversight shall have up to and including October 10, 2006, to file a single Reply in response to both Mr. J. Timothy Howard's Reply/Opposition (Dkt. No. 236) and Mr. Franklin Raines' Reply/Opposition (Dkt. No. 239).

SO ORDERED.

_____

U.S. District Judge