UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consol. Civil Action No. 1:04-cv-01639<br>Judge Richard J. Leon |
| **Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | Case No. 1:06CV00082 |
| **and** | |
| **Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | Case No. 1:06CV00139 |

## [PROPOSED] ORDER

The Court, after considering the Consent Motion to the Extension of Time and Page Limits for Briefing on Motions to Dismiss by Fannie Mae, Radian, and the Individual Defendants in the *Evergreen* and *Franklin* Actions, and all prior pleadings and proceedings herein, hereby **GRANTS** the Consent Motion and **ORDERS** that (a) Plaintiffs in the *Evergreen* and *Franklin* actions may file a single omnibus brief of up to 100 pages in length in response to the motions to dismiss by defendants Fannie Mae, Ashley, Duberstein, Gerrity, Gorelick, Harvey, Howard, Justiz, Korologos, Malek, Marron, Mudd, Mulcahy, Pickett, Segue, Spencer, Swygert, Raines, Rahl, and Radian Group, (b) Plaintiffs' time to respond to those motions is extended to October 13, 2006, and (c) these defendants' time to file replies is extended to November 7, 2006.

IT IS SO **ORDERED** on this _____ day of _____, 2006.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE