**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST et al., *Plaintiffs*, v. FEDERAL NATIONAL MORTGAGE ASSOCIATION et al., *Defendants*. | No. 1:06-cv-00139 (RJL) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR AN
EXTENSION OF TIME**

The Court, after considering KPMG LLP's consent motion for an extension of time,

hereby GRANTS the consent motion and ORDERS that KPMG will file a reply in support of its

motion to dismiss the amended Franklin-Templeton complaint on or before October 27, 2006.


Dated:                                          _____
                                                Richard J. Leon, U.S. District Judge