UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

In re Federal National Mortgage Association : 
Securities, Derivative, and "ERISA"      :   MDL No. 1688
Litigation                          :
                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :
                            :   Consolidated Civil Action
In re Fannie Mae Securities Litigation   :   No.: 1:04-CV-01639 (RJL)
                            :
                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE OF COUNSEL
## <u>FOR DEFENDANT GOLDMAN, SACHS & CO</u>.

To the Clerk of this court and all parties of record:

        Please enter the appearance of Patrice A. Rouse as counsel in this case for

defendant Goldman, Sachs & Co.


Dated:  October 17, 2006             /s/ Patrice A. Rouse
                                   Patrice A. Rouse
                                   SULLIVAN & CROMWELL LLP
                                   125 Broad Street
                                   New York, NY  10004
                                   (212) 558-4000