UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association : 
Securities, Derivative, and "ERISA"          :   MDL No. 1688
Litigation                                   :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:   Consolidated Civil Action
In re Fannie Mae Securities Litigation       :   No.: 1:04-CV-01639 (RJL)
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE OF COUNSEL
<u>FOR DEFENDANT GOLDMAN, SACHS & CO</u>.**

To the Clerk of this court and all parties of record:

    Please enter the appearance of Jeremy C. Bates as counsel in this case for defendant Goldman, Sachs & Co.

Dated: October 17, 2006            /s/ Jeremy C. Bates
                                          Jeremy C. Bates
                                          SULLIVAN & CROMWELL LLP
                                          125 Broad Street
                                          New York, NY  10004
                                          (212) 558-4000