UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association :
Securities, Derivative, and "ERISA"        :  MDL No. 1688
Litigation                                 :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:  Consolidated Civil Action
In re Fannie Mae Securities Litigation   :  No.: 1:04-CV-01639 (RJL)
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT GOLDMAN, SACHS & CO**.

To the Clerk of this court and all parties of record:

Please enter the appearance of Daniel H.R. Laguardia as counsel in this case for defendant Goldman, Sachs & Co.

Dated:  October 17, 2006           /s/ Daniel H.R. Laguardia
                                   Daniel H.R. Laguardia
                                   SULLIVAN & CROMWELL LLP
                                   125 Broad Street
                                   New York, NY  10004
                                   (212) 558-4000