UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------x
:
In re Federal National Mortgage Association : 
Securities, Derivative, and "ERISA" : MDL No. 1688
Litigation :
:
------------------------------x
:
: Consolidated Civil Action
In re Fannie Mae Securities Litigation : No.: 1:04-CV-01639 (RJL)
:
:
------------------------------x

**NOTICE OF APPEARANCE OF COUNSEL
<u>FOR DEFENDANT GOLDMAN, SACHS & CO</u>.**

To the Clerk of this court and all parties of record:

Please enter the appearance of Michael T. Tomaino, Jr. as counsel in this case for defendant Goldman, Sachs & Co.

Dated: October 17, 2006  /s/ Michael T. Tomaino, Jr.
Michael T. Tomaino, Jr.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
(212) 558-4000