

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 22, 2006

VIA E-MAIL IN PDF FORMAT

Alex G. Romain
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

    Re:    In re Fannie Mae Securities Litigation, MDL No. 1668,
             Consolidated Civil Action No. 1:04-cv-01639 (RJL)

Dear Mr. Romain:

       This letter is in response to your December 20, 2006, letter disputing the agreement reached at the December 15, 2006 meet and confer concerning OFHEO's privilege log.

       Defendants agreed to identify specific entries on the log with which Defendants take issue. As you should recall, at the meeting on December 15, 2006, Defendants agreed to specify the entries on OFHEO's privilege log as to which Defendants require additional explanations to make a decision on whether to challenge the privilege assertion. We then sought clarification that Defendants would not require OFHEO to provide explanations for every single entry on privilege log. In response, Defendants assured OFHEO that they would highlight or point out only certain entries on the privilege log.

       In short, OFHEO agreed to review the specific entries so identified and provide more detail if it believed the request was appropriate. In this way, the parties could attempt to resolve any issues amicably without unnecessary court intervention. Even assuming that court intervention was necessary, this interactive methodology would at least clarify and simplify the issue for Judge Leon and expedite resolution. This methodology is both common practice and reasonable in application. This interactive methodology is contemplated under Rule 45(c)(1), which requires Defendants (as the requesting parties) to "take reasonable steps to avoid imposing undue burden or expense on [OFHEO] the subject of the subpoena." Fed. R. Civ. P. 45(c)(1).



GOVERNMENT EXHIBIT D

      We urge Defendants to reconsider their position and follow through on the agreement reached by the parties on December 15, 2007.

      Please do not hesitate to contact me if you have any questions.

                                Sincerely,
                                UNITED STATES ATTORNEY
                                JEFFREY A. TAYLOR

                    By:     //s//
                                John C. Truong
                                Assistant United States Attorney

cc via e-mail:

Eric Delinsky
Dave Felt
Joseph Aronica