IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |

## NOTICE OF APPEARANCE OF MELANIE L. KATSUR

To the Clerk and all parties of record:

Please note my appearance in this action on behalf of KPMG LLP.

Respectfully submitted this 22nd day of January 2007.

/s/ Melanie L. Katsur
Melanie L. Katsur (D.C. Bar No. 484969)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for KPMG LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I caused electronic copies of the foregoing to be transmitted on January 22, 2007, to the following counsel registered to receive electronic service:

| | |
|---|---|
| Joshua S. Devore<br>Steven J. Toll<br>Matthew K. Handley<br>Daniel S. Sommers<br>Cohen, Milstein, Hausfeld & Toll P.L.L.C<br>West Tower, Suite 500<br>1100 New York Ave., N.W.<br>Washington, D.C. 20005<br>*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber* | James R. Cummins<br>Melanie S. Corwin<br>Waite, Schneider, Bayless & Chesley Co., L.P.A.<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* |
| Julie A. Richmond<br>Kathleen M. Donovan-Maher<br>Jeffery C. Block<br>Joseph C. Merchman<br>Berman Devalerio Pease Tabacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02190<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* | Alan J. Statman<br>Jeffery P. Harris<br>Statman, Harris & Eyrich LLC<br>3700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* |
| Frank J. Johnson<br>Brett M. Weaver<br>Law Office of Frank J. Johnson<br>402 W. Broadway 27th Floor<br>San Diego, CA 92101<br>*Counsel for Plaintiff Sassan Shahrokhinia* | Robert W. Liles<br>Martyn Liles, PLLC<br>1054 31st Street, N.W.<br>Suite 415<br>Washington, D.C. 20007<br>*Counsel for Plaintiff Sassan Shahrokhinia* |

Stuart M. Grant  
Christine M. MacKintosh  
Megan D. McIntyre  
Grant & Eisenhofer, P.A.  
Chase Manhattan Centre  
1201 N. Market Street  
Wilmington, DE 19801  
*Counsel for the Franklin Templeton Plaintiffs*

Jeffrey W. Kilduff  
Seth A. Aronson  
Michael J. Walsh, Jr.  
O'Melveny & Myers LLP  
1625 Eye Street, N.W.  
Washington, D.C. 20006  
*Counsel for Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Kevin M. Downey  
Alex G. Romain  
Daniel N. Marx  
Joseph M. Terry, Jr.  
Michelle D. Schwartz  
Matthew L. Fore  
John E. Clabby  
Ilana T. Buschkin  
Williams & Connolly LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005-5091  
*Counsel for Defendant Franklin D. Raines*

Steven M. Salky  
Eric R. Delinsky  
Ellen D. Marcus  
Holly Ann Pal  
Tammy Gershoni  
Zuckerman Spaeder LLP  
1800 M Street, N.W., Suite 1000  
Washington, D.C. 20036-2638  
*Counsel for Defendant Timothy J. Howard*

David S. Krakoff  
Christopher F. Regan  
Mayer, Brown, Rowe & Maw LLP  
1909 K Street, N.W.  
Washington, D.C. 20006-1101  
*Counsel for Defendant Leanne G. Spencer*

David I. Ackerman  
Bingham McCutchen, LLP  
2020 K Street, N.W.  
Washington, D.C. 20006

James Hamilton  
Swidler Berlin LLP  
3000 K Street, N.W. Suite 300  
Washington, D.C. 20007  
*Counsel for Defendant Joe Pickett*

Erica Lynne Salmon  
Cristen E. Sikes  
Piper, Rudnick, Gray & Carey LLP  
1200 19th Street, N.W. Suite 700  
Washington, D.C. 20036  
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

Julie E. Guttman  
Baker Botts LLP  
The Warner  
1299 Pennsylvania Ave., N.W.  
Washington, D.C. 20004-2400  
*Counsel for Defendant Jamie S. Gorelick*

| | |
|---|---|
| Fred F. Fielding<br>Barbara Van Gelder<br>Wiley Rein & Fielding LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek* | James D. Wareham<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>*Counsel for Defendant Daniel H. Mudd* |
| Daryl Andrew Libow<br>Richard H. Klapper<br>Michael T. Tomaino, Jr.<br>Daniel H.R. Laguardia<br>Jeremy C. Bates<br>Patrice A. Rouse<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>*Counsel for Goldman Sachs* | David Smith<br>Dionna K. Litvin<br>Jonathan S. Liss<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street<br>Philadelphia, PA 19103-7286<br><br>Jonathan Michael Stern<br>Schnader Harrison Segal & Lewis LLP<br>2001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>*Counsel for Radian Group Inc.* |
| Shannon Ratliff<br>Ratliff Law Firm<br>600 Congress Avenue<br>Suite 3100<br>Austin, TX 78701<br>*Counsel for Manuel Justiz* | Rachelle M. Barstow<br>Robert M. Romano<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 |
| Daniel John Healy<br>John H. Doyle, III<br>Rhonda D. Orin<br>Anderson Kill & Olick LLP<br>2100 M Street, N.W. Suite 650<br>Washington, D.C. 20037<br>*Counsel for Defendant Leslie Rahl* | Patrick D. Conner<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Ave. N.W.<br>Washington, D.C. 20004<br>*Counsel for Defendant Thomas P. Gerrity* |

<u>/s/ Melanie L. Katsur</u>
Melanie L. Katsur

3