IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04CV01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*, <br><br> *Defendants*. | No. 1:06CV00139 (RJL) |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant KPMG LLP, with the consent and agreement of lead plaintiffs Ohio Public Employees Retirement System and the Franklin Templeton plaintiffs, respectfully requests an extension of time for KPMG to file its answers and affirmative defenses to lead plaintiffs' Second Amended Consolidated Class Action Complaint and to the Franklin Templeton plaintiffs' Second Amended Complaint. KPMG requests that the Court allow it to file its answers and affirmative defenses on or before April 16, 2007. A proposed order is attached.

Dated: February 7, 2007

Respectfully submitted,

 /s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Andrew S. Tulumello (D.C. Bar No. 468351)
Melanie L. Katsur (D.C. Bar No. 484969)
Henry C. Whitaker (D.C. Bar No. 499210)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for KPMG LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I caused electronic copies of the foregoing to be transmitted on February 7, 2007, to the following counsel registered to receive electronic service through the CM/ECF system:

| | |
|---|---|
| Joshua S. Devore<br>Steven J. Toll<br>Matthew K. Handley<br>Daniel S. Sommers<br>Cohen, Milstein, Hausfeld & Toll P.L.L.C<br>West Tower, Suite 500<br>1100 New York Ave., N.W.<br>Washington, D.C. 20005<br>*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber* | James R. Cummins<br>Melanie S. Corwin<br>Jean Marie Geoppinger<br>Waite, Schneider, Bayless & Chesley Co., L.P.A.<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* |
| Julie A. Richmond<br>Kathleen M. Donovan-Maher<br>Jeffery C. Block<br>Joseph C. Merschman<br>Berman Devalerio Pease Tabacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02190<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* | Alan J. Statman<br>Jeffery P. Harris<br>Statman, Harris & Eyrich LLC<br>3700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* |
| Frank J. Johnson<br>Brett M. Weaver<br>Law Office of Frank J. Johnson<br>402 W. Broadway 27th Floor<br>San Diego, CA 92101<br>*Counsel for Plaintiff Sassan Shahrokhinia* | Robert W. Liles<br>Martyn Liles, PLLC<br>1054 31st Street, N.W.<br>Suite 415<br>Washington, D.C. 20007<br>*Counsel for Plaintiff Sassan Shahrokhinia* |

| | |
|---|---|
| Stuart M. Grant<br>Megan D. McIntyre<br>Christine M. Mackintosh<br>Grant & Eisenhofer, P.A.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, DE 19801<br>*Counsel for the Franklin Templeton Plaintiffs* | Jeffrey W. Kilduff<br>Michael J. Walsh, Jr.<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl* |
| Kevin M. Downey<br>Alex G. Romain<br>Daniel N. Marx<br>Joseph M. Terry, Jr.<br>Michelle D. Schwartz<br>Matthew L. Fore<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5091<br>*Counsel for Defendant Franklin D. Raines* | Steven M. Salky<br>Eric R. Delinsky<br>Ellen D. Marcus<br>Holly Ann Pal<br>Tammy Gershoni<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036-2638<br>*Counsel for Defendant Timothy J. Howard* |
| David S. Krakoff<br>Christopher F. Regan<br>Adam B. Miller<br>Eldad Zvi Malamuth<br>Mayer, Brown, Rowe & Maw LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1101<br>*Counsel for Defendant Leanne G. Spencer* | David I. Ackerman<br>Bingham McCutchen, LLP<br>2020 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendant Joe Pickett* |
| James Hamilton<br>Swidler Berlin LLP<br>3000 K Street, N.W., Suite 300<br>Washington, D.C. 20007<br>*Counsel for Defendant Joe Pickett* | James D. Wareham<br>James Edward Anklam<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15TH Street, N.W., Suite 12<br>Washington, D.C. 20005<br>*Counsel for Defendant Daniel H. Mudd* |
| Richard H. Klapper<br>Daniel H.R. Laguardia<br>Patrice A. Rouse<br>Michael T. Tomaino<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>*Counsel for Goldman Sachs* | Erica Lynne Salmon<br>Cristen E. Sikes<br>Piper, Rudnick, Gray & Carey LLP<br>1200 19th Street, N.W. Suite 700<br>Washington, D.C. 20036<br>*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos* |

| | |
|---|---|
| James D. Wareham<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>*Counsel for Defendant Daniel H. Mudd* | Julie E. Guttman<br>Baker Botts LLP<br>The Warner<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>*Counsel for Defendant Jamie S. Gorelick* |
| Daniel John Healy<br>John H. Doyle, III<br>Rhonda D. Orin<br>Anderson Kill & Olick LLP<br>2100 M Street, N.W. Suite 650<br>Washington, D.C. 20037<br>*Counsel for Defendant Leslie Rahl* | David Smith<br>Dionna K. Litvin<br>Jonathan S. Liss<br>Jonathan Michael Stern<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street<br>Philadelphia, PA 19103-7286<br>*Counsel for Radian Group Inc.* |

  /s/ Melanie L. Katsur
Melanie L. Katsur