IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04CV01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*, <br><br> *Defendants*. | No. 1:06CV00139 (RJL) |

## [PROPOSED] ORDER

The Court hereby GRANTS the Consent Motion for Extension of Time and ORDERS that KPMG LLP shall file its answers and affirmative defenses to lead plaintiffs' Second Amended Consolidated Class Action Complaint and to the Franklin Templeton plaintiffs' Second Amended Complaint on or before April 16, 2007.

IT IS SO ORDERED on this _____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE