IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST *et al.*, <br><br>*Plaintiffs*, <br>v. <br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*, <br><br>*Defendants*. | No. 1:06-cv-00139 (RJL) |

## NOTICE OF APPEARANCE OF CLAUDIA M. OSORIO

To the Clerk and all parties of record:

Please note my appearance in these consolidated actions on behalf of KPMG LLP.

Respectfully submitted this 13th day of February 2007.

    /s/ Claudia M. Osorio
    Claudia M. Osorio (D.C. Bar No. 477594)
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue N.W.
    Washington, D.C. 20036
    Telephone: (202) 887-3642
    Facsimile: (202) 530-9619

    *Counsel for KPMG LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused electronic copies of the foregoing to be transmitted on February 13, 2007, to the following counsel registered to receive electronic service:

| | |
|---|---|
| Joshua S. Devore<br>Steven J. Toll<br>Matthew K. Handley<br>Daniel S. Sommers<br>Cohen, Milstein, Hausfeld & Toll P.L.L.C<br>West Tower, Suite 500<br>1100 New York Ave., N.W.<br>Washington, D.C. 20005<br>*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber* | James R. Cummins<br>Melanie S. Corwin<br>Jean Marie Geoppinger<br>Waite, Schneider, Bayless & Chesley Co., L.P.A.<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* |
| Julie A. Richmond<br>Kathleen M. Donovan-Maher<br>Jeffery C. Block<br>Joseph C. Merschman<br>Berman Devalerio Pease Tabacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02190<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* | Alan J. Statman<br>Jeffery P. Harris<br>Statman, Harris & Eyrich LLC<br>3700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202<br>*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio* |
| Frank J. Johnson<br>Brett M. Weaver<br>Law Office of Frank J. Johnson<br>402 W. Broadway 27th Floor<br>San Diego, CA 92101<br>*Counsel for Plaintiff Sassan Shahrokhinia* | Robert W. Liles<br>Martyn Liles, PLLC<br>1054 31st Street, N.W.<br>Suite 415<br>Washington, D.C. 20007<br>*Counsel for Plaintiff Sassan Shahrokhinia* |

| | |
|---|---|
| Stuart M. Grant<br>Megan D. McIntyre<br>Christine M. Mackintosh<br>Grant & Eisenhofer, P.A.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, DE 19801<br>*Counsel for the Franklin Templeton Plaintiffs* | Jeffrey W. Kilduff<br>Michael J. Walsh, Jr.<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl* |
| Kevin M. Downey<br>Alex G. Romain<br>Daniel N. Marx<br>Joseph M. Terry, Jr.<br>Michelle D. Schwartz<br>Matthew L. Fore<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5091<br>*Counsel for Defendant Franklin D. Raines* | Steven M. Salky<br>Eric R. Delinsky<br>Ellen D. Marcus<br>Holly Ann Pal<br>Tammy Gershoni<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036-2638<br>*Counsel for Defendant Timothy J. Howard* |
| David S. Krakoff<br>Christopher F. Regan<br>Adam B. Miller<br>Eldad Zvi Malamuth<br>Mayer, Brown, Rowe & Maw LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1101<br>*Counsel for Defendant Leanne G. Spencer* | David I. Ackerman<br>Bingham McCutchen, LLP<br>2020 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendant Joe Pickett* |
| James Hamilton<br>Swidler Berlin LLP<br>3000 K Street, N.W., Suite 300<br>Washington, D.C. 20007<br>*Counsel for Defendant Joe Pickett* | James D. Wareham<br>James Edward Anklam<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15TH Street, N.W., Suite 12<br>Washington, D.C. 20005<br>*Counsel for Defendant Daniel H. Mudd* |
| Richard H. Klapper<br>Daniel H.R. Laguardia<br>Patrice A. Rouse<br>Michael T. Tomaino<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>*Counsel for Goldman Sachs* | Erica Lynne Salmon<br>Cristen E. Sikes<br>Piper, Rudnick, Gray & Carey LLP<br>1200 19th Street, N.W. Suite 700<br>Washington, D.C. 20036<br>*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos* |

| | |
|---|---|
| James D. Wareham<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>*Counsel for Defendant Daniel H. Mudd* | Julie E. Guttman<br>Baker Botts LLP<br>The Warner<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>*Counsel for Defendant Jamie S. Gorelick* |
| Daniel John Healy<br>John H. Doyle, III<br>Rhonda D. Orin<br>Anderson Kill & Olick LLP<br>2100 M Street, N.W. Suite 650<br>Washington, D.C. 20037<br>*Counsel for Defendant Leslie Rahl* | David Smith<br>Dionna K. Litvin<br>Jonathan S. Liss<br>Jonathan Michael Stern<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street<br>Philadelphia, PA 19103-7286<br>*Counsel for Radian Group Inc.* |

I hereby certify that I caused copies of the foregoing to be transmitted on February 13, 2007, to the following counsel by U.S. mail:

| | |
|---|---|
| Fred F. Fielding<br>Barbara Van Gelder<br>Wiley Rein & Fielding LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek* | Robert Romano<br>Bonnie Altro<br>Rachelle M. Barstow<br>Morgan, Lewis & Bockius<br>101 Park Avenue<br>New York, NY 10178-0060<br>*Counsel for Defendant Thomas P. Gerrity* |

| | |
|---|---|
| Shannon Ratliff<br>Ratliff Law Firm<br>600 Congress Avenue<br>Suite 3100<br>Austin, TX 78701<br>*Counsel for Manuel Justiz* | Seth Aronson<br>O'Melven & Myers, LLP<br>400 South Hope Street<br>15th Floor<br>Los Angeles, Ca. 90071<br>*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl* |

/s/ Larry Newsom
Larry Newsom