UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-1639 (RLJ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned as the sponsoring members of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Phyllis E. Brown to appear and participate in proceedings in this Court in the above referenced action. The grounds for this motion are set forth in the attached hereto and incorporated herein signed certificate of Ms. Brown.

Ms. Brown acknowledges the power and jurisdiction of the United Stated District Court for the District of Columbia over her professional conduct, and agrees to be bound by the District of Columbia Court of Appeals of Professional Conduct, if she is admitted *pro hac vice* in this matter.

The undersigned are members in good standing of the Bar of the United States District Court for the District of Columbia with whom Ms. Brown will be associated in this case.

WHEREFORE, for these and other such reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice.*

Respectfully submitted,

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.

/s/ Daniel S. Sommers
Steven J. Toll (D.C. Bar #225623)
Daniel S. Sommers (D.C. Bar #416549)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: stoll@cmht.com

31246