UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-1639 (RLJ) |

CERTIFICATE OF PHYLLIS E. BROWN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

Phyllis E. Brown hereby certifies that:

1. Her full name is Phyllis E. Brown

2. Her address and telephone number is:

   Law Offices of Phyllis Brown
   119 East Court Street
   Cincinnati, Ohio 45202
   Telephone: (513) 241-0061
   Facsimile: (513) 621-7086

3. She has been a member in good standing of the State Bar of Ohio since 1986, and is a member in good standing of the United States District Court for the Southern District of Ohio.

4. Her attorney identification number that she uses in submissions to the Southern District of Ohio is 0037334.

5. She has read the local rules of this Court and will comply with the standards of practice and with the local civil rules.

6. She has not been disciplined by any bar.

7. To the best of her recollection, she has not been admitted *Pro Hac Vice* in this Court within the last two years.

        Respectfully submitted,

/s/ Phyllis E. Brown
Phyllis E. Brown
Law Offices of Phyllis E. Brown
119 East Court Street
Cincinnati, Ohio  45202
Telephone:  (513) 241-0061
Facsimile:  (5130 621-7086

31246