UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation ) ) ) ) | MDL No. 1668 |
| In re Fannie Mae Securities Litigation ) ) ) ) | Consolidated Civil Action No. 1:04-cv-1639 (RLJ) |

## [PROPOSED] ORDER

Upon consideration of the motion and attachment thereto of Steven J. Toll (D.C. Bar #225623) and Daniel S. Sommers (D.C. Bar #416549), active members of the Bar of this Court, for the admission *pro hac vice* of Phyllis E. Brown, and for good cause shown, it is, the _____ day of _____, 2007.

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Phyllis E. Brown be, and same hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States Court for the District of Columbia.

SO ORDERED.

_____
Judge Richard J. Leon
United States District Court Judge

31246