## CERTIFICATE OF SERVICE

I certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF and service was accomplished on any of the counsel of record not registered through the CM/ECF system via regular U.S. mail.

/s/ Steven J. Toll
Steven J. Toll, Esq.

31246