UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) ) ) ) ) | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | ) ) ) ) | Consolidated Civil Action. No. 1:04-cv-1639 (RLJ) |

**LEAD PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
DOCUMENTS FROM THIRD-PARTY DELOITTE & TOUCHE USA LLP**

The Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio (collectively, "Lead Plaintiffs"), through counsel, hereby move for an order compelling Third-Party Deloitte & Touche USA LLP ("Deloitte") to comply with a Federal Rule of Civil Procedure Rule 45 ("Rule 45") subpoena (the "Subpoena"), which Lead Plaintiffs served on Deloitte on April 7, 2006.

The grounds for this motion are set forth more fully in the memorandum of law and the affidavits of Jeffrey C. Block and Autumn Smith submitted herewith.

Prior to filing this motion, undersigned counsel conferred with counsel for Deloitte pursuant to Local Rule 7(m) to discuss the issues raised in this motion and to determine whether, or to what extent, Deloitte opposes the relief sought. Lead Plaintiffs served the Subpoena on Deloitte over a year ago and Deloitte completed its audit of Fannie Mae's restated financial statements almost six months ago. Yet, Deloitte has only produced less than .01% of its responsive documents and claims that it will not complete its production for almost another two

months.  Deloitte previously represented that its production would have already been completed. Lead Plaintiffs seek an Order requiring Deloitte to produce its documents in a timely manner.

A proposed order is attached.

Date:  May 29, 2007                              Respectfully submitted,

ATTORNEY GENERAL OF OHIO
MARC DANN

WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.
s/ Stanley M. Chesley
Stanley M. Chesley
s/ James R. Cummins
James R. Cummins (D.C. Bar #OH0010)
Melanie S. Corwin
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
E-mail:  jcummins@wsbclaw.com
*Special Counsel for the Attorney General of Ohio
and Lead Counsel for Lead Plaintiffs*

BERMAN   DEVALERIO   PEASE   TABACCO
BURT & PUCILLO

s/Jeffrey C. Block
Jeffrey C. Block
Glen DeValerio
Kathleen M. Donovan-Maher
Julie A. Richmond
Joseph A. Merschman
Autumn Smith
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-mail:  jblock@bermanesq.com
*Co-Lead Counsel for Lead Plaintiffs*

2

        COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
s/ Daniel S. Sommers
Steven J. Toll (DC Bar #225623)
Daniel S. Sommers (DC Bar #416549)
Matthew K. Handley (DC Bar #489946)
1100 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
E-mail:  stoll@cmht.com
*Local Counsel for Lead Plaintiffs*

OF COUNSEL:

BARRETT & WEBER L.P.A.

C. Francis Barrett (0022371)
Suite 500, 105 East Fourth Street
Cincinnati, Ohio  45202
Telephone: (513) 721-2120
Facsimile: (513) 721-2139
E-mail:  cfbarrett@barrettweber.com
*Special Counsel for the Attorney General Of Ohio*

STATMAN, HARRIS, SIEGEL
  & EYRICH, LLC
Alan J. Statman (0012045)
Jeffrey P. Harris (0023006)
441 Vine Street
3700 Carew Tower
Cincinnati, Ohio  45202-2912
Telephone:  (513) 621-2666
Facsimile:  (513) 587-4477
E-mail:  ajstatman@shselegal.com
E-mail:  jharris@shselegal.com

3