UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) ) ) ) ) | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | ) ) ) ) | Consolidated Civil Action. No. 1:04-cv-1639 (RLJ) |

[PROPOSED] ORDER COMPELLING THIRD-PARTY DELOITTE & TOUCHE USA LLP TO PRODUCE DOCUMENTS RESPONSIVE TO LEAD PLAINTIFFS' DOCUMENT SUBPOENA

The Court, after considering the Lead Plaintiffs' accompanying Memorandum of Law in Support of Their Motion to Compel Production of Documents from Third-Party Deloitte & Touche USA LLP, the accompanying Declarations of Jeffrey C. Block and Autumn Smith, executed on May 29, 2007, and exhibits thereto, and all prior pleadings and proceedings herein hereby **GRANTS** Lead Plaintiffs' Motion to Compel and **ORDERS** third-party Deloitte & Touche LLP to produce **all** documents responsive to Lead Plaintiffs' Subpoena within fourteen days of the Court's order.

It is so **ORDERED** on this ____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE