UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1688 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No.: 1:04-CV-01639<br><br>Judge Richard J. Leon |

**STIPULATION EXTENDING TIME FOR THIRD-PARTY WITNESS
DELOITTE & TOUCHE USA LLP TO RESPOND TO LEAD PLAINTIFFS'
MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

WHEREAS, on May 29, 2007 Lead Plaintiffs filed a motion to compel the production of documents by third-party witness Deloitte & Touche USA LLP ("Deloitte");

WHEREAS, after the motion was filed, counsel for Deloitte represented that the "bulk" of Deloitte's final work papers would be produced by June 30, 2007;

WHEREAS, based on the representation that the bulk of the documents will be produced by June 30, 2007, Lead Plaintiffs have agreed to extend Deloitte's time to respond to Lead Plaintiffs' motion to compel to July 6, 2007.

IT IS HEREBY STIPULATED AND AGREED by and between Lead Plaintiffs and Deloitte that Deloitte's time to file opposition to Lead Plaintiffs' motion to compel is extended until July 6, 2007.

Dated: June 7, 2007

Respectfully submitted,

ATTORNEY GENERAL OF OHIO
MARC DANN

WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.
s/ Stanley M. Chesley
Stanley M. Chesley
s/ James R. Cummins
James R. Cummins (D.C. Bar #OH0010)
Melanie S. Corwin
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
E-mail: jcummins@wsbclaw.com
*Special Counsel for the Attorney General of Ohio
and Lead Counsel for Lead Plaintiffs*

BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

s/Jeffrey C. Block
Jeffrey C. Block
Glen DeValerio
Kathleen M. Donovan-Maher
Julie A. Richmond
Autumn Smith
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-mail: jblock@bermanesq.com
*Co-Lead Counsel for Lead Plaintiffs*

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
s/ Daniel S. Sommers

        Steven J. Toll (DC Bar #225623)
        Daniel S. Sommers (DC Bar #416549)
        Matthew K. Handley (DC Bar #489946)
        1100 New York Avenue, N.W.
        Washington, D.C. 20005
        Telephone: (202) 408-4600
        Facsimile: (202) 408-4699
        E-mail: stoll@cmht.com
        *Local Counsel for Lead Plaintiffs*

        ARNOLD & PORTER

        s/Scott Schreiber
        Scott Schreiber (DC Bar # 197681)
        555 Twelfth Street, NW
        Washington, D.C. 20004-1206
        Telephone: (202) 942-5672
        Facsimile: (202) 942-5999
        Scott.Schreiber@aporter.com
        *Counsel for Third- Party Deloitte & Touche USA LLP*

        So Ordered:

        _____
        Richard J. Leon
        United States District Judge