UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) ) ) ) | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | ) ) ) ) ) ) | Consolidated Civil Action No.: 1:04-CV-01639<br><br>Judge Richard J. Leon |

**UNOPPOSED MOTION TO EXTEND THE TIME FOR THIRD-PARTY
DELOITTE & TOUCHE USA LLP TO RESPOND TO LEAD PLAINTIFFS'
<u>MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS</u>**

Lead Plaintiffs and third-party Deloitte & Touche USA LLP ("Deloitte") respectfully submit this unopposed motion requesting that the time for Deloitte to file its opposition to Lead Plaintiffs' motion to compel be extended until July 6, 2007.

On May 29, 2007 Lead Plaintiffs filed a motion to compel the production of documents by third-party witness Deloitte & Touche USA LLP ("Deloitte") (D.E. 417). After the motion was filed, counsel for Deloitte represented that the "bulk" of Deloitte's final work papers would be produced by June 30, 2007. Based on the representation that the bulk of the documents will be produced by June 30, 2007, Lead Plaintiffs have agreed to extend Deloitte's time to respond to Lead Plaintiffs' motion to compel to July 6, 2007.

For the foregoing reason, Lead Plaintiffs and Deloitte jointly and respectfully request that the Court enter an order allowing Deloitte's time to file an opposition to Lead Plaintiffs' motion to compel be extended until July 6, 2007. A proposed order is attached.

Dated: June 14, 2007                    Respectfully submitted,

                                              ATTORNEY GENERAL OF OHIO
                                              MARC DANN

WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.
s/ Stanley M. Chesley
Stanley M. Chesley
s/ James R. Cummins
James R. Cummins (D.C. Bar #OH0010)
Melanie S. Corwin
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
E-mail:  jcummins@wsbclaw.com
*Special Counsel for the Attorney General of Ohio and Lead Counsel for Lead Plaintiffs*

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO

s/Jeffrey C. Block
Jeffrey C. Block
Glen DeValerio
Kathleen M. Donovan-Maher
Julie A. Richmond
Autumn Smith
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-mail:  jblock@bermanesq.com
*Co-Lead Counsel for Lead Plaintiffs*

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
s/ Daniel S. Sommers
Steven J. Toll (DC Bar #225623)
Daniel S. Sommers (DC Bar #416549)
Matthew K. Handley (DC Bar #489946)
1100 New York Avenue, N.W.
Washington, D.C.  20005
Telephone:  (202) 408-4600

Facsimile:  (202) 408-4699
E-mail:  stoll@cmht.com
*Local Counsel for Lead Plaintiffs*


ARNOLD & PORTER
s/ Scott Schreiber          ___
Scott Schreiber (DC Bar #197681)
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
Telephone:  (202) 942-5672
Facsimile:  (202) 942-5999
E-mail:  scott.schreiber@aporter.com
*Counsel for Third-Party Deloitte & Touche USA LLP*