UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) ) ) ) MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | ) ) ) Consolidated Civil Action No.: 1:04-CV-01639 ) ) Judge Richard J. Leon ) |

**CERTIFICATE OF SERVICE**

I, Jeffrey C. Block, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on 14th day of June, 2007.

                                             _s/Jeffrey C. Block_____
                                             Jeffrey C. Block