UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL 1688 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No.: 1:04-C V-01639 |
| | Judge Richard J. Leon |

NOTICE OF APPEARANCE ON BEHALF OF
THE DISTRICT OF COLUMBIA

The District of Columbia hereby gives notice of the appearance in this action of Don Allen Resnikoff, Senior Assistant Attorney General, on behalf of the District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

By: STEPHANE LATOUR (D.C. Bar # 491297)
Acting Deputy Attorney General
Public Advocacy Division

DON ALLEN RESNIKOFF (D.C. Bar # 386688)
Senior Assistant Attorney General
441 4th Street, N.W.
Suite 450-N
Washington, D.C. 20001
Telephone (202) 727-4170
Facsimile (202) 727-6546
E-mail: Don.Resnikoff@dc.gov

Dated: June 25, 2007

CERTIFICATE OF SERVICE

I certify that on June 25, 2007 (i) I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF, and (ii) service was accomplished on any of the following counsel not registered through the CM/ECF system via regular U.S. mail.

_____
Susan Phan (D.C. Bar # 500479)
Assistant Attorney General
441 4th Street, N.W.
Suite 450-N
Washington, D.C. 20001
Telephone (202) 727-3225
Facsimile (202) 727-6546
E-mail: Susan.Phan@dc.gov

TO:

Ohio Attorney General Marc Dann
State Office Tower
30 E. Broad Street, 17th Floor
Columbus, OH 43215-3428

Attention: AAG Beth Finnerty

WAITE, SCHNEIDER, BAYLESS
 & CHESLEY CO., L.P.A.
c/o Stanley M. Chesley,
James R. Cummins, Esq.,
Melanie S. Corwin, Esq.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Special Counsel for the Attorney General of Ohio
and Lead Counsel for Lead Plaintiffs

BERMAN, DEVALERIO, PEASE,
TABACCO, BURT & PUCILLO
c/o Jeffrey C. Block , Esq.
Julie A. Richmond , Esq.
One Liberty Square
Boston, MA 02109
Co-Lead Counsel for Lead Plaintiffs

COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
c/o  Steven J. Toll,Esq.
Daniel S. Sommers, Esq.
Matthew K. Handley
1100 New York Avenue, N.W.
Washington, D.C. 20005
 Local Counsel for Lead Plaintiffs

BARRETT & WEBER L.P.A.
c/o C. Francis Barrett, Esq.
Suite 500, 105 East Fourth Street
Cincinnati, Ohio 45202
Special Counsel for the Attorney General of Ohio

STATMAN, HARRIS & EYRICH, LLC
c/o Alan J. Statman, Esq.
Jeffrey P. Harris, Esq.
3700 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202
Of Counsel

O'Melveny & Meyers, LLP
c/o John Beisner, Esq.
Jeffrey W. Kilduff, Esq.
Kimberly A. Newman, Esq.
Robert M. Stern, Esq.
Michael J. Walsh, Esq.
1625 Eye Street, N.W.
Washington, DC 20006

-and-

O'Melveny & Meyers, LLP
c/o Seth Aronson, Esq.
400 South Hope Street
15th Floor
Los Angeles, CA 90071-2899
Counsel for Defendants Fannie
Mae, Taylor C. Segue, III, William
R. Harvey, Kenneth M. Duberstein
and H. Patrick Swygert

Mayer, Brown, Rowe, and Maw
c/o David S. Krakoff, Esq.
Mark W. Ryan, Esq.
Eldad Z. Malamuth, Esq.
Christopher F. Regan, Esq.
1909 K Street, N.W.
Washington, DC 20006-1101
Counsel for Defendant Leanne G. Spencer

Williams & Connolly, LLP
c/o Kevin M. Downey, Esq.
Joseph M. Terry, Esq.
Michelle D. Schwartz, Esq.
Alex G. Romain, Esq.
725 Twelfth Street, N.W.
Washington, DC 20005-5901
Counsel for Defendant Franklin D. Raines

Law Office of Frank J. Johnson
c/o Frank J. Johnson, Esq.
Brett M. Weaver, Esq.
402 W. Broadway, 27th Floor
San Diego, CA 92101

