UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 |
| | Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. Federal National Mortgage Association, *et al.* | |
| | Case No. 1:06CV00082 (RJL) |
| and | |
| Franklin Managed Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 (RJL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Director Defendants' Motion for Leave to File Second Supplemental Brief In Support of Their Motion to Dismiss Evergreen and Franklin Second Amended Complaints, it is hereby **ORDERED** that the Motion be, and it hereby is, **GRANTED**; and it is further **ORDERED** that the Clerk cause the docket to reflect the entry of the Director Defendants' Motion for Leave to File Second Supplemental Brief In Support of Their Motion to Dismiss Evergreen and Franklin Second Amended Complaints.

IT IS SO **ORDERED** on this _____ day of _____, 2007

_____
Honorable Richard J. Leon
United States District Judge