UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Fannie Mae Securities Litigation | ) ) ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-00139 (RJL) |

**THE EVERGREEN PLAINTIFFS' AND FRANKLIN PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE A BRIEF IN RESPONSE TO THE DIRECTOR DEFENDANTS' PROPOSED SECOND <u>SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS</u>**

The Director Defendants have moved for leave to file a second supplemental brief in support of their motions to dismiss the claims asserted by the Evergreen and Franklin Plaintiffs. While their motion correctly states that the Evergreen and Franklin plaintiffs do not oppose the filing of a second supplemental brief, they fail to note that the Evergreen and Franklin Plaintiffs' non-opposition was expressly made subject to the understanding that the Director Defendants will not oppose the Evergreen and Franklin Plaintiffs' filing of a response to the Director Defendants' second supplemental brief.

Accordingly, the Evergreen and Franklin Plaintiffs respectfully request that, if the Court grants the Director Defendants' motion for leave to file their second supplemental brief, the Court likewise grant the Evergreen and Franklin Plaintiffs leave to file a response to that brief. The Evergreen and Franklin Plaintiffs further request that they be given until July 10, 2007, to file their responsive brief. During a telephone conference on June 29, 2007, counsel speaking on behalf of the Director Defendants indicated that the Director Defendants would not oppose this request by the Evergreen and Franklin Plaintiffs.

Dated: June 29, 2007               Respectfully submitted,


                                   */s/ Stuart M. Grant*
                                   GRANT & EISENHOFER P.A.
                                   Stuart M. Grant (DC Bar ID #450895)
                                   Megan D. McIntyre
                                   Christine M. Mackintosh
                                   Chase Manhattan Centre
                                   1201 N. Market Street
                                   Wilmington, DE  19801
                                   Tel: (302) 622-7000
                                   Fax: (302) 622-7100
                                   *Counsel for Plaintiffs Evergreen Equity Trust, et al.*
                                   *and Plaintiffs Franklin Managed Trust, et al.*

## CERTIFICATE OF SERVICE

I certify that on June 29, 2007, the attached Evergreen Plaintiffs' And Franklin Plaintiffs' Consent Motion For Leave To File A Brief In Response To The Director Defendants' Proposed Second Supplemental Brief In Support Of Their Motions To Dismiss and Proposed Order were served on the following counsel of record by the method noted.

**VIA U.S. MAIL:**

Fred F. Fielding
Barbara Van Gelder
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas Gerrity in the Evergreen Action*

Jonathan S. Liss
Dionna K. Litvin
David Smith
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, 36th Floor
Philadelphia, PA 19103
*Counsel for Radian Guaranty Inc.*

William K. Dodds
Neil A. Steiner
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Defendant Thomas Gerrity*

Phyllis E. Brown, Esq.
LAW OFFICE OF PHYLLIS BROWN
119 East Court Street
Cincinnati, OH 45202
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

**VIA CM/ECF NOTIFICATION**

Jeffrey C. Block
Kathleen M. Donovan-Maher
Julie A. Richmond
Joseph C. Merschman
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA 02169
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

James R. Cummins
Melanie S. Corwin
Jean M. Geoppinger
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

Steven Mark Salky
Eric R. Delinsky
Ellen D. Marcus
Holly Ann Pal
Tammy Gershoni
Richard Miles Clark
Caroline Reid
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW Suite 1000
Washington, DC 20036
*Counsel for Timothy Howard*

Jeffrey William Kilduff
Seth Aronson
Michael J. Walsh, Jr.
O'MELVENY & MYERS L.L.P.
1625 I Street, N.W.
Washington, D.C. 20006
*Counsel for Fannie Mae, Taylor Segue, William Harvey, Kenneth Duberstein, Manuel Justiz, and H. Patrick Swygert*

John H. Doyle, III
Rhonda D. Orin
ANDERSON KILL & OLICK, LLP
2100 M Street, NW, Suite 650
Washington, DC 20037
*Counsel for Leslie Rahl*

Francis J. Warin
Andrew S. Tulumello
Melanie L. Katsur
Henry Charles Whitaker
Claudia M. Osorio
Scott A. Fink
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
*Counsel for KPMG LLP*

James Hamilton
David I. Ackerman
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
*Counsel for Joe Pickett*

David S. Krakoff
Eldad Zvi Malamuth
Christopher F. Regan
Adam B. Miller
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006
*Counsel for Leanne Spencer*

James D. Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
*Counsel for Daniel Mudd*

Julia E. Guttman
Nicholas A. Brady
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
*Counsel for Jamie Gorelick*

Cristen Sikes Rose
DLA PIPER RUDNICK, GRAY CARY US LLP
1200 19th Street, NW, Suite 700
Washington, DC 20036
*Counsel for Stephen Ashley, Donald Marron, and Ann Korologos*

Jonathan M. Stern
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006-1825
*Counsel for Radian Guaranty Inc.*

| | |
|---|---|
| Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>*Counsel for Goldman, Sachs & Co* | Richard H. Klapper<br>Michael T. Tomaino, Jr.<br>Jeremy C. Bates<br>Patrice A. Rouse<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>*Counsel for Goldman, Sachs & Co.* |
| John C. Truong<br>U.S. Attorney's Office<br>for the District of Columbia<br>Civil Division<br>555 Fourth Street, NW, E4206<br>Washington, DC 20530<br>*Counsel for Interested Party OFHEO* | Aaron Futch<br>Alex Young K. Oh<br>Robert P. Parker<br>1615 L. Street, NW, Suite 1300<br>Washington, DC 20036-5694<br>*Counsel for Paul, Weiss, Rifkind, Wharton & Garrison LLP* |
| Carolyn M. Welshhans<br>DECHERT LLP<br>1775 I. Street, N.W.<br>Washington, DC 20006<br>*Counsel for Thomas Gerrity* | Ian Health Gershengorn<br>Jerome L. Epstein<br>David W. DeBruin<br>JENNER & BLOCK, LLP<br>601 13th Street, N.W., Suite 1200S<br>Washington DC 20005<br>*Counsel for Fannie Mae* |
| Alex Giscard Romain<br>2842 S. Columbus St<br>Arlington, VA 22206<br>*Counsel for Franklin Raines* | Kevin M. Downey<br>Michelle D. Schwartz<br>Joseph Marshall Terry, Jr.<br>Daniel N. Marx<br>Matthew L. Fore<br>John E. Clabby<br>Ilana T. Buschkin<br>Laura J. Hildner<br>WILLIAMS & CONNOLLY, LLP<br>725 12th Street, NW<br>Washington, DC 20005<br>*Counsel for Franklin Raines* |

                                               */s/ Megan D. McIntyre*
                                               Megan D. McIntyre