UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Fannie Mae Securities Litigation | ) ) ) ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-00139 (RJL) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the Evergreen and Franklin Plaintiffs' Motion for Leave to File a Brief In Response to the Director Defendants' Proposed Second Supplemental Brief in Support of Their Motions to Dismiss, it is hereby **ORDERED** that the Motion be, and it hereby is, **GRANTED**.

IT IS SO ORDERED on this _____ day of _____, 2007

_____
Honorable Richard J. Leon
United States District Judge