UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action, No. 1:04-cv-1639 (RJL) |

**DECLARATION OF JAMES WOODLOCK IN SUPPORT OF NON-PARTY DELOITTE & TOUCHE LLP'S RESPONSE IN OPPOSITION TO LEAD PLAINTIFFS' MOTION TO COMPEL**

James Woodlock deposes and states, pursuant to 28 U.S.C. § 1746:

1. I am the President and CEO of Solutions Plus+, which provides services including litigation support, electronic discovery, document management, custom application development, information technology, and database management.

2. In my capacity as President and CEO of Solutions Plus+, I have been involved in the effort to convert Deloitte & Touche LLP's ("Deloitte") electronic final workpapers relating to the restatement audit of Fannie Mae's year-end 2004 financial statements which are maintained in Deloitte's proprietary software system known as AS/2, into single-page, group IV, tiff images, which is the format I understand Plaintiffs requested.

3. This project is extraordinarily complex and time consuming, and of a highly technical nature because of the proprietary characteristic of the AS/2 software.

4. Converting files from AS/2 into tiff images involves many manual steps, such as audit file extraction for each audit file, and running a recovery manager fix on each audit file in order for the index to be updated properly.

5. Because of the way the AS/2 system operates, it is difficult to extract certain data on a file level. For instance, the date of the file and the preparer and reviewer information for the files are stored in an array of files, rather than on a file-by-file basis.

6. As part of our quality assurance process, once the data has been extracted, the team at Solutions Plus+ must verify at a file level that we have received the entirety of data set as indicated by the audit workpaper index. Given the volume, this verification process takes time. It is not uncommon for there to be missing data with an archive of this size, and before commencing production all such issues must be resolved.

7. After the files have been extracted, producing them is also a labor and time intensive process, given the sheer volume of material. For example, Microsoft Word documents often have tables within them that are not set within the boundaries of the margins, and Excel spreadsheets require hidden workbooks or columns to be manually corrected before converting the image to tiff.

8. We received the archive in March. Once we were given the approval to proceed with the project, all of our people who have AS/2 expertise have been working diligently on the project. Since the production project began, they have worked ten to twelve hours a day, throughout weekends and holidays in order to expedite the production.

9. The Deloitte electronic files, as per the index, are grouped into nine different series beginning with the 1000s. To date, series 1000 through 3000 have been produced. We anticipate producing series 4000 and 5000 within two weeks.

10. Due to various formatting issues, we have begun implementing new standards, which should reduce the total number of pages produced and promote more enhanced readability. The new format will be implemented in some of the 4000s and 5000s series, and in all of the 6000 through 9000 series.

11. Under the new standards, we estimate that the entire production of this material will be in excess of 2 million pages.

12. Although because of the volume and complexity some of these issues could not be anticipated and completing the production may take longer than expected, we are hopeful that the remainder of the production can be completed by July 27, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July, 2007 in Simpsonville, South Carolina.

_____
James Woodlock