### BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
ATTORNEYS AT LAW

ONE LIBERTY SQUARE
BOSTON, MA 02109
TEL: (617) 542-8300
FAX: (617) 542-1194

WWW.BERMANESQ.COM
LAW@BERMANESQ.COM

425 CALIFORNIA STREET, 21ST FLOOR
SAN FRANCISCO, CA 94104
TEL: (415) 433-3200
FAX: (415) 433-6382

222 LAKEVIEW AVENUE, SUITE 900
WEST PALM BEACH, FL 33401
TEL: (561) 835-9400
FAX: (561) 835-0322

April 9, 2007
Via E-Mail and First Class Mail

Scott Schreiber, Esq.
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Re: **In re Fannie Mae Securities Litigation**

Dear Scott:

    I am responding to your letter of Friday, April 6, 2007. Your letter is inaccurate in that you assume that I have "undertaken" no "steps" to contact my co-counsel to discuss the costs associated with Deloitte producing its working papers. To the contrary, I have contacted all of my co-counsel and we are researching whether Deloitte has the right to obtain reimbursement from Fannie Mae for having to produce these documents. I will note that the retainer agreement entered into between Fannie Mae and Deloitte requires Fannie Mae to reimburse Deloitte for any costs associated with producing documents to OFHEO. We are attempting to determine whether Fannie Mae will ultimately reimburse Deloitte for these costs which obviates the need for the litigants to absorb these costs. I am waiting to hear from Amy Longo on this point. Once we resolve this issue, which I expect will be imminent, we will resolve the pricing issue.

    Also, the issue regarding the protective order is not our issue. If Deloitte feels it must restrict Fannie Mae's access to working papers, this is an issue that Deloitte should resolve with Fannie Mae. We will not allow this to hold up the production of Deloitte's documents. I have spoken with Jeffrey Kilduff at O'Melveny & Myers to have him look into this issue and resolve it with Deloitte. It appears to me from your letter that no progress has been made on this point. We intend to raise this with Judge Leon at the April 26, 2007 status conference. The conference is scheduled to begin at 2:30 pm. I suggest you attend if you would like to explain Deloitte's position to the Judge.

BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

Scott Schreiber, Esq.
April 9, 2007
Page 2 of 2

      Finally, while you hope that "we are not going to engage in a letter writing exercise" our view is that the letter writing has already born fruit. We have refrained from a letter writing campaign for months and have made little progress. I will note that within two hours of e-mailing my April 3 letter to Leslie Wharton last week I received a copy of the SolutionsPlus+ pricing proposal, which was sent to Deloitte in a letter dated March 30, 2007. Absent my letter, we wonder just how long Deloitte would have sat on the letter from SolutionsPlus+?

      In any event, please let me know if Deloitte is going to continue to insist on withholding the working papers unless the protective order is formally amended. If so, we will file a motion to compel.

      Once we have resolution on our side on the pricing issue, I will contact you or Leslie to discuss.

Very truly yours,

Jeffrey C. Block

cc:    Jeffrey Kilduff, Esq.
        Amy Longo, Esq.
        Leslie Wharton, Esq.
        Kathleen Donovan-Maher, Esq.
        Julie Richmond, Esq.
        James Cummins, Esq.
        Melanie Corwin, Esq.

Fannie Mae/c/Schreiber_4_09_07