# BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

ATTORNEYS AT LAW

ONE LIBERTY SQUARE
BOSTON, MA 02109
TEL: (617) 542-8300
FAX: (617) 542-1194

WWW.BERMANESQ.COM
LAW@BERMANESQ.COM

425 CALIFORNIA STREET, 21st FLOOR
SAN FRANCISCO, CA 94104
TEL: (415) 433-3200
FAX: (415) 433-6382

222 LAKEVIEW AVENUE, SUITE 900
WEST PALM BEACH, FL 33401
TEL: (561) 835-9400
FAX: (561) 835-0322

April 18, 2007
Via E-Mail and First Class Mail

Scott Schreiber, Esq.
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Re: **In re Fannie Mae Securities Litigation**

Dear Scott:

Counsel for the litigants in the above-referenced action will pay the costs, as quoted by SolutionsPlus+ in their March 30, 2007 letter, regarding the conversion of the Deloitte & Touche, LLP data to images for production of the 2001 to 2004 working papers in response to our subpoena.

We will, however, have Xerox Litigation Support OCR the images so we do not wish to have SolutionsPlus+ OCR any of the images. Leslie Wharton mentioned that if we wish, we can request the order that we would like the working papers produced first. Please let me know if that is still an option.

Also, we appeared to have reached an accommodation on our call this past Friday regarding Deloitte's concerns about the review of certain of the working papers by current Fannie Mae employees. I propose that until we that no Fannie Mae employee be permitted to review any of the Deloitte working papers until we have final resolution on the language regarding this issue. As a practical matter, depositions regarding accounting matters will likely not begin until the summer so we should have this worked out long before then, but at least production of the working papers can commence now.

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO

Scott Schreiber, Esq.
April 18, 2007
Page 2 of 2

Let me know if you have any questions.

Very truly yours,

Jeffrey C. Block

cc:    Jeffrey Kilduff, Esq.
       Amy Longo, Esq.
       Leslie Wharton, Esq.
       Kathleen Donovan-Maher, Esq.
       Julie Richmond, Esq.
       James Cummins, Esq.
       Melanie Corwin, Esq.

Fannie Mae/c/Schreiber_4_09_07