UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                            )
**In Re Federal National Mortgage Association** )
**Securities, Derivative, and "ERISA" Litigation** )    **MDL No. 1668**
                                            )
_____)
                                            )
**In re Fannie Mae Securities Litigation**  )    **Consolidated Civil Action,**
                                            )    **No. 1:04-cv-1639 (RJL)**
_____)


**ERRATA REGARDING
NON-PARTY DELOITTE & TOUCHE LLP'S RESPONSE
IN OPPOSITION TO LEAD PLAINTIFFS' MOTION TO COMPEL**

On July 6, 2007, Deloitte & Touche LLP inadvertently selected Fannie Mae Securities Litigation as the filing party instead Deloitte & Touche LLP for its Memorandum in Opposition to Lead Plaintiff's Motion to Compel (Docket No. 463). This error was corrected by the Clerk's Office on July 9, 2007 in the above-captioned case and in the related cases.

Date: July 9, 2007                          Respectfully submitted,

                                            ARNOLD & PORTER LLP

                                            __/s/ Scott B. Schreiber_____

                                            Scott B. Schreiber
                                            555 Twelfth Street, N.W.
                                            Washington, DC 20004
                                            Telephone: (202) 942-5000
                                            Facsimile: (202) 942-5999
                                            Email: scott.schreiber@aporter.com
                                            DC Bar Number: 197-681
                                            Counsel for Deloitte & Touche LLP