## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) MDL No. 1668 ) ) ) |
| In Re Fannie Mae Securities Litigation | ) ) Consolidated Civil Action No.: 1:04-CV-01639 ) ) Judge Richard J. Leon ) |

## DECLARATION OF AUTUMN W. SMITH IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM THIRD-PARTY DELOITTE & TOUCHE USA LLP

I, Autumn W. Smith, being duly sworn, hereby state as follows:

1. I am an associate at the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio"), co-lead counsel for Lead Plaintiffs in the captioned securities class action. I submit this declaration in further support of Lead Plaintiffs' Motion to Compel the Production of Documents from Third-Party Deloitte & Touche USA LLP ("Deloitte").

2. The letter attached as Exhibit B to the Declaration of Jeffrey C. Block In Further Support Of Lead Plaintiffs' Motion To Compel accompanied a production of approximately 146,000 additional pages of audit working papers. Although the letter accompanying the additional documents was dated Friday, June 29, 2007, the package containing the letter and documents was not delivered until after the close of business that day. Deloitte also failed to notify Lead Plaintiffs that it planned to deliver the package after the close of business. Consequently, Lead Plaintiffs did not receive the documents until Monday, July 2, 2007.

2

Signed under the pains and penalties of perjury this 13th day of July, 2007.

    /s/ Autumn W. Smith
    Autumn W. Smith