UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) ) ) ) ) | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | ) ) ) ) | Consolidated Civil Action. No. 1:04-cv-1639 (RLJ) |

**[PROPOSED] ORDER COMPELLING THIRD-PARTY DELOITTE & TOUCHE USA LLP TO PRODUCE DOCUMENTS RESPONSIVE TO LEAD PLAINTIFFS' DOCUMENT SUBPOENA**

The Court, after considering the Lead Plaintiffs' Motion to Compel Production of Documents from Third-Party Deloitte & Touche USA LLP ("Deloitte"), Deloitte's Response, Lead Plaintiffs' Reply, the accompanying Declarations of Jeffrey C. Block and Autumn Smith, executed on July 13, 2007, and exhibits thereto, oral arguments and all prior pleadings and proceedings herein hereby **GRANTS** Lead Plaintiffs' Motion to Compel and **ORDERS** Third-Party Deloitte & Touche LLP to produce **all** documents responsive to Lead Plaintiffs' Subpoena within fourteen days of the Court's order. Additionally, Lead Plaintiffs request an order that Deloitte produce **all** of its hard copy working papers and that its failure to timely produce a privilege log acts as a waiver of any claim of privilege Deloitte may assert.

It is so **ORDERED** on this ____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE