IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action<br>No. 1:04-cv-01639 (RJL) |
| **Evergreen Equity Trust,** *et al.***, v. Federal National Mortgage Association,** *et al.*<br>and<br>**Franklin Managed Trust,** *et al.***, v. Federal National Mortgage Association,** *et al.* | Case No. 1:06CV00082 (RJL)<br><br><br>Case No. 1:06CV00139 (RJL) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of July 2007, I placed in a receptacle for receipt of U.S. Mail envelopes with first-class postage affixed and containing true copies of Radian Guaranty, Inc.'s Motion for Leave to File a Second Supplemental Memorandum In Support of its Motion to Dismiss, Second Supplemental Memorandum In Support of its Motion to Dismiss, and Notice of Electronic Filing of the foregoing addressed to the following persons not electronically served:

Alfred G. Yates, Jr
Barbara L. Yates
Gerald L. Rutledge
ALFRED G. YATES JR., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA  15219-1604

Joseph C. Merschman
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA  02109

-2-

William K. Dodds
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112

Scott A. Fink
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street
Suite 3100
San Francisco, CA 94104-4505

Christine M. MacKintosh
Megan D. McIntyre
Jeff A. Almeida
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE  19801

Hal M. Hirsch
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166

Ronald L. Marmer
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street
7th Floor
New York, NY  10036

Phyllis E Brown
LAW OFFICES OF PHYLLIS BROWN
119 East Court Street
Cincinnati, OH 45202

Eldad Avi Malamuth, Esq.
MAYER, BROWN, ROWE & MAW
1909 K Street, NW
Washington, DC  20006

Rachelle M. Barstow
Robert Michael Romano, Esq.
MORGAN, LEWIS, & BOCKIUS LLP

-3-

101 Park Avenue
New York, NY  10178

Seth Alben Aronson
O'MELVENY & MYERS, LLP
400 South Hope Street
15th Floor
Los Angeles, CA  90071-2899

Eryn Mead Starun
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC  20036-5694

Richard S. Schiffrin
Stuart L. Berman
Darren J. Check
SCHIFFRIN & BARROWAY, LLP
Three Bala Palza East
Suite 400
Bala Cynwyd, PA  19004

Alan J. Statman
STATMAN, HARRIS & EYRICH LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH  45202

Laura J. Hildner
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005-5901


                             _/s/_____
                             Jonathan M. Stern