IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation ) | Consolidated Civil Action <br> No. 1:04-cv-1639 (RJL) |
| ) ) ) ) ) ) ) | |
| Franklin Managed Trust, *et al.*, ) <br>     *Plaintiffs*, ) <br> vs. ) <br> ) <br> Federal National Mortgage Association, *et al.* ) <br>     *Defendants*. ) | Case No. 1:06-cv-00139 (RJL) |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Upon the attached Declaration, Darren W. Stanhouse hereby moves this Court pursuant to Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, for an order admitting J. William Boland, Brian E. Pumphrey, Christine D. Mehfoud, and James A. Sherman to the bar of this Court, *pro hac vice*, for the purpose of representing KPMG LLP in the above-captioned cases.

Mr. Boland is a member in good standing of the bars of the State of Virginia and the bars of the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia and the United States District Court for the Western District of Virginia, and he has not been admitted *pro hac vice* to practice before this Court within the past two years. A declaration attesting to these facts is attached.

Mr. Pumphrey is a member in good standing of the bars of the State of Virginia and the bars of the United States Supreme Court, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia and the United States District Court for the Western District of Virginia, and he has not been admitted *pro hac vice* to practice before this Court within the past two years. A declaration attesting to these facts is attached.

Ms. Mehfoud is a member in good standing of the bars of the State of Virginia and the bars of the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia and the United States District Court for the Western District of Virginia, and she has not been admitted *pro hac vice* to practice before this Court within the past two years. A declaration attesting to these facts is attached.

Mr. Sherman is a member in good standing of the bar of the State of Maryland, and he has not been admitted *pro hac vice* to practice before this Court within the past two years. A declaration attesting to these facts is attached.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Boland, Mr. Pumphrey, Ms. Mehfoud and Mr. Sherman *pro hac vice* in the above captioned cases. A proposed order is attached.

          Respectfully submitted,

          ON BEHALF OF KPMG LLP

          _____
          Darren W. Stanhouse (DC Bar# 494623)
          McGuireWoods LLP
          1050 Connecticut Ave., NW
          Suite 1200
          Washington, DC 20036
          202.857.1704 (Direct Line)
          202.828.2995 (Direct FAX)
          dstanhouse@mcguirewoods.com

          Counsel for KPMG LLP

Dated: August 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I caused electronic copies of the foregoing to be transmitted on August 10, 2007, to the following counsel registered to receive electronic service:

Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C.
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

James R. Cummins
Melanie S. Corwin
Jean Marie Geoppinger
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Julie A. Richmond
Kathleen M. Donovan-Maher
Jeffery C .Block
Joseph C. Merschman
Berman Devalerio Pease Tobacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffery P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Robert W. Liles
Liles Parket, PLLC
4400 MacArthur Blvd., N.W.
Suite 203
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Stuart M. Grant
Megan D. McIntyre
Christine M. Mackintosh
Jeff A. Almeida
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmingotn, DE 19801
*Counsel for the Franklin Templeton Plaintiffs*

Jeffrey W. Kilduff
Michael J. Walsh, Jr.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Kevin M. Downey
Alex G. Romain
Daniel N. Marx
Joseph M. Terry, Jr.
Matthew L. Fore
John E. Clabby
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5091
*Counsel for Defendant Franklin D. Raines*

David S. Krakoff
Christopher F. Regan
Adam B. Miller
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
*Counsel for Defendant Leanne G. Spencer*

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W., Suite 12
Washington, D.C. 20005
*Counsel for Defendant Daniel H. Mudd*

Cristen Sikes Rose
Edward S. Scheideman III
DLA Piper US LLP
1200 19th Street, N.W.
Washington, D.C. 20036
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

David Smith
Jonathan S. Liss
Jonathan Michael Stern
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, PA 19103-7286
*Counsel for Radian Group Inc.*

Steven M. Salky
Eric R. Delinsky
Ellen D. Marcus
Holly Ann Pal
Tammy Gershoni
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-2638
*Counsel for Defendant Timothy J. Howard*

David I. Ackerman
James Hamilton
Bingham McCutchen, LLP
2020 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Joe Pickett*

William H. Jeffress
Julie E. Guttman
Nicholas A. Brady
Baker Botts LLP
The Warner; 1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendant James S. Gorelick*

John H. Doyle, III
Rhonda D. Orin
Anderson Kill & Olick LLP
2100 M Street, N.W., Suite 650
Washington, D.C. 20037
*Counsel for Defendant Leslie Rahl*

Ian Heath Gershengorn
Jerome Lewis Epstein
Jenner & Block
601 13th Street, N.W.
Suite 1200S
Washington, D.C. 20005
*Counsel for Defendant Fannie Mae*

Carolyn M. Welshhans
Dechert LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Thomas P. Gerrity*

William K. Dodds
Neil A. Steiner
Dechert LLP
30 Rockefeller Plaza
New York, N.Y. 10112
*Counsel for Defendant Thomas P. Gerrity*

Barbara Van Gelder
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek*

Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, N.Y. 10178-0060
*Counsel for Defendant Thomas P. Gerrity*

Shannon Ratliff
Ratliff Law Firm
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

F. Joseph Warin, Esq.
Andrew S. Tulumello, Esq.
Melanie L. Katsur, Esq.
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
*Counsel for Defendant KPMG LLP*

Seth Aronson
O'Melveny & Myers, LLP
400 South Hope Street
15th Floor
Los Angeles, CA 90071
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

/s/ Darren W. Stanhouse
Darren W. Stanhouse

3