IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation ) ) ) ) ) ) | Consolidated Civil Action No. 1:04-cv-1639<br><br>Judge Richard J. Leon |
| ) ) ) Franklin Managed Trust, *et al.*, ) Plaintiffs, ) vs. ) ) Federal National Mortgage Association, *et al.* ) Defendants. ) ) | Case No. 1:06CV00139 |

**DECLARATION OF CHRISTINE D. MEHFOUD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

In compliance with Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, Christine D. Mehfoud, state the following in support of the motion for my admission *pro hac vice* on behalf of Defendant KPMG LLP in the above-styled matter:

1. My full name is Christine Devey Mehfoud.

2. I am an associate with McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219. My office phone number is (804) 775-7423.

3. I am a member of the Virginia State Bar and the bars of the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia and the United States District Court for the Western District of Virginia.

4. I certify that I am a member in good standing of the Virginia State Bar and and the bars of the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia and the United States District Court for the Western District of Virginia, and that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

SO SAYETH THE DECLARANT

*/s/ Christine D. Mehfoud*
Christine D. Mehfoud
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
804.775.7423 (Direct Line)
804.698.2237 (Direct FAX)
cmehfoud@mcguirewoods.com

Counsel for KPMG LLP

Dated: August 3, 2007

\4675542.1