## **CERTIFICATE OF SERVICE**

  I certify that on August 14, 2007, the attached Evergreen Plaintiffs' Motion and Memorandum Of Law In Support Of The Evergreen Plaintiffs' Motion For (I) Reconsideration Of The Dismissal Of Their Section 18 Claim Against Defendants Fannie Mae, Raines, Howard, And Spencer, And (II) Modification Of The Court's Order Dated July 31, 2007 To Include The Entry Of Final Judgment Pursuant To Federal Rule Of Civil Procedure Rule 54(b) On The Evergreen Plaintiffs' State Law Claims were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those counsel of record in this matter who are registered on the CM/ECF system, and that service was accomplished on the following counsel who are not registered on the CM/ECF system via regular U.S. mail:

Fred F. Fielding
Barbara Van Gelder
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Frederic V. Malek
and Anne Mulcahy and for Defendant Thomas
Gerrity in the Evergreen Action*

Jonathan S. Liss
Dionna K. Litvin
David Smith
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, 36th Floor
Philadelphia, PA 19103
*Counsel for Radian Guaranty Inc.*

William K. Dodds
Neil A. Steiner
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Defendant Thomas Gerrity*

                 */s/ Megan D. McIntyre*
                 Megan D. McIntyre