UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| Franklin Managed Trust, *et al.*,<br>    *Plaintiffs*,<br>vs.<br>Federal National Mortgage Association, *et al.*<br>    *Defendants*. | Case No. 1:06-cv-00139 (RJL) |

## MOTION TO WITHDRAW MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* AS TO JAMES A. SHERMAN

Darren W. Stanhouse hereby moves this Court to withdraw the Motion for Leave to Appear *Pro Hac Vice* (No. 495) as to the admission of James A. Sherman.

Respectfully submitted,

**ON BEHALF OF KPMG LLP**

/s/ Darren W. Stanhouse
Darren W. Stanhouse (DC Bar # 494623)
McGuireWoods LLP
1050 Connecticut Ave., NW, Suite 1200
Washington, DC 20036
202.857.1704 (Direct Line)
202.828.2995 (Direct Facsimile)
dstanhouse@mcguirewoods.com

*Counsel for KPMG LLP*

Dated: August 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I caused electronic copies of the foregoing to be transmitted on August 15, 2007, to the following counsel registered to receive electronic service:

Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C.
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

James R. Cummins
Melanie S. Corwin
Jean Marie Geoppinger
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Julie A. Richmond
Kathleen M. Donovan-Maher
Jeffery C .Block
Joseph C. Merschman
Berman Devalerio Pease Tobacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffery P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Robert W. Liles
Liles Parket, PLLC
4400 MacArthur Blvd., N.W.
Suite 203
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Stuart M. Grant
Megan D. McIntyre
Christine M. Mackintosh
Jeff A. Almeida
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmingotn, DE 19801
*Counsel for the Franklin Templeton*

Jeffrey W. Kilduff
Michael J. Walsh, Jr.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie*

| | |
|---|---|
| *Plaintiffs* | *Rahl* |
| Kevin M. Downey<br>Alex G. Romain<br>Daniel N. Marx<br>Joseph M. Terry, Jr.<br>Matthew L. Fore<br>John E. Clabby<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5091<br>*Counsel for Defendant Franklin D. Raines* | Steven M. Salky<br>Eric R. Delinsky<br>Ellen D. Marcus<br>Holly Ann Pal<br>Tammy Gershoni<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036-2638<br>*Counsel for Defendant Timothy J. Howard* |
| David S. Krakoff<br>Christopher F. Regan<br>Adam B. Miller<br>Mayer, Brown, Rowe & Maw LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1101<br>*Counsel for Defendant Leanne G. Spencer* | David I. Ackerman<br>James Hamilton<br>Bingham McCutchen, LLP<br>2020 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendant Joe Pickett* |
| James D. Wareham<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W., Suite 12<br>Washington, D.C. 20005<br>*Counsel for Defendant Daniel H. Mudd* | William H. Jeffress<br>Julie E. Guttman<br>Nicholas A. Brady<br>Baker Botts LLP<br>The Warner; 1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>*Counsel for Defendant James S. Gorelick* |
| Cristen Sikes Rose<br>Edward S. Scheideman III<br>DLA Piper US LLP<br>1200 19th Street, N.W.<br>Washington, D.C. 20036<br>*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos* | John H. Doyle, III<br>Rhonda D. Orin<br>Anderson Kill & Olick LLP<br>2100 M Street, N.W., Suite 650<br>Washington, D.C. 20037<br>*Counsel for Defendant Leslie Rahl* |
| David Smith<br>Jonathan S. Liss<br>Jonathan Michael Stern<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street<br>Philadelphia, PA 19103-7286<br>*Counsel for Radian Group Inc.* | Ian Heath Gershengorn<br>Jerome Lewis Epstein<br>Jenner & Block<br>601 13th Street, N.W.<br>Suite 1200S<br>Washington, D.C. 20005<br>*Counsel for Defendant Fannie Mae* |

Carolyn M. Welshhans
Dechert LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Thomas P. Gerrity*

Barbara Van Gelder
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek*

Shannon Ratliff
Ratliff Law Firm
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

Seth Aronson
O'Melveny & Myers, LLP
400 South Hope Street
15th Floor
Los Angeles, CA 90071
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

William K. Dodds
Neil A. Steiner
Dechert LLP
30 Rockefeller Plaza
New York, N.Y. 10112
*Counsel for Defendant Thomas P. Gerrity*

Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, N.Y. 10178-0060
*Counsel for Defendant Thomas P. Gerrity*

F. Joseph Warin, Esq.
Andrew S. Tulumello, Esq.
Melanie L. Katsur, Esq.
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
*Counsel for Defendant KPMG LLP*

/s/ Darren W. Stanhouse
Darren W. Stanhouse