IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |
| **Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** and | Case No. 1:06CV00082 (RJL) |
| **Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | Case No. 1:06CV00139 (RJL) |

### CERTIFICATE OF SERVICE

I hereby certify that, on this 22d day of August 2007, I placed in a receptacle for receipt of U.S. Mail envelopes with first-class postage affixed and containing true copies of Radian Guaranty, Inc.'s MEMORANDUM IN OPPOSITION TO THE EVERGREEN PLAINTIFFS' MOTION FOR ENTRY OF A FINAL JUDGMENT UNDER RULE 54(b) addressed to the following persons not electronically served:

Alfred G. Yates, Jr
Barbara L. Yates
Gerald L. Rutledge
ALFRED G. YATES JR., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA  15219-1604

Joseph C. Merschman
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA  02109

William K. Dodds
DECHERT LLP

30 Rockefeller Plaza
New York, NY 10112

Scott A. Fink
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street
Suite 3100
San Francisco, CA 94104-4505

Christine M. MacKintosh
Megan D. McIntyre
Jeff A. Almeida
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801

Hal M. Hirsch
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166

Ronald L. Marmer
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street
7th Floor
New York, NY 10036

Phyllis E Brown
LAW OFFICES OF PHYLLIS BROWN
119 East Court Street
Cincinnati, OH 45202

Eldad Avi Malamuth, Esq.
MAYER, BROWN, ROWE & MAW
1909 K Street, NW
Washington, DC 20006

-3-

Rachelle M. Barstow
Robert Michael Romano, Esq.
MORGAN, LEWIS, & BOCKIUS LLP
101 Park Avenue
New York, NY  10178

Seth Alben Aronson
O'MELVENY & MYERS, LLP
400 South Hope Street
15th Floor
Los Angeles, CA  90071-2899

Eryn Mead Starun
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC  20036-5694

Richard S. Schiffrin
Stuart L. Berman
Darren J. Check
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087

Alan J. Statman
STATMAN, HARRIS & EYRICH LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH  45202

Laura J. Hildner
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005-5901

_____/s/_____
Jonathan M. Stern