UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| )<br>Evergreen Equity Trust, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Federal National Mortgage Association, *et al.*, )<br>)<br>Defendants. )<br>) | No. 1:06-cv-00082 (RJL) |

### **[PROPOSED] ORDER**

The Court hereby GRANTS the Consent Motion for Extension of Time and ORDERS that the Evergreen Plaintiffs shall file their reply to Radian Guaranty Inc.'s Memorandum of Law in Opposition to the Evergreen Plaintiffs' Motion for Entry of a Final Judgment Under Rule 54(b) on or before September 7, 2007.

IT IS SO ORDERED on this ___ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE