FILED

OCT 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639<br><br>Judge Richard J. Leon |
| Evergreen Equity Trust, et al.,<br>                       Plaintiffs,<br>v.<br>Federal National Mortgage Association, et al.,<br>                       Defendants. | Civil Action No. 1:06-cv-00082<br><br>Judge Richard J. Leon |
| Franklin Managed Trust, et al.,<br>                       Plaintiffs,<br>v.<br>Federal National Mortgage Association, et al.,<br>                       Defendants. | Civil Action No. 1:06-cv-00139<br><br>Judge Richard J. Leon |
| In re Fannie Mae ERISA Litigation | Consolidated Civil Action No. 1:04-cv-01784<br><br>Judge Richard J. Leon |
| Fannie Mae,<br>                       Plaintiff,<br>v.<br>KPMG LLP,<br>                       Defendant. | Civil Action No. 1:06-cv-02111<br><br>Judge Richard J. Leon |

**STIPULATED CASE MANAGEMENT ORDER NO. 4**

It is hereby stipulated and agreed among the parties, and **IT IS HEREBY ORDERED** by the Court, that the following deadlines are hereby set in this case:



**Pleadings and Discovery**

1.      All document discovery requests desired by any parties in any of the above-referenced cases shall be issued by such parties on a reasonably timely basis and in any event no later than January 15, 2008. Document production by all parties in response to requests issued to them on or before September 1, 2007, shall be completed by December 15, 2007. With respect to document requests issued after September 1, 2007, the parties shall attempt in good faith to complete production of all non-privileged, responsive documents by April 15, 2008. The foregoing deadlines do not apply to document discovery directed to, or served by, parties who are defendants **only** in the *Evergreen* and *Franklin* actions or the two new derivative actions (*Kellmer v. Raines*, Case No. 1:07-CV-01173 and *Middleton v. Raines*, Case No. 1:07-CV-01221, collectively the "Derivative Actions"). These deadlines are without prejudice to the obligation of the parties to supplement prior discovery responses or productions pursuant to Fed.R.Civ.P. 26(e). Document discovery deadlines for the parties who are only defendants in the *Evergreen* and *Franklin* actions or the Derivative Actions shall be set promptly after the final orders have been entered in those actions determining who will remain defendants in those actions.

2.      Amended pleadings, if any, in the *Fannie Mae v. KPMG LLP* action shall be filed on or before February 15, 2008. Pleadings may thereafter be amended with leave of court for good cause shown.

3.      Factual discovery shall be completed by July 31, 2008.

**Expert Reports and Discovery and Dispositive Motions**

4.      Disclosure of the identity of expert witnesses, including a brief summary of the subjects of expert opinion, under Rule 26(a)(2)(A) shall be made in the securities class action

(Case No. 1:04-cv-01639), ERISA action (Case No. 1:04-cv-01784) and Fannie Mae/KPMG malpractice action (Case No. 1:06-CV-02111) as follows:

    1)    By all parties on or before June 1, 2008, with respect to initial experts.

    2)    By all parties on or before July 1, 2008, with respect to rebuttal experts.

5.    By July 15, 2008, the applicable parties shall submit a proposed [stipulated] Case Management Order No. 5, setting deadlines for the serving of expert reports and taking of expert depositions and a briefing schedule for dispositive motions.

**Modifications of this Order**

6.    In consideration that final decisions have not yet been made as to the viability of the Section 18 and state law claims in the *Evergreen* and *Franklin* actions and any of the claims in the Derivative Actions, each party reserves the right to seek an adjournment or modification of any of the dates or other provisions set forth herein based upon subsequent orders entered in any of those cases or for other good cause shown.

