LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

ALEX G. ROMAIN
(202) 434-5164
aromain@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 18, 2007

**VIA E-MAIL IN PDF FORMAT**

Kenneth Adebonojo, Esq.
U.S. Department of Justice
555 Fourth St., N.W.
Room E-4206
Washington, D.C. 20530

    Re:    In re Fannie Mae Securities Litigation, Consolidated Civil Action No. 1:04-cv-01639 (RJL), United States District Court for the District of Columbia

Dear Mr. Adebonojo:

    We write on behalf of Defendants Franklin D. Raines, J. Timothy Howard and Leanne G. Spencer (collectively, "Individual Defendants") in response to your December 13, 2007 letter.

    The Individual Defendants do not consent to OFHEO's request to extend—yet again—the deadlines for the agency's production of documents and privilege logs, as set by the Court's September 27, 2007 Stipulated Order (Dkt. No. 525) and clarified by the Court at the December 3, 2007 status conference.

    For reasons we have already articulated in our November 26, 2007 letter (responding to OFHEO's prior request to extend the discovery deadlines in this matter) and elsewhere, any further delay is unnecessary and would prejudice the parties to this litigation who have scheduled many depositions of critical witnesses (e.g., current and former OFHEO employees, certain Fannie Mae personnel, KPMG employees, Deloitte employees and others) in reliance on OFHEO's representations that it would produce all responsive, non-privileged documents and

WILLIAMS & CONNOLLY LLP

Kenneth Adebonojo, Esq.
December 18, 2007
Page 2

provide complete privilege logs by January 4, 2008, as ordered by the Court.

Sincerely,

Alex G. Romain

cc:  John C. Truong, U.S. Attorney's Office
David A. Felt, OFHEO
Kyle D. Roberts, OFHEO
Eric R. Delinsky, Zuckerman Spaeder LLP
Christopher F. Regan, Mayer Brown LLP