# ARNOLD & PORTER LLP

**Scott B. Schreiber**
Scott.Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

November 15, 2007

**VIA HAND DELIVERY**

C. Simon Davison, Esq.
McGuire Woods LLP
Washington Square
Suite 1200
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5317

    Re:    *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Simon:

    I am responding to your letter dated November 6, 2007 regarding Deloitte & Touche LLP's ("Deloitte") objections to KPMG LLP's ("KPMG") subpoena dated August 17, 2007.

    First, with respect to non-final working paper documents from specific employees involved in the audit of Fannie Mae's 2004 restated financials, as we stated in our letter of October 17 and as we have discussed with plaintiffs' counsel, once the parties in the litigation have identified which Deloitte individuals they intend to depose, we will discuss with counsel the production of documents with respect to those individuals. In particular, during the course of the audit, certain accounting issues, grouped by workstream, were identified as significant documentation matters ("SDMs") and were maintained. By and large these documents, both electronic and hard copy, were either organized by individual or can be sorted by individual.

    With respect to Deloitte employees who worked on the OFHEO engagement, Deloitte has already produced the responsive, non-privileged hard copy and electronic documents in their possession to Mr. Raines's counsel, *see, e.g.*, Deloitte OFHEO 000001 through Deloitte OFHEO 090436, which were made available to all counsel. To the extent your November 6 letter requests documents for those partners and managers who worked on the OFHEO engagement, these documents can be found in Deloitte's previous production.

    Second, Deloitte is considering your request for certain policies, manuals, and guidelines, if any, from its National Office.

EXHIBIT G

# ARNOLD & PORTER LLP

C. Simon Davison, Esq.
November 15, 2007
Page 2

Third, the OFHEO E-Room index we provided you on October 17 redacted the names of only 17 documents as proprietary and/or non-responsive. Notwithstanding this limited amount of redaction, you have still not provided us a list of the additional documents from this index that you would like produced that have not yet been produced. In the interests of expediting the process, however, we are providing you a clean copy of the OFHEO E-room index. To the extent you select documents for production that Deloitte believes are either proprietary and/or non-responsive, we can discuss this at that time.

Finally, we reiterate that we do not believe there is anything in the 2005 or 2006 audit workpapers that would be relevant to the above-captioned litigation or lead to the admissibility of relevant evidence. Nonetheless, if you have a specific, narrowly crafted request with respect to these workpapers, we will consider it.

Please call me at (202) 942-5672 if you have any comments or concerns.

Sincerely,

Scott B. Schreiber

cc: Linda Beyer (by U.S. Mail)