McGuireWoods LLP
Washington Square
1050 Connecticut Avenue N.W.
Suite 1200
Washington, DC 20036-5317
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

C. Simon Davidson
Direct: 202.857.1715

**McGUIREWOODS**

cdavidson@mcguirewoods.com

November 30, 2007

<u>Via E-Mail and U.S. Mail</u>
Scott B. Schreiber
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

      Re:    <u>In re Fannie Mae Securities Litigation</u>, No. 1:04-cv-1639 (D.D.C.)

Dear Scott:

This letter responds to your letter dated November 15, 2007, and also follows up on our telephone call from Monday, November 19.

As a general matter, during our call you stated that Deloitte may possess more than 50 million pages of documents that are responsive to KPMG's subpoena. In light of this volume of responsive documents, we reiterated that we are agreeable to narrowing the focus of Deloitte's production such that it is no more voluminous than is necessary while still preserving KPMG's ability to obtain the documents it needs for its defense.

**Documents from the Files of Specific Employees**

During our call, you stated that you have now agreed to produce responsive documents from Deloitte employees who worked on the 2004 audit of Fannie Mae's restated financial statements, without first requiring KPMG to identify which employees it intends to depose. You requested that we identify a limited set of specific employees whose files Deloitte should search for responsive documents, and Deloitte will produce all responsive documents from the hard copy and electronic files of such employees. As we have previously stated, we believe that we are entitled to documents from the files <i>all</i> Deloitte employees who worked on the Restatement. However, to avoid delaying Deloitte's production any further, we have identified the following employees from whom we request Deloitte produce all responsive documents. We continue to review the documents that Deloitte has produced to date, and intend to supplement this list with additional names shortly.

Alexander Baret
Duncan Barks
Carrie Cristinzio
Al Hazard
Taylor Limbert
Scott Maker
Sean Manley
Chris Montielh


EXHIBIT

Scott B. Schreiber
November 30, 2007
Page 2


Kathleen O'Hare
Armando Pimentel
Scott Raso
Craig Schubert
Ann Thornton

Darrow Becker
Carrie Bloomer
Brandon Coleman
Xihao Hu
Tim Kersey
Jonathan Kyriakakis
Pinal Mazumdar
Alex McElroy
Brian Potsic
Scott Sauer
Phillip Snyman

Will Bible
Sherif Sakr

Peter Brecknock
JH Caldwell
Jo Ann Chen
Jeff Green
Elias Hebayeb
Alex Kornfeld
Sean Li
Steve Votaw

We could be agreeable to narrowing the scope of Deloitte's production further by specifically identifying the subject matters that we do not believe are relevant to this litigation for each employee, and permitting Deloitte to withhold documents concerning such subject matters from its production. Unfortunately, from the vague descriptions on the workstream that you provided, we are unable to determine whether it would be possible to limit Deloitte's production in this manner. However, if Deloitte provides further detail concerning the subject matters for which each employee was responsible, and the types of documents likely to be found in his or her files, we may be able to narrow further the scope of Deloitte's production from these employees. In the alternative, we can represent that, to the extent that any documents in these employees' files are related neither to the Fannie Mae Restatement, itself, nor to any of the accounting issues relating to the Restatement, KPMG is not interested in such documents at this time, but reserves its right to seek the documents in the future.

**Workpapers Relating to the 2004 Audit Not in the Files of Specific Employees**

During our call, you stated that Deloitte may possess responsive documents that are not located in the files of individual employees. For example, draft workpapers may exist in Deloitte's retention files. You stated that you believe that it is unnecessary for Deloitte to search and

Scott B. Schreiber
November 30, 2007
Page 3

produce documents from such sources because all of the documents in which KPMG would be interested should be contained within the files of specific employees.

Again, we do not wish for Deloitte's production to be any more voluminous or burdensome than necessary. Therefore, we will consider your suggestion that, for the time being, Deloitte not search or produce draft workpapers relating to the 2004 audit from sources other than the files of specifically identified employees. However, we cannot agree to limit Deloitte's production in this manner on an ongoing basis without certain basic information regarding these sources of documents. Therefore, please describe in detail (1) the sources of responsive documents other than the files of individual employees; (2) the types of documents located in such sources and the authors; and (3) whether the documents located in such sources will also be found in the files of the individual employees on the work stream you provide.

### The OFHEO Engagement

Based on your letter and our call, it is our understanding that Deloitte has searched the hard copy and electronic files of all Deloitte employees who worked on the OFHEO Engagement, and has produced all documents from the files of those employees that are responsive to KPMG's subpoena. Please let us know immediately if this is not the case.

