# ARNOLD & PORTER LLP

**Scott B. Schreiber**
Scott.Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

December 21, 2007

C. Simon Davidson
McGuire Woods LLP
Washington Square
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, D.C. 20036

Re:   *In re Fannie Mae Securities Litigation, No. 1:04-cv-1639 (D.D.C.)*

Dear Simon:

I am responding to your letter of December 19, 2007 and following up on my conversation with Chuck McIntyre on that day and the message I left him today.

In response to the several matters raised in your letter, I suggest that we meet, along with our clients, on January 9 at 10:00 a.m. at Deloitte's offices in New York to see if we can make progress in resolving any outstanding issues.

I look forward to hearing from you.

Sincerely,

Scott B. Schreiber

SBS/jab

EXHIBIT
P