McGuireWoods LLP
Washington Square
1050 Connecticut Avenue N.W.
Suite 1200
Washington, DC 20036-5317
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

Charles Wm. McIntyre
Direct: 202.857.1742

# McGuireWoods

cmcintyre@mcguirewoods.com

December 26, 2007

**Via Email and First-Class Mail**

Scott B. Schreiber
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

Re: *In Re Fannie Mae Securities Litigation*

Dear Scott:

I write in response to your December 21 letter to Simon Davidson, which we received on December 24, and in which you confirmed your proposal that we meet, along with our clients, on January 9 at 10:00 a.m. at Deloitte's office in New York. As we stated during our call on Friday, we are agreeable to the meeting that you propose.

Also during our call, however, we again requested that, in the meantime, Deloitte begin gathering responsive documents from the forty custodians set forth in our previous letters to you. You again stated that Deloitte would not do so, and stated that Deloitte would begin gathering documents only from the thirteen custodians on Deloitte's proposed list. I told you that Deloitte's position is unacceptable and that it left us with no choice but to file a motion to compel. You asked that we discuss Deloitte's position again with our client. We did, and our client finds Deloitte's position as unacceptable as it does Deloitte's delay in producing or even beginning to collect responsive documents. Therefore, given that four months after the date of KPMG's subpoena Deloitte continues to refuse even to begin gathering responsive documents from the very limited subset of custodians we have identified, we will be filing a motion to compel to enforce our subpoena.

Please let me know if you have any questions.

Sincerely,

Charles Wm. McIntyre

EXHIBIT Q