# ARNOLD & PORTER LLP

202.942.5000
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

November 7, 2007

**VIA HAND DELIVERY**

Darren W. Stanhouse, Esq.
McGuire Woods LLP
Washington Square
Suite 1200
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5317

    Re: *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Darren:

    This letter is in response to your letter dated November 5, 2007 and our conversation that same day. As per our conversation, many of the final electronic audit workpapers referenced in your November 5, 2007 were originally withheld because they may have contained trade secrets and/or proprietary information of Deloitte & Touche LLP ("Deloitte"). At the request of the parties, we have reviewed again these documents and we will be producing some portion of them as well as a log of documents Deloitte has withheld from the final audit workpapers on proprietary grounds within the next two weeks.

    Please call me at (202) 942-5906 at your earliest convenience if you have any comments or concerns.

Sincerely,

Kavita Kumar Puri*

---

* Admitted only in New York; practicing law in the District of Columbia pending approval of application for admission to the D.C. Bar and under the supervision of principals of the firm who are members in good standing of the D.C. Bar.



EXHIBIT
S

Washington, DC   New York   London   Brussels   Los Angeles   Century City   Northern Virginia   Denver

# ARNOLD & PORTER LLP

Darren W. Stanhouse, Esq.
November 7, 2007
Page 2

cc: Linda Beyer (by U.S. Mail)
    Scott B. Schreiber

    Melanie Corwin, Esq. (by U.S. Mail)
    Waite, Schneider, Bayless & Chesley Co., L.P.A.
    1513 Fourth & Vine Tower
    One West Fourth Street
    Cincinnati, Ohio 45202