# ARNOLD & PORTER LLP

Scott B. Schreiber
Scott.Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

November 7, 2007

**VIA HAND DELIVERY**

Darren W. Stanhouse, Esq.
McGuire Woods LLP
Washington Square
Suite 1200
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5317

Re:   *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Darren:

Pursuant to your previous request and our letter of November 2, 2007, we are providing the accompanying materials in response to your subpoena dated August 31, 2007, issued to Deloitte & Touche LLP ("Deloitte") in connection with the above-captioned matter. In particular, Deloitte is producing documents (Deloitte FNMA INV 000001 through Deloitte FNMA INV 000201) designated CONFIDENTIAL. For your convenience, we are providing these documents as group IV, single-page tiff images on the enclosed disc.

These materials include billing records for the audit services provided to Fannie Mae by Deloitte in connection with its audit of the 2004 restated financials.

In addition, and at your request, we are sending you a list of workstreams and key personnel affiliated with those workstreams that we prepared. Although we have consolidated the workstream and key personnel information for your convenience, contrary to certain statements made in your correspondence, this information is and has been available in the final audit workpapers Deloitte has since May produced in this litigation. *See, e.g.*, Deloitte FNMA 0046427 through Deloitte FNMA 0046432.

We understand that you will make these documents available to other counsel in the litigation pursuant to previous agreement.


EXHIBIT T

# ARNOLD & PORTER LLP

Darren W. Stanhouse, Esq.
November 7, 2007
Page 2

      We are providing these documents with the understanding that they are governed by the Second Amended Stipulated Pretrial Protective Order, and with the agreement and understanding that if we have inadvertently included privileged and/or proprietary documents or information, there shall be no waiver of the claimed privilege or protection. In addition, Deloitte retains the right not to provide copies of certain selected documents that contain trade secrets and/or proprietary business information of Deloitte.

      Please call me at (202) 942-5726 at your earliest convenience if you have any comments or concerns.

                                      Sincerely,

                                      Scott B. Schreiber

cc:    Linda Beyer (by U.S. Mail) (w/o enclosures)

       Melanie Corwin, Esq. (by U.S. Mail) (w/o enclosures)
       Waite, Schneider, Bayless & Chesley Co., L.P.A.
       1513 Fourth & Vine Tower
       One West Fourth Street
       Cincinnati, Ohio 45202