# ARNOLD & PORTER LLP

Scott B. Schreiber
Scott.Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

November 20, 2007

**VIA OVERNIGHT DELIVERY**

Melanie S. Corwin, Esq.
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

Re:     *In re Fannie Mae Securities Litigation,* No. 1:04-cv-1639 (D.D.C.)

Dear Melanie:

Enclosed is a log of the final workpapers Deloitte & Touche LLP ("Deloitte") withheld from its production of these documents in response to your subpoena issued to Deloitte in connection with the above-captioned matter. These documents were withheld as reflecting proprietary information, trade secrets and/or methodologies of Deloitte.

Also enclosed are three discs containing additional responsive, non-proprietary final workpapers. The first disc contains supplemental images from the final hard copy workpapers in the range Deloitte-FNMA-M-029482 through Deloitte-FNMA-M-042807. These additional documents are identified on this disc by letter suffixes, *i.e.,* Deloitte-FNMA-M-029482A or Deloitte-FNMA-M-029618J, so as to best maintain the order in which they appear in the final hard copy workpapers.

The second disc contains selected supplemental images from the final electronic workpapers in the range Deloitte-FNMA-0000461 through Deloitte-FNMA-0154834. The images produced on this disc were originally produced as blank pages, and are now being replaced with the appropriate document images. The third disc contains additional documents from the final electronic workpapers (Deloitte-FNMA-1660093 through Deloitte-FNMA-1663417).

These discs contain both confidential material, as well as materials stamped "ATTORNEYS' EYES ONLY." As per the requirements sent directly from Xerox Litigation Services to Solutions Plus+, included on these discs are the group IV, single-page tiff images and the appropriate load files. Also included on the discs bearing documents from the final electronic workpapers, for your convenience, are additional fields entitled DOCREFID, containing the audit workpaper number accompanying the



# ARNOLD & PORTER LLP

Ms. Melanie S. Corwin
November 20, 2007
Page 2

image; PREPARER, containing the preparer initials and date(s); and REVIEWER, containing the reviewer initials and date(s). We understand that you will make these documents available to other counsel in the litigation pursuant to previous agreement.

In addition, as you know, there are partial redactions in the final workpapers reflecting proprietary information. Those are noted as "Redacted as Proprietary" or as "Left Intentionally Blank."[1] The workpapers that have been produced with redactions are workpaper numbers: 1210.16; 1410; 1416.1; 1419S; 1440; 1440B; 1520; 1531BS; 1531.5.01; 1531.8.01; 1532.14.01; 1810; 1954; 2331; 2331B; 2340A; 2340C; 2340D; 4112.10.02; 4112.10.11; 4112.10.12; 4112.10.13; 4112.10.14; 4301.2.01; 4301.3.01; 4301.4.01; 4301.5.01; 4301.6.01; 4301.7.01; 4301.8.01; 4302.1; 4302.12; 4302.13; 4302.2; 4302.3; 4302.4; 4302.5; 4304.2; 4303.01.03; 4303.01.1A; 4303.01.1B; 4303.02.01; 4303.02.1A; 4303.03.01; 4303.03.1A; 4303.04.01; 4303.04.1A; 4303.05.01; 4303.05.1A; 4303.06.01; 4303.06.1A; 4303.07.01; 4303.07.1A; 4303.08.01; 4303.08.1A; 4303.09.01; 4303.09.1A; 4303.10.01; 4303.10.1A; 4303.11.01; 4303.11.1A; 4303.12.01; 4303.12.1A; 4303.13.01; 4303.13.1A; 4303.16.01; 4303.16.1A; 4303.19.01; 4303.19.1A; 4303.20.01; 4303.20.1A; 4303.22.01; 4303.22.1A; 4303.23.1; 4304.1.01; 4304.1.02; 4304.3.01; 4304.3.04; 4304.4B; 4404; 4499D; 9004.1.30F; 9004.1.33D; 9005.1010D; 9006.2.1.1D; 9008.1C-1; 9014.1C-1; 9014.9C-1; and 9014.9C-2.

