**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re Federal National Mortgage Association Securities Derivative and "ERISA" Litigation | MDL No. 1668 |
| IN RE FANNIE MAE SECURITIES LITIGATION | Consolidated Civil Action No. 1:04CV01639 (RJL)<br><br>Judge Richard J. Leon |
| FRANKLIN MANAGED TRUST *et al.*,<br>   *Plaintiffs*,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*,<br>   *Defendants*. | No. 1:06CV00139 (RJL) |
| FANNIE MAE,<br>   *Plaintiff*,<br><br>v.<br><br>KPMG LLP,<br>   *Defendant*. | No. 1:06CV02111 (RJL) |

**[PROPOSED] ORDER**

On January 3, 2008, Defendant KPMG LLP ("KPMG") filed a Motion to Compel nonparty Deloitte & Touche LLP ("Deloitte") to respond to KPMG's subpoena duces tecum. Upon full consideration of the briefs and arguments submitted by the parties and nonparties, and for good cause shown, it is hereby **ORDERED** that KPMG's Motion to Compel is **GRANTED**.

2

It is further specifically **ORDERED** that Deloitte immediately produce all documents responsive to KPMG's August 17, 2007 Subpoena from the files, whether hard copy or electronic, of the 39 custodians listed below:

1. Alexander Baret
2. Duncan Barks
3. Carrie Cristinzio
4. Al Hazard
5. Taylor Limbert
6. Scott Maker
7. Sean Manley
8. Chris Montielh
9. Kathleen O'Hare
10. Armando Pimentel
11. Scott Raso
12. Craig Schubert
13. Ann Thornton
14. Darrow Becker
15. Carrie Bloomer
16. Brandon Coleman
17. Xihao Hu
18. Tim Kersey
19. Jonathan Kyriakakis
20. Pinal Mazumdar
21. Alex McElroy
22. Brian Potsic
23. Scott Sauer
24. Phillip Snyman
25. Will Bible
26. Sherif Sakr
27. Peter Brecknock

28. JH Caldwell

29. Jo Ann Chen

30. Jeff Green

31. Elias Hebayeb

32. Alex Kornfeld

33. Sean Li

34. Steve Votaw

35. R. Michael Williams

36. Guy Moore

37. Allen Thomas

38. Don Hathway

39. Garry Thomas

It is further specifically **ORDERED** that Deloitte produce, in unredacted form, all documents responsive to KPMG's August 17, 2007 Subpoena that Deloitte previously withheld on the basis that they reflect "proprietary information, trade secrets and/or methodologies of Deloitte."

It is further specifically **ORDERED** that Deloitte not withhold any further documents responsive to KPMG's August 17, 2007 Subpoena on the basis that they reflect "proprietary information, trade secrets and/or methodologies of Deloitte."

**IT IS SO ORDERED:**

_____
Richard J. Leon
United States District Judge

_____
Date