**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re Federal National Mortgage Association Securities Derivative and "ERISA" Litigation | MDL No. 1668 |
| IN RE FANNIE MAE SECURITIES LITIGATION | Consolidated Civil Action No. 1:04CV01639 (RJL)<br><br>Judge Richard J. Leon |
| FRANKLIN MANAGED TRUST *et al.*,<br>    *Plaintiffs*,<br><br>    v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*,<br>    *Defendants*. | No. 1:06CV00139 (RJL) |
| FANNIE MAE,<br>    *Plaintiff*,<br><br>v.<br><br>KPMG LLP,<br>    *Defendant*. | No. 1:06CV02111 (RJL) |

**[PROPOSED] ORDER**

On January 7, 2008, Defendant KPMG LLP ("KPMG") filed an Unopposed Motion to Withdraw its Motion to Compel nonparty Deloitte & Touche LLP ("Deloitte") to respond to KPMG's subpoena duces tecum. Upon full consideration of KPMG's Motion to Withdraw, and for good cause shown, it is hereby **ORDERED** that KPMG's Motion to Withdraw is **GRANTED**, and that KPMG's Motion to Compel nonparty Deloitte to respond to KPMG's

subpoena <u>duces</u> <u>tecum</u> is **WITHDRAWN** without prejudice to KPMG's right to re-file on a later date.

    **IT IS SO ORDERED:**

_____
Richard J. Leon
United States District Judge

_____
Date

## LIST OF ATTORNEYS ENTITLED TO BE NOTIFIED OF
## THE ENTRY OF THIS ORDER

Charles Wm. McIntyre (DC Bar No. 489302)
cmcintyre@mcguirewoods.com
C. Simon Davidson (DC Bar No. 490422)
cdavidson@mcguirewoods.com
Darren W. Stanhouse (DC Bar No. 494623)
dstanhouse@mcguirewoods.com
McGUIREWOODS LLP
Washington Square
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, DC  20036-5317
202.857.1700 (phone)
202.857.1737 (fax)
*Counsel for KPMG LLP*

Scott B. Schreiber
Scott.Schreiber@aporter.com
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004
*Counsel for Deloitte & Touche LLP*