# WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.

ATTORNEYS & COUNSELLORS AT LAW
1513 FOURTH & VINE TOWER
ONE WEST FOURTH STREET
CINCINNATI, OHIO 45202
TELEPHONE (513) 621-0267

MELANIE S. CORWIN

FAX (513) 381-2375
FAX (513) 621-0262

October 24, 2007

**VIA E-MAIL AND REGULAR MAIL**

Kimberly A. Newman, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001

Re: **Fannie Mae's Privilege Issues**

Dear Kim:

Thank you for your letter of October 19, setting forth Fannie Mae's position on various privilege issues. As we appear to be at an impasse on the legal issues involved, we will follow your suggestion and file a motion to compel on the legal issues.

However, we only want to file and argue one motion to compel, therefore we need to know all of the privilege issues and disputed documents. It is also important for the Court to know the total number of documents to which Fannie Mae is claiming privilege. To date, we have received the following logs listing documents that are being withheld on the basis of Fannie Mae privilege:

| Company Providing Log | No. of Documents on Log | Date Received |
|---|---|---|
| Deloitte | Not clear from log; "binders" listed on log without indication of how many documents are in the binders | 9/18/07 |
| Ernst & Young | 44 | 2/14/07 |
| Fannie Mae: | | |
| - Miscellaneous | 632[1] | 4/6/07 Revised 9/28/07 |

---

[1] On the revised log provided with your October 19 letter, it stated that four documents had been "[r]emoved from log." I assume this means those documents are now being produced. If that is not the case, please let me know the status of the four documents removed from the log.



EXHIBIT F

Kimberly A. Newman, Esq.
October 24, 2007
Page 2

| Company Providing Log | No. of Documents on Log | Date Received |
|---|---|---|
| - Post-SRC Agreed Withhold Log | 1,740 | 4/6/07 |
| - Post-SRC Board Privilege Log | 71 | 9/27/07 |
| - Post-SRC Agreed Redactions Log | 66 | 9/27/07 |
| - Post-SRC Personal Priv_Common Interest Log | 245 | 9/27/08 |
| - MOU log (MOU-IRS) | 487 | 4/6/07 |
| - TPW-MOU Log 1 | 111 | 4/6/07 |
| - TPW-MOU Log 2 | 78 | 4/6/07 |
| - TPW-MOU Supp. | 9 | 4/6/07 |
| 40,000 doc log to be produced? | 40,000 | Not Yet Received |
| 150,000 doc log to be produced? | 150,000 | Not Yet Received |

On September 24, 2007, I wrote a letter to Scott Schreiber, with a copy to Fannie Mae, identifying the deficiencies in the privilege log provided by Deloitte & Touche (Deloitte indicated the documents were being withheld at Fannie Mae's Request based upon Fannie Mae's privilege assertion). Please let me know if Fannie Mae is going to provide a revised log for the Deloitte documents or whether we should proceed on the basis that the log given is the final log.

Please also promptly provide the log for 40,000 documents that Jeff Kilduff previously indicated was being drafted.

Finally, as Stan previously told Jeff, we cannot tie Fannie Mae's production of the 150,000 documents to any resolution of the privilege issues with respect to the remaining logs, as the Court must resolve those issues. So, please either promptly provide a privilege log for the 150,000 documents or produce them. Again, we are willing to stipulate that Fannie Mae's production of these 150,000 documents does not constitute a waiver of its rights to claim privilege with respect to any of the documents identified on any of the other logs, if that will result in the production of those documents.

Please feel free to contact me if you have any questions.

Sincerely yours,

Melanie S. Corwin

MSC:dcc

Kimberly A. Newman, Esq.
October 24, 2007
Page 3

cc:   Jeffrey W. Kilduff, Esq.
     Megan D. McIntyre, Esq.
     Samuel K. Rosen, Esq.
     Kevin M. Downey, Esq.
     Alex G. Romain, Esq.
     Steven M. Salky, Esq.
     Eric R. Delinsky, Esq.
     David S. Krakoff, Esq.
     Christopher F. Regan, Esq.
     Andrew S. Tulumello, Esq.
     Darren William Stanhouse, Esq.