**JENNER&BLOCK**

**VIA Email and U.S. Mail**

November 29, 2007

C. Simon Davidson
McGuire Woods LLP
Washington Square
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, DC  20036-5317

Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
Tel 202-639-6000
www.jenner.com

Chicago
Dallas
New York
Washington, DC

Jerome L. Epstein
Tel   202 639-6062
Fax  202 661-4837
jepstein@jenner.com

Dear Mr. Davidson:

I am writing in response to several of the issues raised in your letter dated November 21, 2007.

First, with respect to privilege issues under negotiation between Fannie Mae and the plaintiffs, KPMG already agreed that it would be more efficient for KPMG to become directly involved in those negotiations.  *See* Letter dated July 17, 2007 from Jerome L. Epstein to Andrew Tulumello ("We discussed the status of negotiations with the plaintiffs on privilege issues, and we agreed that it would be most efficient for KPMG to become directly involved in those negotiations.") We fully understand that KPMG is not *bound* by what the plaintiffs agree to, but, as we agreed, it is far more efficient to at least narrow the issues in dispute through a single set of negotiations. We have repeatedly explained to KPMG that it should become directly involved in those negotiations, which are being handled by O'Melveny & Myers. My understanding is that O'Melveny has already explained the bases for the privilege claims addressed in your letter, and has also advised you that Fannie Mae is actively considering whether to withdraw any of its claims of privilege.  Ms. Newman will address those issues in a separate letter.

Second, you address certain boxes of documents in E&Y's possession. I confirm, yet again, that Fannie Mae has not instructed E&Y to withhold any documents on the basis of privilege without review of the documents by E&Y or Fannie Mae. Although neither Fannie Mae nor I have personal knowledge of the nature of the boxes of documents in E&Y's possession, we have been advised by E&Y's counsel that the boxes you are referring to are miscellaneous boxes that otherwise would be garbage; that is, we understand that E&Y implemented a document hold and that employees put miscellaneous documents that otherwise would have been discarded in "hold" boxes. Although we have no idea whether those documents are even responsive, we have offered to review them ourselves to determine whether any of the documents are privileged, in order to expedite the production process. A log will be prepared of any documents withheld on the basis of privilege, but we do not yet have the boxes or know the volume, let alone whether any will be withheld.

Third, you ask about Fannie Mae's response to KPMG's First Set of Requests for Production of Documents, and the possible assertion of OFHEO's examiner privilege.  We are continuing to


EXHIBIT
I

November 29, 2007
Page 2

review documents for production, and, as you know, we are miles ahead of KPMG in that regard. We will prepare a privilege log on a mutually agreeable date (we do not have a privilege log from KPMG yet). At this time, it is not clear whether any documents in the current production will be withheld on the basis of an examiner privilege. We do not agree that the Court has ruled that OFHEO's examiner privilege has been waived or otherwise does not apply for *any* type of document regardless of date or subject, but the issue may be moot if there are no documents for which the privilege is being claimed in our ongoing collection.

Fourth, I would be happy to review the log of privileged documents provided by Deloitte to determine if each document is subject to a claim of privilege.

Finally, in contrast to your prolific letter-writing and insistence on receiving immediate responses to letters you sent in the past week, I remind you again that KPMG still has not responded to critical discovery-related letters we sent to KPMG on July 17, 2007, and September 26, 2007.

Very truly yours,

*[signature]*

Jerome L. Epstein

cc:  Kimberly Newman
     Andrew Tulumello
     Melanie Corwin
     J. Andrew Heaton
     Scott Schreiber