McGuireWoods LLP
Washington Square
1050 Connecticut Avenue N.W.
Suite 1200
Washington, DC 20036-5317
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

Charles Wm. McIntyre
Direct: 202.857.1742

# McGUIREWOODS

cmcintyre@mcguirewoods.com

January 29, 2008

<u>Via E-Mail and U.S. Mail</u>
Kimberly A. Newman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Re:   *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Kim:

    I write once again regarding Fannie Mae's privilege assertions in this matter. We gather from Lead Plaintiffs that Fannie Mae is standing on its assertion of privilege over the 636 documents on its miscellaneous privilege log. In addition, we understand that Lead Plaintiffs intend to file a motion to compel regarding these documents this week. Assuming that Fannie Mae does intend to stand on its privilege assertions over the documents on its miscellaneous privilege log, we also intend to move to compel these documents on the basis set forth in Simon Davidson's letter to your co-counsel, Jerome Epstein, dated November 21, 2007.

    For purposes of efficiency, at the same time that we move to compel the documents on the miscellaneous privilege log, we would like also to bring before the Court any other privilege issues that we are unable to resolve with Fannie Mae. However, despite our repeated requests, Fannie Mae has yet to provide its final positions on all of its privilege assertions. To that end, we need Fannie Mae to respond to our correspondence to you dated January 16, 2008; to your co-counsel, Mr. Epstein, dated November 21, 2007; and Gibson Dunn's correspondence to Mr. Epstein dated July 11, 2007 seeking clarification and confirmation of Fannie Mae's various privilege assertions. We also need Fannie Mae to confirm that it has logged all responsive documents that it intends to withhold from KPMG (including those requested in the malpractice action) on the basis of privilege or work product.

    As stated in my previous correspondence, because of the upcoming deposition schedule, it is imperative that Fannie Mae immediately provide its final position on its various privilege assertions.

Sincerely,

Charles Wm. McIntyre

cc:   Jerome L. Epstein

\5022526.1

EXHIBIT K