

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING<br>BRUSSELS<br>CENTURY CITY<br>HONG KONG<br>LONDON<br>LOS ANGELES | 1625 Eye Street, NW<br>Washington, D.C. 20006-4001<br><br>TELEPHONE (202) 383-5300<br>FACSIMILE (202) 383-5414<br>www.omm.com | NEWPORT BEACH<br>NEW YORK<br>SAN FRANCISCO<br>SHANGHAI<br>SILICON VALLEY<br>TOKYO |

OUR FILE NUMBER
258,938-861

February 1, 2008

WRITER'S DIRECT DIAL
(202) 383-5382

**VIA E-MAIL AND U.S. MAIL**

WRITER'S E-MAIL ADDRESS
knewman@omm.com

Andrew S. Tulumello, Esq.
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, NW
Washington, DC  20036

Re:   *Your January 31st Letter*

Dear Drew:

   Your suggestion at this late date after countless correspondence and conversations on point that you have somehow not been on notice of these 150,000 privileged documents, or that you failed to recognize the likelihood that they may touch upon some witnesses, strains credulity. Your extensive experience and impressive credentials in this type of litigation betray your current claims of surprise, prejudice or disadvantage, and are clearly nothing more than a transparent effort to shift focus from your client's blatant disregard of discovery deadlines and production obligations. Please let's focus on the current scheduling challenges and cease with the theatrics and hyperbole.

                              Sincerely,

                              *Kimberly A. Newman*
                              Kimberly A. Newman
                              O'Melveny & Myers LLP

DC1:735094.1

EXHIBIT N