**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3146

WRITER'S DIRECT FACSIMILE
(212) 492-0146

WRITER'S DIRECT E-MAIL ADDRESS
aoh@paulweiss.com

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

ORIENTAL PLAZA, TOWER E3
SUITE 1205
NO. 1 EAST CHANG AN AVENUE
DONG CHENG DISTRICT
BEIJING, 100738
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 8518-2766
FACSIMILE (86-10) 8518-2760/61

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE 144 20 7367 1600
FACSIMILE 144 20 7367 1650



November 4, 2004

By Federal Express

John Roth, Esq.
Chief, Fraud and Public Corruption Section
United States Attorney's Office
  for the District of Columbia
555 4th Street, N.W.
Washington, DC 20530

*Fannie Mae Independent Counsel Investigation*

Dear Mr. Roth:

       A Special Review Committee of the Board of Directors of the Federal National Mortgage Association, a/k/a Fannie Mae (the "Committee"), has engaged Warren B. Rudman, Esq. and Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss"), to commence an independent review of various issues raised by an interim report of the Office of Federal Housing Enterprise Oversight ("OFHEO") issued on or about September 17, 2004.

       Paul Weiss expects to prepare interview memoranda and other investigative working papers in connection with this review. In light of the interest of the U.S. Attorney's Office for the District of Columbia ("USAO") in determining whether there have been any violations of the federal laws, and the Committee's interests in investigating and analyzing the circumstances and people involved in the events at issue,



PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
John Roth, Esq.                                                                                     2

Paul Weiss will provide to the USAO copies of interview memoranda and other investigative working papers, in addition to oral briefings ("Confidential Materials").

Please be advised that by producing the Confidential Materials pursuant to this agreement, the Committee does not intend to waive the protection of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. The Committee believes that the Confidential Materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. The Committee believes that the Confidential Materials warrant protection from disclosure.

The USAO will maintain the confidentiality of the Confidential Materials pursuant to this agreement and will not disclose them to any third party, except to the extent that the USAO determines that disclosure is otherwise required by law or would be in furtherance of the discharge of its duties and responsibilities.

The USAO will not assert that the production of the Confidential Materials to it constitutes a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or any other privilege applicable as to any third party.

The USAO's agreement to the terms of this letter is signified by your signature on the line provided below.

Sincerely,

Alex Young K. Oh

AGREED AND ACCEPTED:
United States Attorney's Office
 for the District of Columbia

By: _____
        John Roth, Esq.