PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

[Letterhead with office addresses in Washington, New York, Tokyo, Beijing, Hong Kong, and London, and list of partners]

WRITER'S DIRECT DIAL NUMBER

202-223-7339

WRITER'S DIRECT FACSIMILE

202-223-7420

WRITER'S DIRECT E-MAIL ADDRESS

rparker@paulweiss.com

November 16, 2004

*By Hand Delivery*

Alfred Pollard, Esq.
General Counsel
Office of Federal Housing Enterprise Oversight
1700 G Street, NW
4th Floor
Washington, DC 20552

    Re: *Fannie Mae Independent Counsel Investigation*

Dear Mr. Pollard:

    A Special Review Committee of the Board of Directors of the Federal National Mortgage Association, a/k/a Fannie Mae (the "Committee"), has engaged Warren B. Rudman, Esq. and Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), to commence an independent review of various issues raised by the report of the Office of Federal Housing Enterprise Oversight ("OFHEO") issued on or about September 17, 2004. The independent review is being conducted in accordance with the agreement between OFHEO and Fannie Mae dated September 27, 2004 (the "Agreement").

    Paul, Weiss expects to prepare interview memoranda and other investigative working papers in connection with this review. In light of OFHEO's interest in addressing the matters raised on the OFHEO report and the Agreement, and the Committee's interests in investigating and analyzing the circumstances and people

Doc #:DC1:145690.1

EXHIBIT 5 (tabbies)

Confidential     PW 130

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Alfred Pollard, Esq.  2
November 15, 2004

involved in the events at issue, the Committee will provide to OFHEO copies of interview memoranda and other investigative working papers, in addition to oral briefings ("Confidential Materials").

Please be advised that, by producing the Confidential Materials pursuant to this letter agreement, the Committee does not intend to waive the production of the attorney work product doctrine, attorney-client privilege, or any other privilege applicable as to third parties. The Committee believes that the Confidential Materials are protected by, at a minimum, the attorney work product doctrine and the attorney-client privilege. The Committee believes that the Confidential Materials warrant protection from disclosure.

OFHEO will maintain the confidentiality of the Confidential Materials pursuant to this agreement and will not disclose them to any third party, except to the extent that OFHEO determines that disclosure is otherwise required by law or would be in furtherance of OFHEO's discharge of its duties and responsibilities.

OFHEO will not assert that the Committee's production of the Confidential Materials to OFHEO constitutes a waiver of the protection of the attorney work product doctrine, the attorney-client privilege, or any other privilege applicable as to any third party. OFHEO agrees that production of the Confidential Materials to OFHEO will not expand or diminish OFHEO's right to obtain testimony, documents or other privileged materials from the Committee.

OFHEO's agreement to the terms of this letter is signified by your signature on the line provided below.

Sincerely,

Robert P. Parker

AGREED AND ACCEPTED
Office of Federal Housing Enterprise Oversight

By: _____
Alfred Pollard, General Counsel

Doc #:DC1:145690.1