UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) <br> ) MDL No. 1688 <br> ) <br> ) |
| In re: Fannie Mae Securities Litigation | ) Consolidated Civil Action No. 04-1639 <br> ) (RJL) |

## ORDER
[#413]

Upon consideration of Fannie Mae's Motion for Clarification, or, in the Alternative, Reconsideration, of Order Granting Defendant J. Timothy Howard's Motion to Compel Production of Documents, the papers filed by parties and the entire record herein, it is this 7th ___ day of November, 2007 hereby

**ORDERED** that Fannie Mae's motion for reconsideration of the Court's May 18, 2007, Minute Order granting Defendant J. Timothy Howard's Motion to Compel Production of Documents by Fannie Mae is **DENIED**, and it is further

**ORDERED** that with regard to the motion for clarification of the Court's May 18, 2007, Minute Order, it is hereby noted that even if OFHEO could have asserted an "examination privilege" regarding the production of those documents sought by the defendants, it waived that privilege as a result of its conduct relating to its Fannie Mae investigation.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge



EXHIBIT
U