IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities Derivative and "ERISA" Litigation | MDL No. 1668 |
| IN RE FANNIE MAE SECURITIES LITIGATION | Consolidated Civil Action No. 1:04CV01639 (RJL)<br><br>Judge Richard J. Leon |
| FRANKLIN MANAGED TRUST et al., *Plaintiffs*,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION et al., *Defendants*. | No. 1:06CV00139 (RJL) |
| FANNIE MAE, *Plaintiff*,<br><br>v.<br><br>KPMG LLP, *Defendant*. | No. 1:06CV02111 (RJL) |

### [PROPOSED] ORDER

On February 6, 2008, Defendant KPMG LLP ("KPMG") filed a Motion to Compel Fannie Mae to respond to KPMG's request for production of documents. Upon full consideration of the briefs and arguments submitted by the parties, and for good cause shown, it is hereby **ORDERED** that KPMG's Motion to Compel is **GRANTED**.

It is further specifically **ORDERED** that Fannie Mae immediately, and in any event no more than 10 calendar days from the entry date of this Order, produce to KPMG, in unredacted form, the 150,000 documents referenced in KPMG's Motion to Compel as "Unidentified Documents."

It is further specifically **ORDERED** that Fannie Mae immediately, and in any event no more than 10 calendar days from the entry date of this Order, produce to KPMG, in unredacted form, the documents listed on the Miscellaneous Privilege Log referenced in KPMG's Motion to Compel as "Miscellaneous Documents."

It is further specifically **ORDERED** that Fannie Mae immediately, and in any event no more than 10 calendar days from the entry date of this Order, produce to KPMG, in unredacted form, all documents that have previously been produced to any regulator or government agency.

**IT IS SO ORDERED:**

_____
Richard J. Leon
United States District Judge

_____
Date