IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, who move the Court for an order granting admission *pro hac vice* of Jeffrey Lerner to appear and participate in proceedings in this Court in the above referenced action. The grounds for this motion are set forth in the attached hereto and incorporated herein signed certification of Jeffrey Lerner.

Jeffrey Lerner acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct, if he is admitted *pro hac vice* in this matter.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Jeffrey Lerner will be associated in this case.

WHEREFORE, for these and other such reasons, the undersigned respectfully requests the Court to grant this Motion and enter the Order for admission *pro hac vice*.

Dated: February 28, 2008                Respectfully submitted,

   /s/   Daniel S. Sommers
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone:   202/408-4600
Facsimile:   202/408-4699
E-mail:   dsommers@cmht.com

*Local Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF, and service was accomplished on any of the counsel of record not registered through the CM/ECF system via regular U.S. mail.

/s/ Elizabeth S. Finberg
Elizabeth S. Finberg (D.C. Bar No. 468555)

350066.1 1