IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

### CERTIFICATION OF JEFFREY LERNER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Jeffrey David Lerner hereby certifies that:

1. My full name is Jeffrey David Lerner;

2. My business address and telephone number is:

   Bernstein Liebhard & Lifshitz, LLP
   10 East 40th Street
   22nd Floor
   New York, NY 10016
   (212) 779-1414

3. I have been admitted to practice law in Pennsylvania and New Jersey. I am a member in good standing in all of the referenced Courts.

4. My attorney identification number for the Pennsylvania State Bar is 91658. My attorney identification number for the New Jersey State Bar is 028032003.

5. I have read the local civil rules of this Court and will comply with the standards of practice and with the local civil rules.

6. I have not been disciplined by any bar.

7.  To the best of my recollection, I have not been admitted *pro hac vice* in this Court within the last two years.

Dated: February 28, 2008                     Respectfully submitted,

/s/ Jeffrey D. Lerner
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
22nd Floor
New York, NY 10016
Telephone:   212/779-1414
Facsimile:    212/779-3218

**COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.**
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone:   202/408-4600
Facsimile:    202/408-4699

*Local Counsel for Lead Plaintiffs*