IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation ) ) ) ) | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation ) ) ) ) | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

CERTIFICATION OF FRANCIS P. KARAM IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

Francis P. Karam hereby certifies that:

1. My full name is Francis P. Karam;

2. My business address and telephone number is:

   Bernstein Liebhard & Lifshitz, LLP
   10 East 40th Street
   New York, NY 10016
   Tele: 212-779-1414

3. I have been admitted to practice law in the state of New York, the Southern District of New York, the Eastern District of New York, the Second Circuit Court of Appeals, and the Commonwealth of Pennsylvania. I am a member in good standing in the referenced Court.

4. My attorney identification number for the New York State Bar is 1809474, and for the Pennsylvania State Bar is 77910.

5. I've read the local civil rules of this Court and will comply with the standards of practice and with the local civil rules.

6. I have not been disciplined by any bar.

7. To the best of my recollection, I have not been admitted *pro hac vice* in this Court within the last two years.

Dated: February 28, 2008

Respectfully submitted,

/s/ Francis P. Karam
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016
Telephone:   212-779-1414
Facsimile:    212-779-3219

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone:   202-408-4600
Facsimile:    202-408-4699

*Local Counsel for Lead Plaintiffs*