IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

### CERTIFICATION OF A. ALLEN HOBBS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

A. ALLEN HOBBS hereby certifies that:

1. My full name is A. ALLEN HOBBS;

2. My business address and telephone number is:

   Bernstein Liebhard & Lifshitz, LLP
   10 East 40th Street
   22nd Floor
   New York, NY 10016

3. I have been admitted to practice law in New York State and in the United States Courts for the Eastern and Southern Districts of New York. I am a member in good standing in all of the referenced Courts.

4. My attorney identification number for New York State is 2213080.

5. I have read the local civil rules of this Court and will comply with the standards of practice and with the local civil rules.

6. I have not been disciplined by any bar.

7. To the best of my recollection, I have not been admitted *pro hac vice* in this Court within the last two years.

Dated: February 28, 2008

Respectfully submitted,

/s/ A. Allen Hobbs
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016
Telephone: 212-779-1414
Facsimile: 212-779-3218

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: 202/408-4600
Facsimile: 202/408-4699

*Local Counsel for Lead Plaintiffs*