IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

### PROPOSED ORDER

Upon consideration of the motion of Daniel S. Sommers, an active member of the Bar of this Court, for the admission *pro hac vice* of A. ALLEN HOBBS, and for good cause shown, it is, this ___ day of _____, 2008,

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that A. ALLEN HOBBS be, and the same hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

                                                                  Honorable Richard J. Leon
                                                                  United States District Judge

IMANAGE 341580.1 72370001