IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

**CERTIFICATION OF EMILY KERN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Emily Kern hereby certifies that:

1.  My full name is Emily Kern;

2.  My business address and telephone number is:

    Bernstein Liebhard & Lifshitz, LLP
    10 East 40th Street
    New York, NY 10016
    Tele: 212-779-1414

3.  I have been admitted to practice law in New York. I am a member in good standing in the referenced Court.

4.  My attorney identification number for the New York State Bar is 4335857.

5.  I have read the local civil rules of this Court and will comply with the standards of practice and with the local civil rules.

6.  I have not been disciplined by any bar.

7.  To the best of my recollection, I have not been admitted *pro hac vice* in this Court within the last two years.

Dated: February 28, 2008                Respectfully submitted,

/s/ Emily Kern
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016
Telephone:   212-779-1414
Facsimile:   212-779-3219

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Steven J. Toll, D.C. Bar #225623
Daniel S. Sommers, D.C. Bar #416549
Elizabeth S. Finberg, D.C. Bar #468555
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone:   202-408-4600
Facsimile:   202-408-4699

*Local Counsel for Lead Plaintiffs*