IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |

### [PROPOSED] ORDER

Upon consideration of the motion of Daniel S. Sommers, an active member of the Bar of this Court, for the admission *pro hac vice* of Emily Kern, and for good cause shown, it is, this ___ day of _____, 2008,

ORDERED: The Motion for Admission *Pro Hac Vice* be and hereby is GRANTED, and that Emily Kern be, and the same hereby is, admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action under Rule LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

SO ORDERED.

_____
Honorable Richard J. Leon
United States District Judge