# EXHIBIT V

From: Newman, Kimberly [mailto:KNewman@OMM.com]
Sent: Friday, February 08, 2008 5:59 PM
To: Newman, Kimberly; aromain@wc.com; Tulumello, Andrew S.; bennyg@lerachlaw.com;
carolynmorris@paulhastings.com; cpalermo@kelleydrye.com; cregan2@mayerbrownrowe.com;
Osorio, Claudia; Dabiri, Mani; david.ackerman@bingham.com; edward.scheideman@dlapiper.com;
edelinsky@zuckerman.com; jamesanklam@paulhastings.com; james.hamilton@bingham.com;
jameswareham@paulhastings.com; john.clarke@dlapiper.com; Johnson, Sarah E.;
julia.guttman@bakerbotts.com; Kilduff, Jeffrey; Longo, Amy; mmcintyre@gelaw.com;
mcorwin@wsbclaw.com; Katsur, Melanie; mnavarre@ratlifflaw.com; nader.salehi@bingham.com;
nick.brady@bakerbotts.com; rorin@andersonkill.com; Stern, Robert; Walsh, Michael;
wkrohley@kelleydrye.com; hpal@zuckerman.com; creid@zuckerman.com; lhildner@wc.com;
jclabby@wc.com; jepstein@jenner.com
Subject: Decision to Release Documents to XEROX for Production

Dear Counsel,

As promised, Fannie Mae decided today to release to XEROX as soon as practicable an
estimated 140,000 privileged documents deemed relevant to the civil litigation that had
previously been shared with a number of regulators. Fannie Mae reserves its right to
continue to assert privilege over any privileged documents not previously produced. Fannie
Mae is in the process of logging an estimated 11,500 privileged documents that it
previously produced to OFHEO only, pursuant to a non-waiver agreement. As previously
stated, Fannie Mae intends to have that log completed in time for the next status
conference.


Very truly yours,


Kimberly A. Newman