# EXHIBIT W

**From:** Newman, Kimberly [mailto:KNewman@OMM.com]
**Sent:** Thursday, January 10, 2008 10:56 AM
**To:** Melanie S. Corwin; creid@zuckerman.com; julia.guttman@bakerbotts.com; aromain@wc.com; Longo, Amy; amiller@mayerbrown.com; atulumello@gibsondunn.com; cdavidson@mcquirewoods.com; CRegan2@mayerbrown.com; cosorio@gibsondunn.com; davids@cuneolaw.com; jepstein@jenner.com; jclabby@wc.com; Kilduff, Jeffrey; john.clarke@dlapiper.com; lhildner@wc.com; Dabiri, Mani; mkatsur@gibsondunn.com; mmcintyre@gelaw.com; Walsh, Michael; srosen@hfesq.com; Ssalky@zuckerman.com
**Cc:** James R. Cummins
**Subject:** RE: Ann Kappler Deposition

Melanie,

Fannie Mae has not reached a final decision regarding the privileged documents that were produced to the regulators pursuant to a non-waiver agreement. We hope to have a decision from Fannie Mae within the next fortnight. Your patience is greatly appreciated. March 17 and 18 for Kappler's deposition works for us. Thanks.

Kim