# EXHIBIT Z

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities Derivative and "ERISA" Litigation | MDL No. 1668 |
| IN RE FANNIE MAE SECURITIES LITIGATION | Consolidated Civil Action No. 1:04CV01639 (RJL)<br><br>Judge Richard J. Leon |
| FRANKLIN MANAGED TRUST *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*,<br>*Defendants*. | No. 1:06CV00139 (RJL) |
| FANNIE MAE,<br>*Plaintiff*,<br><br>v.<br><br>KPMG LLP,<br>*Defendant*. | No. 1:06CV02111 (RJL) |

### AFFIDAVIT OF JAMES SHERMAN

I, James Sherman, first being sworn, hereby attest that the following is true and correct:

1. My name is James Sherman. I have personal knowledge of the facts stated in this affidavit.

2. I am an attorney at McGuireWoods LLP, counsel for Defendant KPMG LLP. In that role, I am familiar with the Xerox Litigation Services ("XLS") database, the common repository for documents produced in the instant litigation.

3. On February 8, 2008, Fannie Mae ("FNMA") sent an email to all parties stating that it would produce approximately 140,000 documents it previously withheld as privileged. Between February 15 and February 22, 2008, XLS uploaded 138,418 FNMA documents to the database and sent out four separate e-mail notifications identifying the Bates ranges of the FNMA documents that had been uploaded. On February 19 and February 22, 2008, counsel for Fannie Mae emailed counsel for KPMG and confirmed that the documents uploaded between February 15 and February 22, 2008 were the approximately 140,000 documents that had previously been withheld as privileged, and that the production of the approximately 140,000 documents was complete as of February 22, 2008.

4. After the FNMA documents were uploaded to XLS, I conducted a search for the FNMA Bates ranges listed in the XLS e-mail notifications and segregated the documents into a binder on XLS.

5. I searched the binder for documents that contained the names of the 41 witnesses who were previously deposed in this litigation. I conducted two searches, one designed to capture first and last names of the 41 witnesses who were previously deposed, and a second search designed to capture only the last names of the witnesses previously deposed.

6. I prepared a chart, "Record of Searches Conducted by James Sherman," a copy of which is attached hereto as Affidavit Exhibit 1, that truly and accurately states my findings.

2

7. The numbers recorded in the column of Affidavit Exhibit 1 labeled "Number of Documents containing the Name of Deponent" represent the total number of documents in the binder upon which each listed name appears.

8. I also searched the binder for documents that contain the terms "KPMG," "FAS 91," and "FAS 133." I found that 16,954 documents contain the term "KPMG"; that 11,032 documents contain the term "FAS 133"; and that 4,448 documents contain the term "FAS 91."

FURTHER AFFIANT SAYETH NAUGHT

Dated: February 29, 2008

_____
James Sherman

SWORN AND SUBSCRIED
Hereto before me this 29th day
Of February, 2008

_____
Notary Public

Trina Thompson
Notary Public, District of Columbia
My Commission Expires: My Commission Expires 10/14/2012

