UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civ. No. 1:04-cv-01639<br><br>Judge Richard J. Leon |

## NOTICE RE: PRIVILEGE LOGS

This is to notify the Court that, in accordance with its representation, non-party Office of Federal Housing Enterprise Oversight ("OFHEO") produced privilege logs for thirty one (31) custodians to the Individual Defendants by February 29, 2008. <u>See</u> Gov. Exhibits A and B.

Dated: March 4, 2008.

Respectfully Submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone (202) 514-7157
Facsimile (202)514-8780
kenneth.adebonojo@usdoj.gov

ATTORNEYS FOR NON-PARTY OFHEO