

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 28, 2008

**VIA PICK UP BY COURIER**

Alex G. Romain, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

    RE:    **IN RE FANNIE MAE LITIG. MDL NO. 1688**

Dear Mr. Romain:

    Enclosed please find new privilege logs for the 14 custodians listed below:

1. Dickerson
2. Doherty
3. Eldarrat
4. Russell
5. Anderson
6. Dennis
7. Hanley
8. Jacobs
9. Lawler
10. Mohammed
11. Murphy
12. Perkins
13. Roberts
14. Satriano

    Also, please find enclosed supplemental production disks for: Russell and Lawler as well as a second supplemental production for Roberts.

Please do not hesitate to call if you have any questions.

            Sincerely,

            JEFFREY A. TAYLOR
            UNITED STATES ATTORNEY


            By:_/s/_____
            KENNETH ADEBONOJO
            Assistant United States Attorney
            Judiciary Center Building
            555 4th Street, N.W. – Civil Division
            Washington, D.C.  20530
            (202) 514-7157
            (202) 514-8780 (facsimile)
            kenneth.adebonojo@usdoj.gov

cc: Eric Delinsky, Esq. (w/o encls.)
   Chris Regan, Esq. (w/o encls.)