

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 28, 2008

**VIA PICK UP BY COURIER**

Alex G. Romain, Esq.
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

    RE:    **IN RE FANNIE MAE LITIG. MDL NO. 1688**

Dear Mr. Romain:

    Enclosed please find replacement privilege logs for the 13 custodians listed below:

1. Blumenthal
2. Brereton
3. Calhoun
4. Connelly
5. DeLeo
6. Falcon
7. Johnson
8. Kerr
9. Kvartunas
10. Loeffler
11. McNaughton
12. Mullin
13. Reid, L.

    Please do not hesitate to call if you have any questions.

                        Sincerely,

                        JEFFREY A. TAYLOR
                        UNITED STATES ATTORNEY

By:_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)
kenneth.adebonojo@usdoj.gov

cc:   Eric Delinsky, Esq. (w/o encls.)
      Chris Regan, Esq. (w/o encls.)