IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, *et al.*,<br>Plaintiffs,<br>v.<br>Federal National Mortgage Association, *et al.*<br>Defendants. | No. 1:06-cv-000812 (RJL) |
| Franklin Managed Trust, *et al.*,<br>Plaintiffs,<br>v.<br>Federal National Mortgage Association, *et al.*,<br>Defendants. | No. 1:06-cv-00139 (RJL) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Nicholas A. Brady of Baker Botts, LLP hereby withdraws his appearance as counsel for Jamie S. Gorelick. Julia E. Guttman and William Jeffress of Baker Botts, LLP will continue as counsel of record in this matter.

Respectfully submitted, this 26th day of March 2008.

_____
William H. Jeffress, Jr., Bar No. 041152
Julia E. Guttman, Bar No. 412912
Nicholas A. Brady, Bar No. 484612
BAKER BOTTS, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D. C. 20004-2400
(202) 639-7700
(202) 585-1047 Facsimile

Dated: March 26, 2008

DC01:496155

## CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2008, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of Court using CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on CM/ECF.

_____
Nicholas A. Brady