-and-

Robert W. Liles, Esq.
Martyn Liles, PLLC
1054 31st Street, N.W., Suite 415
Washington, DC 20007
Counsel for Plaintiff Sassan Shahrokhinia

Grant & Eisenhofer P.A.
c/o Stuart M. Grant, Esq.
Megan D. McIntyre, Esq.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Counsel for Evergreen Trust Plaintiffs and
Franklin Funds Plaintiffs

Gibson Dunn & Crutcher, LLP
c/o F. Joseph Warin, Esq.
Andrew S. Tulumello, Esq.
Melanie L. Katsur, Esq.
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Counsel for Defendant KPMG LLP

Zuckerman Spaeder LLP
c/o Steven M. Salky, Esq.
Eric R. Delinsky, Esq.
Ellen D. Marcus, Esq.
1800 M Street, N.W. – 10th Floor
Washington, DC 20036
Counsel for Defendant J. Timothy Howard

Baker Botts L.L.P.
c/o Julie E. Guttman, Esq.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
Counsel for Defendant Jamie S. Gorelick

Wiley Rein & Fielding, LLP
c/o Fred F. Fielding, Esq.
Barbara Van Gelder, Esq.
Mark B. Sweet, Esq.
1776 K Street, NW
Washington, DC 20006
Counsel for Defendants Frederic V. Malek
and Anne M. Mulcahy and for Defendant
Thomas P. Gerrity in the Evergreen Action

Anderson Kill & Olick, LLP
c/o Rhonda D. Orin, Esq.
Daniel J. Healy, Esq.
2100 M Street, NW, Suite 650
Washington, DC 20037

-and-

Anderson Kill & Olick, P.C.
c/o John H. Doyle, III, Esq.
1251 Avenue of the Americas
New York, NY 10020
Counsel for Defendant Leslie Rahl

Morgan, Lewis & Bockius LLP
c/o Christian J. Mixter, Esq.
1111 Pennsylvania Avenue, NW
Washington, DC 20004

-and-

Morgan, Lewis & Bockius
c/o Robert Romano, Esq.
Rachelle Barstow, Esq.
Bonnie Altro, Esq.
New York, New York 10178-0060
Counsel for Defendant Thomas P. Gerrity
in the Franklin Action

Paul, Hastings, Janofsky & Walker LLP
c/o James D. Wareham, Esq.
James E. Anklam, Esq.
Carolyn E. Morris, Esq.
Laura L. Flippin, Esq.
875 15th Street, N.W.
Washington, DC 20005
Counsel for Defendant Daniel H. Mudd

DLA Piper Rudnick Gray Cary US LLP
c/o Erica Salmon Byrne, Esq.
1200 19th Street, NW, Suite 700

-and-

DLA Piper Rudnick Gray Cary US LLP
c/o John J. Clarke, Jr., Esq.
1251 Avenue of the Americas
Counsel for Defendants Stephen B. Ashley, Ann
Korologos and Donald B. Marron

James Hamilton, Esq.
David I. Ackerman, Esq.
2020 K Street, NW
Washington, DC 20006
Counsel for Defendant Joe K. Pickett

Ratliff Law Firm, P.L.L.C.
c/o Shannon H. Ratliff, Esq.
600 Congress Avenue
Suite 3100
Austin, Texas 78701
Counsel for Defendant Manuel J. Justiz

Kelley Drye & Warren LLP
c/o Glenn B. Manishin, Esq.
Stephanie A. Joyce, Esq.
3050 K Street N.W., Suite 400
Washington, DC 20005-5108

-and-

Kelley Drye & Warren LLP
c/o William A. Krohley, Esq.
David E. Barry, Esq.
Christopher C. Palermo, Esq.
101 Park Avenue
New York, New York 10178-0002
Counsel for Defendant John Wulff

Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006-1825

-and-

Schnader Harrison Segal & Lewis LLP
c/o Dionna K. Litvin, Esq.
Jonathan S. Liss, Esq.
1600 Market Street
Counsel for Defendant Radian Group, Inc.