Dated: October 17th, 2007

_____
Judge Richard J. Leon
United States District Judge

Agreed:

O'MELVENY & MEYERS, LLP
/s/ Jeffrey W. Kilduff
Jeffrey W. Kilduff, Esq. (D.C. Bar #426632)
Michael J. Walsh, Esq. (D.C. Bar #483296)
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
E-mail: jkilduff@omm.com
E-mail: mwalsh@omm.com
*Counsel for Defendants Fannie Mae, Taylor C. Segue, III, William R. Harvey, Kenneth M. Duberstein and H. Patrick Swygert*

JENNER & BLOCK LLP
/s/ Jerome L. Epstein
Jerome L. Epstein, Esq.
David W. DeBruin, Esq.
Martina E. Vandenberg, Esq.
601 13th Street, N.W., Suite 1200S
Washington, D.C. 20005
Telephone: (202) 639-6062
Facsimile: (202) 639-6066
E-mail: JEpstein@jenner.com
*Counsel for Plaintiff Fannie Mae in Malpractice Action*

MAYER, BROWN, ROWE & MAW LLP
/s/ David S. Krakoff
David S. Krakoff, Esq.
Christopher F. Regan, Esq.
1909 K Street, N.W.
Washington, DC 20006-1101
*Counsel for Defendant Leanne G. Spencer*

WILLIAMS & CONNOLLY, LLP
/s/ Kevin M. Downey
Kevin M. Downey, Esq.
Alex G. Romain, Esq.
725 Twelfth Street, N.W.
Washington, DC 20005-5901
*Counsel for Defendant Franklin D. Raines*

ATTORNEY GENERAL FOR
THE STATE OF OHIO MARC DANN
Andrea L. Seidt, Deputy Chief Counsel
Beth A. Finnerty, Deputy Chief Counsel
30 E. Broad Street, 17th Floor
Columbus, Ohio 43215

WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.
s/ Stanley M. Chesley
Stanley M. Chesley, Esq.
s/ James R. Cummins
James R. Cummins, Esq. (D.C. Bar #OH0010)
Melanie S. Corwin, Esq.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 621-0267
Facsimile: (513) 621-0262
E-mail: jcummins@wsbclaw.com
*Special Counsel for the Attorney General of Ohio and Lead Counsel for Lead Plaintiffs*

BERNSTEIN LIEBHARD & LIFSHITZ LLP
William A.K. Titelman, Esq.
Francis P. Karam, Esq.
10 East 40th Street
New York, New York 10016
Telephone: (212) 779-1414
Facsimile: (202) 298-7678
E-mail: titelman@bernlieb.com
*Special Counsel for the Attorney General of Ohio and Co-Lead Counsel for Lead Plaintiffs*

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
Daniel S. Sommers, Esq. (D.C. Bar #416549)
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: dsommers@cmht.com
*Local Counsel for Lead Plaintiffs*

ZUCKERMAN SPAEDER LLP
/s/ Steven M. Salky
Steven M. Salky, Esq.
Eric R. Delinsky, Esq.
1800 M Street, N.W. – 10th Floor
Washington, DC 20036
*Counsel for Defendant J. Timothy Howard*

GIBSON DUNN & CRUTCHER, LLP
/s/ Andrew S. Tulumello
F. Joseph Warin, Esq.
Andrew S. Tulumello, Esq.
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8657
Facsimile: (202) 467-0539
E-mail: fwarin@gibsondunn.com
E-mail: atulumello@gibsondunn.com
E-mail: HWhitaker@gibsondunn.com
*Counsel for Defendant KPMG LLP*

GRANT & EISENHOFER P.A.
/s/ Stuart M. Grant
Stuart M. Grant, Esq. (D.C. Bar #450895)
Megan D. McIntyre, Esq.
Christine M. Mackintosh, Esq.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100
Email: sgrant@gelaw.com
Email: mmcintyre@gelaw.com
E-mail: cmackintosh@gelaw.com
*Counsel for the Evergreen Plaintiffs and the Franklin Plaintiffs*

HARWOOD FEFFER LLP
/s/ Samuel K. Rosen
Samuel K. Rosen, Esq.
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630
E-mail: srosen@whesq.com
*Counsel for Plaintiffs David Gwyer, Terry Gagliolo and Gloria Sheppard in ERISA Action*

31975