In addition, whereas Deloitte initially provided a copy of its OFHEO Index that had some entries redacted, on Monday, November 19, we received a clean version of that index, with no redacted entries. Per your request, on the attached index, we have highlighted, in blue, the additional documents that we would like Deloitte to produce. Given that the un-redacted entries appear to be neither non-responsive nor proprietary, we assume that Deloitte will produce all documents that we have requested, without regard to whether Deloitte had previously redacted entries concerning those documents. Please let us know immediately if this is not the case.

### Document Production Urgency

Finally, we cannot stress strongly enough the importance of Deloitte gathering and producing responsive documents as rapidly as possible. As you know, there are ongoing depositions in this matter, and KPMG cannot adequately prepare for many of those depositions without access to the documents KPMG has requested. Nonetheless, more than three months have passed since KPMG served its subpoena, and aside from a small volume of billing records, Deloitte has yet to produce any documents directly in response to KPMG's subpoena. We would greatly appreciate Deloitte's prompt production of documents.

Please do not hesitate to contact me with any questions you may have.

Sincerely,

C. Simon Davidson

Enclosure

### Deloitte/OFHEO
### Special Examination Engagement
### E-Room Index



- Accounting Stream
  - Accounting Issues Memos
    - CapPremium.doc
    - Derivatives Offsetting Swaps.doc
    - Derivatives Redesignation.doc
    - FAS 91 Issue Write-up.doc
    - [redacted]
    - [redacted — No Longer Used. See ...]
    - Issues Tracking Worksheet .xls
    - National Office Consultation Log.xls
    - Phase II-Issues Tracking Worksheet .xls
    - Phase I-Issues Tracking Worksheet .xls
  - Document requests
    - Acctg doc requestSRT.doc
    - OFHEO Accounting Additional Documentation Request List - 3-11-04.doc
    - OFHEO Accounting Correspondence Request 04-10-04.doc
  - FAS 133 Potential&Actual Exhibits.zip
  - [redacted]
  - Weekly Updates
    - Acctg Status 3-17.doc
    - Acctg Status 3-25.doc
  - Accounting Training Presentations
    - ofheoFAS115.ppt
    - ofheoFAS133.ppt
    - ofheoFAS140.ppt
    - ofheoFIN46_Ver2.ppt
- Bates - "Intentionally Left Blank"
  - Intentionally Left Blank FNME Production Pages.xls
- Consent Order
  - consentorder12903.pdf
- [redacted section]

1



- Document Production Index -- From OFHEO
  - Fannie Mae's Special Examination Production to OFHEO 11.22.xls
  - Old Versions
    - Copy of Fannie Mae's Special Examination Production to OFHEO 21 May 2004.xls
    - Copy of Fannie Mae's Special Examination Production to OFHEO 25 June 2004.xls
    - Copy of Fannie Mae's Special Examination Production to OFHEO 8.2.04.xls
    - Fannie Mae's Special Examination Production to OFHEO 07_28_04.xls
    - Fannie Mae's Special Examination Production to OFHEO 08-16-2004.xls
    - Fannie Mae's Special Examination Production to OFHEO 11.1.xls
    - Fannie Mae's Special Examination Production to OFHEO 21 May 2004.xls
    - Fannie Mae's Special Examination Production to OFHEO 8.2.04.xls
    - Fannie Mae's Special Examination Production to OFHEO 9.15.04.xls
    - Fannie Mae's Special Examination Production to OFHEO as of 02 June 2004.xls
    - Fannie Mae's Special Examination Production to OFHEO as of 10 June 2004.xls
    - Fannie Mae's Special Examination Production to OFHEO as of 25 May 2004.xls
    - Fannie Mae's Special Examination Production to OFHEO as of 26 May 2004.xls
    - Fannie Mae's Special Examination Production to OFHEO.xls
    - Fannie Mae's Special Examination Production to OFHEO1 as of 07 June 2004.xls
- Document Request Reconciliation
  - Consolidated Document Request Reconciliation- 1-21-05.xls
  - Old Versions
    - Consolidated Document Request Reconciliation- 10-1-042.xls
    - Consolidated Document Request Reconciliation- 1-21-05.xls