We are providing these documents and the enclosed proprietary log with the understanding that they are governed by the Second Amended Stipulated Pretrial Protective Order, and with the agreement and understanding that if we have inadvertently included privileged and/or proprietary documents or information, there shall be no waiver of the claimed privilege or protection. In addition, Deloitte retains the right not to provide copies of certain selected documents that contain trade secrets and/or proprietary business information of Deloitte.

---

[1] Where all pages, as opposed to a few of the pages, within a document are labeled "Left Intentionally Blank," the document has been withheld as per the information listed on the enclosed proprietary log.

# ARNOLD & PORTER LLP

Ms. Melanie S. Corwin
November 20, 2007
Page 3


       Please call me at (202) 942-5672 at your earliest convenience if you have any comments or concerns.

                    Sincerely,

                    Scott B. Schreiber


cc: (w/ proprietary log):     Linda Beyer

cc: (w/ proprietary log):     C. Simon Davidson, Esq.
                          McGuire Woods LLP
                          Washington Square
                          Suite 1200
                          1050 Connecticut Avenue, N.W.
                          Washington, D.C.  20036-5317

**Deloitte & Touche LLP**
**Log of Proprietary Documents Withheld from Production of**
**Final Electronic Workpapers\***
*In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation , No. 1:04-cv-1639 (D.D.C)*
(Current as of November 20, 2007)

| | Audit Workpaper Number | Type of Document | Workpaper Title/Description | Preparer | Reviewer |
|---|---|---|---|---|---|
| 1 | 1210.1 | Electronic Workpapers | Assessment of Fraud, Control Environment and Engagement Risk [S] | Luciana Ferreira Barbosa, Tim R. Kersey | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 2 | 1210.2 | Electronic Workpapers | Consideration of Fraud Risk Factors (10-04) [S] | Tim R. Kersey | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 3 | 1210.3 | Electronic Workpapers | Consideration of Engagement and Control Environment Risk Factors (10-04) [SDI] | Anna McFadden | Craig W. Schubert, Phillip Snyman, David Piper, Dennis Kiefer |
| 4 | 1210.4(a) | Electronic Workpapers | Inquiries of Management Regarding the Risk of Fraud [10-04] [S] | Anna McFadden | Craig W. Schubert, Phillip Snyman |
| 5 | 1210.5C | Electronic Workpapers | Template signature form AUD 60 and independence | Luciana Ferreira Barbosa | R. Michael Williams, Carrie Cristinzio |
| 6 | 1210.5 | Electronic Workpapers | Engagement Team Discussion Regarding the Risk of Fraud (10-04) [S] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard |
| 7 | 1210.6 | Electronic Workpapers | Fraud, Control Environment and Engagement Risk [SDI] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 8 | 1211 | Electronic Workpapers | Fraud Risk Assessment Checklist (10-04) [SDI] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 9 | 1212 | Electronic Workpapers | Assessment of Auditor Independence - Planning [S] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 10 | 1215 | Electronic Workpapers | Ques. for Identification of Insurance Risk [S] | Jayant Sood | Albert W Hazard, Craig W. Schubert, Phillip Snyman |
| 11 | 1411 | Electronic Workpapers | Understand the Entity's Business (Smart Audit Support) | Tim R. Kersey | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 12 | 1414 | Electronic Workpapers | Audit Program for Identifying Related Parties (10-04) [S] | Jayant Sood, Jin Jo | Albert W Hazard, Carrie Cristinzio, Luciana Ferreira Barbosa |
| 13 | 1415 | Electronic Workpapers | Understand the Entity's Accounting Policies (Smart Audit Support) [S] | Jin Jo | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Luciana Ferreira Barbosa |
| 14 | 1510 | Electronic Workpapers | Overview of the Accounting Process [S] | Luciana Ferreira Barbosa | R. Michael Williams, Kathleen O'Hara, Albert W Hazard,Carrie Cristinzio |
| 15 | 1530 | Electronic Workpapers | Understand the Financial Accounting Cycle | Patric Klein | R. Michael Williams, Albert W Hazard,Carrie Cristinzio, Darrow Becker |
| 16 | 1531 | Electronic Workpapers | Understand the Borrowing Business Cycle | Patric Klein, Dimitri Pechenik | R. Michael Williams, Albert W Hazard,Carrie Cristinzio, Darrow Becker |
| 17 | 1532 | Electronic Workpapers | Understand the Expenditure Business Cycle | Rachel Stivers | R. Michael Williams, Albert W Hazard,Carrie Cristinzio, Darrow Becker |
| 18 | 1533 | Electronic Workpapers | Understand the Fixed Assets Business Cycle | Rachel Stivers | R. Michael Williams, Albert W Hazard,Carrie Cristinzio, Darrow Becker |