3

# AFFIDAVIT EXHIBIT 1

Case 1:05-cv-01198-RJL    Document 118-7    Filed 02/29/2008    Page 5 of 8

## RECORD OF SEARCHES CONDUCTED BY JAMES SHERMAN

| Date of Deposition | Deponent | Number of Documents Containing the Name of Deponent |
|---|---|---|
| 7/21/06 | Warner, Alan J | Alan Warner: 0<br>Warner: 1,498 |
| 8/2/06 | Imboden, John | John Imboden: 0<br>Imboden: 0 |
| 8/3/06 | Dodd, Kathleen | Kathleen Dodd: 0<br>Dodd: 82 |
| 8/10/06<br>9/28/06 | Wright, James | James Wright: 1<br>Wright: 771 |
| 8/11/06 | Huber, Steve | Steve Huber: 0<br>Huber: 18 |
| 9/11/06 | Mitchell, Steve | Steve Mitchell: 0<br>Mitchell: 1,547 |
| 9/11/06 | Cottrell, Bill | Bill Cottrell: 0<br>Cottrell: 0 |
| 9/12/06 | Eastwood, Steve | Steve Eastwood: 0<br>Eastwood: 5 |
| 9/18/06 | Swingle, Timothy | Timothy Swingle: 0<br>Swingle: 1 |
| 9/19/06 | Fox, Roger | Roger Fox: 0<br>Fox: 1,728 |
| 4/11/07 | Posner, Kenneth | Kenneth Posner: 17<br>Posner: 46 |
| 4/12/07 | Harting, Bruce | Bruce Harting: 19<br>Harting: 17 |
| 5/3/07 | Colas, John | John Colas: 2<br>Colas: 23 |
| 5/24/07 | Williams, Karen Hastie | Karen Williams: 85<br>Williams: 1,304 |
| 6/13/07 | Bellis, Jon | Jon Bellis: 1<br>Bellis: 5 |
| 6/14/07 | Blickstein, Jill | Jill Blickstein: 8,431<br>Blickstein: 9,052 |
| 7/11/07 | Hinshaw, Taylor | Taylor Hinshaw: 12<br>Hinshaw: 13 |
| 7/25/07 | Brossy, Roger | Roger Brossy: 676<br>Brossy: 1,078 |
| 7/26/07 | Schaefer, Robert | Robert Schaefer: 31<br>Schaefer: 2136 |

1

| Date of Deposition | Deponent | Number of Documents Containing the Name of Deponent |
|---|---|---|
| 8/2/07 | Gabriel, Charles | Charles Gabriel: 7<br>Gabriel: 259 |
| 8/7/07 | Hoyes, Louis | Louis Hoyes: 3,708<br>Hoyes: 5,371 |
| 8/21/07 | Robinson, Gary | Gary Robinson: 859<br>Robinson: 1,786 |
| 8/22/07 | Rudin, Lorrie | Lorrie Rudin: 4,630<br>Rudin: 4,772 |
| 8/23/07 | DeCastro, Ramon | Ramon DeCastro: 3,430<br>DeCastro: 3,521 |
| 9/5/07 | Stieber, Sharon | Sharon Stieber: 2,518<br>Stieber: 2,585 |
| 9/18/07 | Gallo, Kathy G. | Kathy Gallo: 1,757<br>Gallo: 2,162 |
| 9/19/07 | Dunn, Judith | Judith Dunn: 4,524<br>Dunn: 6,688 |
| 10/9/07 | Nathani, Mehmood | Nathani Mehmood: 132<br>Mehmood: 156 |
| 10/11/07 | Guthman, Michael | Michael Guthman: 67<br>Guthman: 127 |
| 10/23/07 | Johnson, Alan<br>Johnson Associates | Alan Johnson: 508<br>Johnson: 8,094<br>Johnson Associates: 663 |
| 11/7/07 | Patel, Mona | Mona Patel: 3,208<br>Patel: 3,377 |
| 11/13/07 and 11/14/07 | Barnes, Roger | Roger Barnes: 1,623<br>Barnes: 4,249 |
| 11/15/07 | Skladony, Katrina | Katrina Skladony: 81<br>Skladony: 604 |
| 11/19/07 | Skinner, Michelle | Michelle Skinner: 391<br>Skinner: 468 |
| 11/28/07 | Quinn, William F. | William Quinn: 6,022<br>Quinn: 10,726 |
| 12/4/07 | Wells, Patricia | Patricia Wells: 138<br>Wells: 2,499 |
| 12/11/07 | Yermack, David | David Yermack: 66<br>Yermack: 74 |
| 1/9/08 | Hochstim, David | David Hochstim: 19<br>Hochstim: 27 |

| Date of Deposition | Deponent | Number of Documents Containing the Name of Deponent |
|---|---|---|
| 1/10/08 | LeRouzes, Rene | Rene LeRouzes: 275<br>LeRouzes: 298 |
| 1/16/08 | Douthit, Matthew | Matthew Douthit: 4,201<br>Douthit: 4,607 |
| 1/29/08 | Graham, Brian | Brian Graham: 8,400<br>Graham: 9,062 |