2



- Consolidated Document Request Reconciliation_Master_17 June 2004 (2).xls
- Consolidated Document Request Reconciliation_Master_17 June 2004.xls
- Copy of Consolidated Document Request Reconciliation-1-21-05.xls
- Copy of Consolidated Document Request Reconciliation_Master_17 June 2004 (2).xls
- Copy of Consolidated Document Request Reconciliation_Master_Week of 31 May 2004 v2.xls
- Document Request Reconciliation_Master_Week of 25 May 2004.xls

Document Review Worksheet and Index
- Archive - Consolidated Document Review Worksheets
  - Consolidated_DRW_07April2004.xls
  - Consolidated_DRW_11 May 2004.xls
  - Consolidated_DRW_14April2004.xls
  - Consolidated_DRW_18 May 2004.xls
  - Consolidated_DRW_20 April 2004.xls
  - Consolidated_DRW_25 May 2004.xls
  - Consolidated_DRW_27 April 2004.xls
  - Consolidated_DRW_30 June 2004.xls
  - Consolidated_DRW_4 May 2004.xls
- OFHEO Document Management
  - OFHEO Document Management Guidelines.doc
- Document Review - Controls
  - Controls_DRW_03_10_04.xls
  - Controls_DRW_031904.xls
  - Controls_DRW_032204.xls
- Document Review - Valuation
  - OFHEO Additional Documentation Request List - Val.doc
  - Valuation Stream_DRW_27 April 2004.xls
  - Valuation Stream030904.xls

Email Production
- Email Directory 082504.xls
- Email Directory 090204.xls
- Email Directory 101404.xls
- Email Production Letter - Wilmer
  - 144_Baer_2004-11-18-email.pdf

Exhibit Index
- Exhibit 080904.xls
- Exhibits 012105.xls
- Exhibits 072304.xls
- Exhibits 081704.xls
- Exhibits 111604.xls
- Exhibits 113004.xls
- Exhibits 121504.xls
- Exhibits Final 012405.xls

Fannie Mae Correspondence
- Additional Document Request Letters
  - 109_Kappler_2004-12-01.pdf
  - 14_Kappler_2004-05-04.pdf
  - 94_Kelley_2004-11-17.pdf

- Electronic File Interrogation
  - 144_Baer_2004-11-18-email.pdf
  - 20_Kappler_2004-06-02.pdf
  - Fannie Mae E-Discovery Worksheet Response.TIF
  - Fannie Mae Email Request List_21 June 2004.doc
- FNMA Documentation Received
  - 4_Kappler_2004-01-21_11bx.pdf
  - Comparison of Request to Documents Received 4_08_04 lms.xls
- FNMA Production Letters
  - 1_Kappler_2003-07-22.txt
  - 10_Kappler_2004-03-12_9bx.pdf
  - 11_Kappler_2004-03-12_9bx.pdf
  - 113_Remy_2004-10-12.pdf
  - 11a_attach_Kappler_2004-03-12.pdf
  - 12_Kelley_2004-03-181.pdf
  - 124_Remy_2004-10-26.pdf
  - 13_Kelley_2004-03-19.pdf
  - 134_Kelley_2004-11-05.pdf
  - 135_Remy_2004-11-08.pdf
  - 136_Remy_2004-11-10.pdf
  - 137_Kelley_2004-11-121.pdf
  - 14_Kappler_2004-05-04.pdf
  - 140_Remy_2004-11-15.pdf
  - 142_Griffith_2004-11-18.pdf
  - 149_Smollen_2004-11-30.pdf
  - 15_Kelley_2004-03-24.pdf
  - 16_Kelley_2004-04-01.pdf
  - 166_Kelley_2004-12-7 Wells.pdf
  - 167_Kelley_2004-12-7 Wells.pdf
  - 169_Remy_2004-12-9.pdf
  - 17_Kelley_2004-04-02.pdf
  - 170_Kelley_2004-12-9.pdf
  - 171_2004-12-10.pdf
  - 173_Griffith_2004-12-13.pdf
  - 174_Kelley_2004-12-14 Stawarz.pdf
  - 178_Kelley_2004-12-15 Boyles.pdf
  - 18_Kelley_2004-04-07.pdf
  - 183_Kelley_2004-12-20.pdf
  - 188_Bruemmer_2004-12-22.pdf
  - 19_Kelley_2004-04-14.pdf
  - 192_Bruemmer_2004-12-27 Boyles.pdf
  - 193_Bruemmer_2004-12-28 Boyles.pdf
  - 194_Bruemmer_2004-12-29.pdf
  - 197_Bruemmer_2004-12-30 Boyles.pdf
  - 198_Bruemmer_2004-12-30.pdf
  - 199_Bruemmer_2005-01-05.pdf
  - 2_Kappler_2003-11-07.pdf
  - 20_Kelley_2004-04-01.pdf
  - 200_Bruemmer_2005-01-10.pdf
  - 201_Bruemmer_2005-01-10.pdf