\*These documents were withheld as reflecting proprietary information, trade secrets and/or methodologies of Deloitte and Touche LLP relating to the subject referenced in the workpaper title.

Deloitte & Touche LLP
Log of Proprietary Documents Withheld from Production of
Final Electronic Workpapers*
*In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation*, No. 1:04-cv-1639 (D.D.C)
(Current as of November 20, 2007)

| | Audit Workpaper Number | Type of Document | Workpaper Title/Description | Preparer | Reviewer |
|---|---|---|---|---|---|
| 19 | 1534A | Electronic Workpapers | Understand the Credit Guaranty - Single Family Business Cycle | Nike B. Fotayan | R. Michael Williams, Albert W Hazard, Scott M. Sauer, Krista K. Parsons |
| 20 | 1534B | Electronic Workpapers | Understand the Credit Guaranty - Multifamily Business Cycle | Scott M. Sauer | R. Michael Williams |
| 21 | 1536 | Electronic Workpapers | Understand the Payroll and Personnel Business Cycle | Rachel Stivers | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 22 | 1537 | Electronic Workpapers | Understand the Repossessed Assets Business Cycle | Scott M. Sauer | R. Michael Williams, Albert W Hazard |
| 23 | 1538 | Electronic Workpapers | Understand the Treasury Business Cycle | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 24 | 1539 | Electronic Workpapers | Understand the Financial Closing and Reporting Business Cycle | Petric Klein | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 25 | 1610 | Electronic Workpapers | Preliminary Analytical Procedures [SFC] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, |
| 26 | 1611 | Electronic Workpapers | Preliminary Analytical Procedures Analysis (10-04) [SFC] | Dessy Widjaja, Jeed Kaur Chetha, Dimitri Pechenik, Teresa J. Cavallere | Albert W Hazard, Patric Klein, Luciana Ferreira Barbosa |
| 27 | 1620 | Electronic Workpapers | Results of Deloitte Radar - U.S. Public Companies (10 - 04) [S] | Alssara Beavogi | Craig W. Schubert, Phillip Snyman |
| 28 | 1710 | Electronic Workpapers | Determine Planning Materiality (S) | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 29 | 1821 | Electronic Workpapers | Cash - APA [SDI] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 30 | 1822 | Electronic Workpapers | Other Short-Term Investments - APA [SDI] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 31 | 1825 | Electronic Workpapers | Investments - APA [SDI] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 32 | 1825A | Electronic Workpapers | Asset-Backed Securities - APA [SDI] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 33 | 1825C | Electronic Workpapers | Derivative Instruments and Hedging Activities - APA [SDI] | Will Bible | Albert W Hazard, Darrow Becker, Carrie Cristinzio |
| 34 | 1829 | Electronic Workpapers | Loans/Finance Receivables (including Interest Income) - APA [SDI] | Krista K. Parsons | R. Michael Williams, Albert W Hazard, Sean Manley, Scott M. Sauer |
| 35 | 1830 | Electronic Workpapers | Allowance for Credit Losses - APA [SDI] | Marco Bogni, Scott M. Sauer | Albert W Hazard, Sean Manley |
| 36 | 1831 | Electronic Workpapers | Loans Held for Sale, Loan Sales, and Securitizations - APA (SDI) | Krista K. Parsons | R. Michael Williams, Albert W Hazard, Sean Manley, Scott M. Sauer |

*These documents were withheld as reflecting proprietary information, trade secrets and/or methodologies of Deloitte and Touche LLP relating to the subject referenced in the workpaper title.