- 202_Griffith_2005-01-12.pdf
- 203_Bruemmer_2005-01-13.pdf
- 21a_attach_Kelley_2004-4-22_prodlist1.pdf
- 22_Kelley_2004-04-23.pdf
- 22a_attach_2004-4-23aud rpts.pdf
- 22b_#58.pdf
- 23_Kelley_MH_2004-04-091.pdf
- 24_Kappler_2004-04-27.pdf
- 25_FNM_2004-04-12.pdf
- 26_Kelley_2004-04-13.pdf
- 26_Kelley_2004-04-30.pdf
- 27_Kelley_2004-04-14.pdf
- 27_Kelley_2004-05-03.pdf
- 28_Kelley_2004-05-03.pdf
- 29_Kelley_2004-05-051.pdf
- 3_Raines_2003-11-25.pdf
- 30_Kelley_2004-05-07.pdf
- 31_Kelley_2004-05-10.pdf
- 32_Kelley_2004-5-13.pdf
- 33_Kelley_2004-05-14.pdf
- 34_Kelley_2004-05-18.pdf
- 34a_Kelley_2004-05-18.pdf
- 35_Kappler_2004-05-19.pdf
- 36_Kelley_2004-05-21.pdf
- 36a_Kelley_2004-05-21.pdf
- 37_Kelley_2004-05-21.pdf
- 38_Kelley_2004-05-24.pdf
- 39_Kelley-2004-05-24.pdf
- 4_Kappler_2004-01-21_11bx.pdf
- 41_Kelley_2004-05-28.pdf
- 42_Kelley_2004-05-28.pdf
- 42_Kelley_2004--05-28.pdf
- 44_Kelley_2004-06-4.pdf
- 45a_Kelley_2004-06-4.pdf
- 48_Kelley_2004-06-18.pdf
- 49_Kelley_2004-06-18.pdf
- 5_Kappler_2004-02-11.pdf
- 50_Kelley2003-06-25.pdf
- 51_Kelley_2004-07-02.pdf
- 55_Kelley_2004-07-14.pdf
- 56_Kelley_2004-07-20.pdf
- 56a_Kelley_2004-07-20.pdf
- 57_Kelley_2004-07-21.pdf
- 58_Kelley_2004-07-21.pdf
- 59_Kelley_2004-07-23.pdf
- 6_Kelley_2004-02-20.pdf
- 6_Kelley_MH_2004-04-19.pdf
- 60_Kelley_2004-07-26.pdf
- 60a_Kelley_2004-07-26.pdf
- 63_Kelley_2004-07-27.pdf
- 66_Kelley_2004-07-29.pdf
- 66a_Kelley_2004-07-29.pdf
- 67_Kelley_2004-07-29.pdf
- 67a_Kelley_2004-07-29.pdf
- 68_Kelley_2004-07-30.pdf