**Deloitte & Touche LLP**
**Log of Proprietary Documents Withheld from Production of**
**Final Electronic Workpapers***
*In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation*, No. 1:04-cv-1639 (D.D.C)
(Current as of November 20, 2007)

| | Audit Workpaper Number | Type of Document | Workpaper Title/Description | Preparer | Reviewer |
|---|---|---|---|---|---|
| 37 | 1834 | Electronic Workpapers | Repossessed assets (including Real Estate Owned) - APA [SDI] | Krista K. Parsons | R. Michael Williams, Albert W Hazard, Sean Manley, Scott M. Sauer |
| 38 | 1841 | Electronic Workpapers | Premises and Equipment - APA [S] | Jin Jo, Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 39 | 1843 | Electronic Workpapers | Receivables from investors - APA [SFC] | Scott M. Sauer | R. Michael Williams, Albert W Hazard, Sean Manley |
| 40 | 1844 | Electronic Workpapers | Servicing Related Balances - APA [SDI] | Scott M. Sauer | R. Michael Williams, Albert W Hazard, Sean Manley |
| 41 | 1845 | Electronic Workpapers | Prepaid Expenses and Other Assets - APA [SDI] | Rachel Stivers, Jin Jo | R. Michael Williams, Albert W Hazard, Scott M. Sauer, Carrie Cristinzio |
| 42 | 1852 | Electronic Workpapers | Borrowings - APA [SFC] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 43 | 1853 | Electronic Workpapers | Accrued Expenses and Reserves- APA [SDI] | Rachel Stivers, Jin Jo, Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 44 | 1861 | Electronic Workpapers | Accrued Other Postretirement Benefits - APA [S] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 45 | 1862 | Electronic Workpapers | Fair Value Disclosures - APA [SDI] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 46 | 1865 | Electronic Workpapers | Equity - APA [S] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, Darrow Becker |
| 47 | 1870 | Electronic Workpapers | Servicing Fee Revenue - APA [SDI] | Scott M. Sauer | R. Michael Williams, Albert W Hazard, Sean Manley |
| 48 | 1876 | Electronic Workpapers | Payroll - APA (SDI) | Rachel Stivers, Jin Jo, Luciana Ferreira Barbosa | R. Michael Williams, Albert W. Hazard, Carrie Cristinzio, Darrow Becker |
| 49 | 1877 | Electronic Workpapers | Operating Expenses - APA [S] | Jin Jo, Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, |
| 50 | 1878 | Electronic Workpapers | Stock-Based Compensation - APA [S] | Jin Jo, Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio, |
| 51 | 1879 | Electronic Workpapers | Other income and guarantee - APA [S] | Luciana Ferreira Barbosa | Albert W Hazard, Sean Manley, Scott M. Sauer |
| 52 | 1880 | Electronic Workpapers | Non-interest Expense - APA (S) | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 53 | 1881 | Electronic Workpapers | Income Taxes - APA [S] | Luciana Ferreira Barbosa | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 54 | 1910.1 | Electronic Workpapers | Audit Supervision & Review Quest. - Planning [S] | Luciana Ferreira Barbosa, Jeet Kaur Chatha | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |

*These documents were withheld as reflecting proprietary information, trade secrets and/or methodologies of Deloitte and Touche LLP relating to the subject referenced in the workpaper title.

Deloitte & Touche LLP
Log of Proprietary Documents Withheld from Production of
Final Electronic Workpapers*
In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation, No. 1:04-cv-1639 (D.D.C)
(Current as of November 20, 2007)