- 69_Kelley_2004-08-02.pdf
- 7_Kappler_2004-02-24.pdf
- 72_Kelley_2004-08-04.pdf
- 72a_Kelley_2004-08-04.pdf
- 73_Remy_2004-08-04_1CD.pdf
- 74_Remy_2004-08-05.pdf
- 75_Remy_2004-08-06.pdf
- 77_Remy_2004-08-09 (2).pdf
- 77_Remy_2004-08-09.pdf
- 78_Remy_2004-08-11.pdf
- 79_Remy_2004-13-04_#165 &1CD.pdf
- 7a_Kappler_2004-02-23.pdf
- 8_Kappler_2004-02-25_16bx.pdf
- 80_Remy_2004-8-13_6CDs.pdf
- 82_Remy_2004-08-16.pdf
- 83_Remy_2004-08-17.pdf
- 84_Remy_2004-08-17.pdf
- 85_Remy_2004-08-18.pdf
- 86_Fannie_2004-08-20.pdf
- 87_Remy_2004-08-23.pdf
- 88_Remy_2004-08-23.pdf
- 89_Remy_2004-08-23.pdf
- 9_Kappler_2004-03-02_2bx.pdf
- 90_Kelley_2004-08-25.pdf
- 91_Kelley_2004-08-26.pdf
- 92_Kelley_2004-08-26.pdf
- 93_Kelley_2004-08-26.pdf
- 94_Kelley_2004-08-26.pdf
- 95_Kelley_2004-08-27.pdf
- KPMG Workpaper Access
  - 18_Britt_KMPG_2004-06-01.pdf
  - 19a_Britt_KPMG_2004-6-1.pdf
- OFHEO letters to the SEC
  - 4_Cutler/Berger OFHEO SEC-SFAS 133.pdf
- Subpoena Letters
  - Barbieri
    - 66a_Levy_2004-10-29 subpoena Barbieri.pdf
  - Barnes
    - 41_Terri Legal Services_2004-08-13 subpoena barnes.pdf
    - 51_Kappler_2004-10-13 Barnes doc.pdf
  - Boyles
    - 105_Levy_2004-11-23 subpoena boyles.pdf
    - 106_Remy_2004-11-23 subpoena boyles.pdf
  - Document Requests
    - 85_Kappler_2004-11-04.pdf
  - Douthit
    - 71_Caldwell_2004-11-03 subpoena Douthit.pdf
  - E&Y
    - 69_Joseph_2004-11-03 Ernst & Young.pdf
  - Janet Pennewell
    - 52_Trager_2004-10-13.pdf
    - SUBPOENA - Pennewell.doc
  - Jeffrey Juliane
    - 21_Kelley_2004-06-03.pdf

6



- 22_Kelley_2004-06-04.pdf
- Word Versions
  - 18_ Kappler 2005-5-20 subpoena.doc
  - 18a_JulianneSubpoena.doc
  - 18b_attachmentB definitions.doc
  - Simpler document request for Juliane subpoena.doc
- Other - Subpoena Related
  - 21_Kelley_2004-06-04.pdf
  - 25_Kappler_2004-6-10.pdf
  - 42_Remy_2004-08-16 subpoena dt.pdf
  - 44_Remy_sub.pdf
  - 45_Kappler_2004-08-26.pdf
  - Copy of 42_Remy_2004-08-16 subpoena dt.pdf
  - Kappler_07-01-04.pdf
  - start subpoenas letter to Kappler 5-20-04.doc
- Pennewell
  - 54_Remy_2004-10-13 subpoena Pennewell.pdf
- Quinn and Howard
  - 27_Kelley_2004-6-28-Quinn-Ho.pdf
- Sam Rajappa and Paul Jackson
  - 24_Kelley_2004-06-09.pdf
- Sarkani
  - 53_Remy_2004-10-13 subpoena Sarkani.pdf
- Skladony
  - 43_Remy_2004-08-16 subpoena Skladony.pdf
- Spencer
  - 83_Remy_2004-11-04 subpoena Spencer.pdf
- Wells
  - 90_Levy_2004-11-12 subpoena Wells.pdf
  - 91_Remy_2004-11-12 subpoena Wells.pdf
- Fannie Mae Meeting Notes
  - Minutes__Lewers_052004.doc
  - Minutes__Boyles_052004.doc
  - Minutes_8-10-04_document reconciliation.doc
  - Minutes_Barnes_051904.doc
  - Minutes_Benson_042204.doc
  - Minutes_Bonsaile_050604.doc
  - Minutes_Boyles_050704.doc
  - Minutes_DeCastro_050504.doc
  - Minutes_Donilon_051204.doc
  - Minutes_Douthit_051104.doc
  - Minutes_Gifford_042804.doc
  - Minutes_Graham_042904.doc
  - Minutes_Hairston_052004.doc
  - Minutes_Howard_050704.doc
  - Minutes_Knight_042304.doc
  - Minutes_Martin_050604.doc
  - Minutes_Marzol_042904.doc
  - Minutes_McCormick_050504.doc
  - Minutes_Mills_051204.doc
  - Minutes_Niculescu_051204.doc
  - Minutes_Quinn_051104.doc
  - Minutes_Ramaswamy_051904.doc
  - Minutes_Roman_042304.doc

7





9



10



11







- OFHEO Meeting Calendar - Week of 19 April 2004.doc
- OFHEO Meeting Calendar - Week of 29 March 2004.doc
- OFHEO Meeting Calendar - Week of 5 April 2004.doc
- OFHEO Meeting Calendar - Week of March 01, 2004.doc
- OFHEO Meeting Calendar - Week of March 12, 2004.doc
- OFHEO Meeting Calendar - Week of March 15 and 22 2004.doc
- OFHEO Meeting Calendar - Week of 3 May 2004.doc

14