| | Audit Workpaper Number | Type of Document | Workpaper Title/Description | Preparer | Reviewer |
|---|---|---|---|---|---|
| 55 | 1910.2 | Electronic Workpapers | Audit Supervision & Review Quest., Engagement Management - Planning [S] | Luciana Ferreira Barbosa, Jeeti Kaur Chatha | R. Michael Williams, Albert W Hazard, Carrie Cristinzio |
| 56 | 1954 | Electronic Workpapers | Retention of E-mails Related to Audit Engagements | Luciana Ferreira Barbosa | R. Michael Williams, Carrie Cristinzio |
| 57 | 2201 | Electronic Workpapers | Reporting and Referencing Program (10-04) [S] | Sarah M. Ward | Craig W. Schubert, Phillip Snyman |
| 58 | 2219a | Electronic Workpapers | PCAOB Fee Review MAP | Ashley Suther | Craig W. Schubert, Phillip Snyman |
| 59 | 2233A.00 | Electronic Workpapers | Cash Flow Statement - Model Audit Program | Hope T. Jam | R. Michael Williams, Craig W. Schubert, Phillip Snyman |
| 60 | 2242 | Electronic Workpapers | Segment Information - Model Audit Program (10-04) [S] | Roni Mohammed Ali | Albert W Hazard, Craig W. Schubert, Phillip Snyman, Jayant Sood |
| 61 | 2281 | Electronic Workpapers | Quarterly Review Checklist Form 2281S | Mikhail Frolov | Albert W Hazard, Craig W. Schubert, Phillip Snyman |
| 62 | 2315 | Electronic Workpapers | Audit Supervision Review Ques - SF | Patricia D. Korbini, Jenifer L. Anderson, Philippe E. Thiem | Duncan R. Barks, Krista K. Parsons |
| 63 | 2315.1A | Electronic Workpapers | Audit Supervision Review Ques - Consolidated Workpaper | Hope T. Jam | R. Michael Williams, Albert W Hazard, Craig W. Schubert, Brian S. Potaic |
| 64 | 2315.1 | Electronic Workpapers | Audit Supervision and Review Ques. - Final [S] | Hope T. Jam | R. Michael Williams, Albert W Hazard, Craig W. Schubert, Brian S. Potaic |
| 65 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - ACF/LIHTC/MRE/CDFI | Rosetta Quiah | A Scott Barst |
| 66 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - ALL | Marco Bogni | Sean Manley, Paul S. Kadel |
| 67 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - COM | Viola You | Taylor Limbert, Sarah Chae |
| 68 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - CORP | Mae C. Raquel | Duncan R. Barks |
| 69 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - DEBT | Teresa Prescott | Taylor Limbert, Sasha Pichugina |
| 70 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - DER | Anastasia Zazovskaya | Taylor Limbert, Will Bible |
| 71 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - FIN46 | Pouya Sichani | A Scott Barst, Darrow Becker |
| 72 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - GFAS | Carey Brown, Richard K. Yasai, Christopher C. Smith | Chris Monteith, Carl Kroger |

*These documents were withheld as reflecting proprietary information, trade secrets and/or methodologies of Deloitte and Touche LLP relating to the subject referenced in the workpaper title.

**Deloitte & Touche LLP**
**Log of Proprietary Documents Withheld from Production of**
**Final Electronic Workpapers***
*In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation, No. 1:04-cv-1639 (D.D.C)*
(Current as of November 20, 2007)

| | Audit Workpaper Number | Type of Document | Workpaper Title/Description | Preparer | Reviewer |
|---|---|---|---|---|---|
| 73 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - LIP | Anna K. McLeod | A Scott Baret |
| 74 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - MBS | Maureen Eckley | Carrie Cristinzio |
| 75 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - MF | Shreen Morrison | Duncan R. Barks, N. Louis Mkanganwi |
| 76 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - REO | Katherine A. Kuperus, Mark Davison Belote | Kelli Augenthaler, Abdi Mohamud |
| 77 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - ST | Eileen Shen | Taylor Limbert |
| 78 | 2315.1 | Electronic Workpapers | Audit Supervision Review Ques - TAX | Denise Shaw | Duncan R. Barks |
| 79 | 2315.2 | Electronic Workpapers | Audit Supervision and Review Questionnaire, Engagement Management - Final [S] | Hope T. Jam | R. Michael Williams, Albert W Hazard, Craig W. Schubert, Brian S. Potaic |
| 80 | 2315.2 | Electronic Workpapers | Audit Supervision Review Ques - eBIZ | Ashraf Al-Shihabi | A Scott Baret |
| 81 | 2320 | Electronic Workpapers | Financial Statement Review Program (10-04) [S] | Mikhail Frolov | R. Michael Williams, Albert W Hazard, Brian S. Potaic |
| 82 | 2324S | Electronic Workpapers | Internal Fair Value Model Audit Program | Jeff McWilliams | Kelli Augenthaler, Abdi Mohamud |
| 83 | 2332 | Electronic Workpapers | Assessment of Auditor Independence - Reporting [S] | Hope T. Jam | R. Michael Williams, Albert W Hazard, Craig W. Schubert, Phillip Snyman |
| 84 | 2370 | Electronic Workpapers | Subsequent Events Review - MAP [S] | Omer Ipeckl | Craig W. Schubert, R. Michael Williams, Albert W Hazard, Brian S. Potaic |
| 85 | 2375.1 | Electronic Workpapers | Litigation, Claims, and Assessments - MAP [S] | Omer Ipeckl | R. Michael Williams, Albert W Hazard, Craig W. Schubert, Phillip Snyman |
| 86 | 2390.1 | Electronic Workpapers | Use of Specialists Memo (10-04) [S] - Derivatives | Shreyas Dharap | Albert W Hazard, Armando Pimentel, Taylor Limbert, Will Bible |
| 87 | 2390.2 | Electronic Workpapers | Use of Specialists Memo (10-04) [S] - Commitments | Viola You | Albert W Hazard, Armando Pimentel, Taylor Limbert, Will Bible |
| 88 | 2390.5 | Electronic Workpapers | Use of Specialists Memo (10-04) [S] - REO | Mark Davison Belote | Kelli Augenthaler, A Scott Baret, Abdi Mohamud |
| 89 | 2390.7 | Electronic Workpapers | Use of Specialists Memo (10-04) [S] - LIHTC | Katherine A. Kuperus | A Scott Baret, Luciana Ferreira Barbosa |
| 90 | 2390.9 | Electronic Workpapers | Use of Specialists Memo (10-04) [S] - FIN46R | Will Bible | Taylor Limbert |

*These documents were withheld as reflecting proprietary information, trade secrets and/or methodologies of Deloitte and Touche LLP relating to the subject referenced in the workpaper title.

**Deloitte & Touche LLP**
**Log of Proprietary Documents Withheld from Production of**
**Final Electronic Workpapers***
*In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation, No. 1:04-cv-1639 (D.D.C)*
(Current as of November 20, 2007)

| | Audit Workpaper Number | Type of Document | Workpaper Title/Description | Preparer | Reviewer |
|---|---|---|---|---|---|
| 91 | 2393 | Electronic Workpapers | Audit Program for Testing Related-Party Transactions & Balances (10 04) [S] | Hope T. Jam | R. Michael Williams, Albert W Hazard, Craig W. Schubert, Phillip Snyman |
| 92 | 2411AS | Electronic Workpapers | SEC Compliance Checklist - General (01-06) | Sarah M. Ward | R. Michael Williams, Albert W Hazard, Craig W. Schubert, Phillip Snyman |
| 93 | 2411ASBK | Electronic Workpapers | SEC Compliance Checklist - Supplement for Bank Holding Companies | Sarah M. Ward | R. Michael Williams, Albert W Hazard, Craig W. Schubert, Phillip Snyman |
| 94 | 2411BS | Electronic Workpapers | Checklist for Annual Report on Form 10-K (01-06) | Sarah M. Ward | R. Michael Williams, Albert W Hazard, Phillip Snyman |
| 95 | 2810 | Electronic Workpapers | Summary of Compliance Observations [SDI] | Jayant Sood | R. Michael Williams, Albert W Hazard, Craig W. Schubert, Phillip Snyman |
| 96 | 4115C1.3 | Electronic Workpapers | 505 Audit Program for Journal Entry Testing FNMA2004 | Hope T. Jam, Fei | Craig W. Schubert, Robert Grames, Phillip Snyman, Emily Ma |
| 97 | 5224D.01 | Electronic Workpapers | Use of Specialist's Memo (10-04) [S] LIP Pricing, LIP & MBS | Sarah Chae, Anna K. McLeod | A Scott Baret |
| 98 | 5224D.02 | Electronic Workpapers | Auditing Fair Value Measurements and Disclosures (LIP) - MAP | Anna K. McLeod | A Scott Baret |
| 99 | 5258A.3 | Electronic Workpapers | Auditing Fair Value Measurements and Disclosures (MBS) - MAP | DeAnna K. Swilling | Armando Pimentel, Darrow Becker |
| 100 | 5330.0001 | Electronic Workpapers | Premium/Discounts & Deferred Fees - Audit Plan | Cristiana Cojocaru, Violet Kuskowska, Justice Dube | Albert W Hazard, Duncan R. Berks |
| 101 | 5557.1002 | Electronic Workpapers | [2324S] Internal Fair Value Model Audit Program - MF REO | Katherine A. Kuperus | Albert W Hazard, Kelii Augenthaler |
| 102 | 5581.1.2 | Electronic Workpapers | Form 2324S - Auditing FV Measurements & Disclosures MAP | Viola You | Taylor Limbert, Will Bible |
| 103 | 5581.2.1 | Electronic Workpapers | SAS 101 Checking List - SF MBS Commitments | Viola You | Armando Pimentel, Taylor Limbert, Will Bible |
| 104 | 5581.2.2 | Electronic Workpapers | SAS 101 Checking List - MF MBS Commitments | Viola You | Albert W Hazard, Taylor Limbert, Will Bible |
| 105 | 5581.2.3 | Electronic Workpapers | SAS 101 Checking List - ARM MBS Commitments | Viola You | Taylor Limbert, Will Bible |
| 106 | 5581.2.4 | Electronic Workpapers | SAS 101 Checking List - MRB Commitments | Viola You | Taylor Limbert, Will Bible |
| 107 | 5581.2.5 | Electronic Workpapers | SAS 101 Checking List - REMIC Commitments | Viola You | Taylor Limbert, Will Bible |
| 108 | 5581.2.6 | Electronic Workpapers | SAS 101 Checking List - SF WL Commitments | Viola You | Taylor Limbert, Will Bible |

*These documents were withheld as reflecting proprietary information, trade secrets and/or methodologies of Deloitte and Touche LLP relating to the subject referenced in the workpaper title.

Deloitte & Touche LLP
Log of Proprietary Documents Withheld from Production of
Final Electronic Workpapers*
*In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation*, No. 1:04-cv-1639 (D.D.C)
(Current as of November 20, 2007)

| | Audit Workpaper Number | Type of Document | Workpaper Title/Description | Preparer | Reviewer |
|---|---|---|---|---|---|
| 109 | 5921.22a | Electronic Workpapers | 2002 AIR Sample Evaluation Worksheet | DeAnne K. Swilling | Albert W Hazard, Carrie Cristinzio, Christian A. Helmetag |
| 110 | 5921.23a | Electronic Workpapers | 2003 AIR Sample Evaluation Worksheet | DeAnne K. Swilling | Albert W Hazard, Carrie Cristinzio, Christian A. Helmetag |
| 111 | 5921.24a | Electronic Workpapers | 2004 AIR Sample Evaluation Worksheet | DeAnne K. Swilling | Albert W Hazard, Carrie Cristinzio, Christian A. Helmetag |
| 112 | 6116.14 | Electronic Workpapers | Fair Value MAP [23455] | Scott M. Sauer, Claire Feng | Duncan R. Barks |
| 113 | 6305.4 | Electronic Workpapers | Auditing Fair Value Measurements - Debt | Teresa Prescott | Taylor Limbert, Sasha Pichugina |
| 114 | 6411.2 | Electronic Workpapers | Use of Specialist's Memo (10-04) [S] (2390) | Mae C. Raquel | Duncan R. Barks |
| 115 | 7284 | Electronic Workpapers | Use of Specialist's Memo (10-04) [S] (2390) | Jayant Sood, Zahra Motani | Don Williams |
| 116 | 9004.1.32F | Electronic Workpapers | Use of Specialist Checklist | Chris Rogers | R. Michael Williams, Albert W Hazard, Armando Pimentel, Brandon Coleman |

*These documents were withheld as reflecting proprietary information, trade secrets and/or methodologies of Deloitte and Touche LLP relating to the subject referenced in the workpaper title.



